IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | ( ( ( ( ( ( ( ( | 3:11-MD-2244-K

MDL Docket No.



August 9, 2011 |

--------------------------------------------------------
This Document Relates to all Cases
--------------------------------------------------------

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE ED KINKEADE,

UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:                    PETER SAMBERG
                                      Weitz & Luxenberg PC
                                      700 Broadway
                                      New York, NY 10003
                                      psamberg@weitzlux.com

                                      EDWARD BLIZZARD
                                      Blizzard McCarthy & Nabers
                                      440 Louisiana
                                      Suite 1710
                                      Houston, TX 77002
                                      713/844-3750
                                      eblizzard@blizzardlaw.com

                                      KENNETH MARK SEEGER
                                      Seeger Salvas LLP
                                      455 Market St
                                      Suite 1530
                                      San Francisco, CA 94105
                                      415-981-9260
                                      kseeger@seegersalvas.com

KHALDOUN A. BAGHDADI

Walkup Melodia Kelly &
Schoenberger
650 California St
25th Floor
San Francisco, CA 94108-2615
415/981-7210
kbaghdadi@walkuplawoffice.com

PAUL J. HANLY JR
Hanly Conroy Bierstein
Sheridan Fisher & Hayes LLP
112 Madison Ave
7th Floor
New York, NY 10016
212/784-6410
phanly@hanlyconroy.com

RICHARD J. ARSENAULT
Neblett Beard & Arsenault
2200 Bonaventure Court
PO Box 1190
Alexandria, LA 71309-1190
318/487-9874
rarsenault@nbalawfirm.com

W. MARK LANIER
The Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069
713/659-5200
cag@lanierlawfirm.com

```
FOR THE DEFENDANTS:          JOHN H. BEISNER
                             Skadden Arps Slate Meagher &
                             Flom LLP
                             1440 New York Ave NW
                             Washington, DC 20005-2111
                             202-371-7209
                             John.Beisner@skadden.com

                             JESSICA D. MILLER
                             Skadden Arps Slate Meagher &
                             Flom LLP
                             1440 New York Ave NW
                             Washington, DC 20005
                             202/371-7850
                             Jessica.Miller@skadden.com

                             KENNETH H. INSKEEP
                             Barnes & Thornburg LLP
                             11 S Meridian St
                             Indianapolis, IN 46204
                             317/231-7242
                             kinskeep@btlaw.com

                             MICHAEL V. POWELL
                             Locke Lord Bissell & Liddell
                             2200 Ross Ave
                             Suite 2200
                             Dallas, TX 75201-6776
                             214/740-8520
                             mpowell@lockelord.com

                             SETH MICHAEL ROBERTS
                             Locke Lord Bissell & Liddell
                             2200 Ross Ave
                             Suite 2200
                             Dallas, TX 75204
                             214/740-8453
                             sroberts@lockelord.com

                             STEPHEN J. HARBURG
                             Skadden Arps Slate Meagher &
                             Flom LLP
                             1440 New York Ave NW
                             Washington, DC 20005
                             202/371-7470
                             Stephen.Harburg@skadden.com
```

THOMAS FRANCIS SHEA
Barnes & Thornburg LLP
11 S Meridian St
Indianapolis, IN 46204
317/231-7738
thomas.shea@btlaw.com

Also Present:

Thomas Anapol - Philadelphia, PA

Franklin Azar - Aurora, CO

Daniel Bechnel - Reserve, LA

Lisa Blue - Dallas, TX

Turner Branch - Albuquerque, NM

Daniel Burke - Port Washington, NY

Alexander Calfo - Los Angeles, CA

John Climaco - Cleveland, OH

Paul Cordella

Martin Crump - Gulfport, MS

William Curtis - Dallas, TX

Douglas Dellaccio - Birmingham, AL

Clyde DeMersseman - Albuquerque, NM

Brian Devine - San Francisco, CA

Brent Ferrel - Albuquerque, NM

David Franco - New Orleans, LA

Michele Gaudin

Ronald Goldser - Minneapolis, MN

Jeffrey Grand - New York, NY

Matthew Haindfield - Des Moines, IA

Stephen Harrison - Waco, TX

John Hart

Dara Hegar

Chris Hellums - Birmingham, AL

Eric Johnson - Alton, IL

Steve Johnson

Jennifer Liakos - Newport Beach, CA

Lory Lybeck - Mercer Island, WA

Stephen Malouf - Dallas, TX

Roger Mandel - Dallas, TX

Kathleen McGinn - Austin, TX

Richard Meadow

Tanya Melnichenko - Aurora, CO

Donald Migliori - Providence, RI

Peter Miller - Orange, VA

Susan Minkin - Alexandria, VA

Vincent Moccio - Minneapolis, MN

William Moody - Portsmouth, VA

Alyson Oliver - Southfield, MI

Shane Osborn - Houston, TX

Robert Patterson - Austin, TX

Frank Piscitelli - Cleveland, OH

Douglas Plymale - New Orleans, LA

Thomas Preuss - Kansas City, MO

John Restaino - Denver, CO

Don Richard - New Orleans, LA

Mark Robinson - Newport Beach, CA

Daniel Robinson

Jane Sams - Atlanta, GA

Joseph Saunders - Pinellas Park, FL

Hunter Shkolnik - New York, NY

Lewis Sifford

Laura Singletary - Alexandria, LA

Zollie Steakley - Waco, TX

Jennifer Stephens - Dallas, TX

Stuart Talley

Dana Taschner - Los Angeles, CA

Wendy Tucker

Meryl Viener - Mineola, NY

Peggy Wallace

Navan Ward - Montgomery, AL

Genevieve Zimmerman - Minneapolis, MN

COURT REPORTER:            PAMELA J. WILSON, RMR, CRR
                          1100 Commerce Street, Room 1525
                          Dallas, Texas 75242
                                214.662.1557
                                pam_wilson@txnd.uscourts.gov

     Proceedings reported by mechanical stenography,

transcript produced by computer.

1          P R O C E E D I N G S

2              THE SECURITY OFFICER:  All rise and come to order.

3          United States District Court in and for the Northern

4      District of Texas at Dallas is now in session, the Honorable

5      United States District Judge Ed Kinkeade presiding.

6          God save the United States and this Honorable Court.

7          Please be seated.

8              THE COURT:  Good.  I appreciate all y'all coming

9      down today, volunteering to take a criminal case.

10         I am handling the La Familia drug cartel cases and I'm

11     back there talking to the Lord, Lord, are those going to be

12     more difficult or these lawyers, and I won't tell you who

13     won.

14         This is the MDL case, as y'all know -- is it DePuy?

15         How do you know pronounce that?

16             MR. POWELL:  DePuy, Your Honor.

17             THE COURT:  DePuy.

18         Could we change it to Smith or Jones or some -- okay.

19     DePuy.

20         And the Pinnacle hip implant products liability

21     litigation.  The cause number is 3:11-MD-2244-K today.

22         And, Mr. Powell, you're here representing the

23     defendants, correct?

24             MR. POWELL:  We're here representing DePuy and

25     Johnson & Johnson, Your Honor.

1              THE COURT:  Okay.  Great.  Great.

2         Well, it's good to have you.

3         Do you see all these people out here?

4              MR. POWELL:  I do.  They're a raid against us --

5    aren't they?

6              THE COURT:  Yeah.  I was thinking about -- I was

7    watching Braveheart.  I couldn't decide if you're William

8    Wallace or the English.

9         So we'll kind of keep track of that as we go along.

10                     (Laughter)

11        But if you pull your kilt up I'm going to be upset, I

12   just want you to know.

13             MR. POWELL:  Won't do it.

14             THE COURT:  Okay.  All right.  And I will -- let me

15   go over some of the things I'm concerned about.

16        I want y'all to know -- I know most of you are chagrined

17   that this is my first MDL.  You'll just have to be patient

18   with me.  I've got a lot of questions.  I promise you I'll

19   try to make it as pleasant as they can -- as I can, and we'll

20   go through that.

21        Let me just kind of go through this list and tell you

22   what I want to do today, a little bit.  Obviously, we don't

23   have time for everybody to come up here and do a -- a show

24   and tell, like I know you'd like to do and like I, you know,

25   enjoyed doing as a kid growing up.  And I'm sure some of you

1    have a lizard in a box and you want to show me that and all
2    these other things, and that's okay.  And, you know, my jokes
3    were never this funny until I got on the federal bench, I
4    don't know.  I told my wife, I said, you know, honey, I'm
5    going on the comedy circuit, because I've changed, I'm a
6    different man now.

7        But I want to go over that with you and then I want to
8    tell you some of my questions and I want you to respond.  If
9    you will take some notes, you don't have to, but -- and I'll
10   try to make this available on our web site so you can look
11   this up if you don't want to take notes, that's okay too.

12       But I want you to respond in writing -- our romance will
13   be primarily in writing versus going to get, you know, a
14   hamburger together, and so -- and I want you to do that.

15       I want to hear from you after today, and I want your
16   suggestions, your thoughts, and that sort of thing.  You can
17   be as frank as you want to be, that's fine, but I will tell
18   you what some of my concerns are.  But let me go over and
19   make sure we've got everybody here.

20       And if I mispronounce your name, help me.

21       By the way, for those of you who are from the West Coast
22   and the East Coast, there are some Texas interpreters and I
23   will help you with that, and so every time I have those
24   lawyers from California and from New York I'm more than happy
25   to help y'all, if you will be patient with me I will be

1    patient with you.

2         So let's go down the list and make sure I've got

3    everybody here.

4         Did the fellow from Ireland make it?

5         Oh my Lord, I don't think he did.  He told me he

6    couldn't afford to, but there is a fellow from Ireland

7    interested in this case.  I was hoping he would make it.

8         Who's the fartherest away?

9         I guess would be -- I'm trying to see, is there anybody

10   from Maine?

11        I don't think so.

12        But, anyway, Thomas Anapol from Philadelphia is here.

13             MR. ANAPOL:  Morning, Your Honor.

14             THE COURT:  And Richard Arsenault from Alexandria.

15             MR. ARSENAULT:  Morning, Your Honor.

16             THE COURT:  Good to see you.

17        And Frank Azar.  I see you, sir.

18        And I'm going to mispronounce this, Khaldoun Baghdadi.

19             MR. BAGHDADI:  That's perfect, Your Honor.

20             THE COURT:  Oh, hallelujah.  Daniel Bechnel.

21             MR. BECHNEL:  Here Your Honor.

22             THE COURT:  Good to meet you.

23        And Edward Blizzard.

24             MR. BLIZZARD:  Good morning, Your Honor,

25             THE COURT:  Hi, Mr. Blizzard.

1        And Lisa Blue.

2               MS. BLUE:  Good morning, Your Honor.

3               THE COURT:  How are you, Ms. Blue?

4               MS. BLUE:  Very well, thank you.

5               THE COURT:  And Turner Branch.

6               MR. BRANCH:  Good morning, Your Honor.

7               THE COURT:  Hi, Mr. Branch.

8        And Daniel Burke.

9               MR. BURKE:  Good morning, Your Honor.

10              THE COURT:  Good to see you, sir.

11       Alexander Calfo from Los Angeles.

12              MR. CALFO:  Good morning, Your Honor.

13              THE COURT:  Nice to see you.

14       There are more Italian suits than I've ever seen in one

15   room.  I am thoroughly impressed.

16       And I don't think I said Thomas Cartmell.

17       Did I mispronounce it?  Cartmell, from Kansas City.

18              MR. CARTMELL:  Cartmell.

19              THE COURT:  Okay.  John, is it Climaco?  Or

20   Climaco?

21              MR. CLIMACO:  Climaco, Your Honor.

22              THE COURT:  Okay.  Great tie.

23              MR. CLIMACO:  Thank you.  Thank you, Your Honor.

24              THE COURT:  Nice to see you.

25       And Paul Cordella.

```
 1              MR. CORDELLA:  Good morning, Your Honor.

 2              THE COURT:  Where are you from?

 3              MR. CORDELLA:  New York, Your Honor.

 4              THE COURT:  Okay.  The airlines ought to send me a

 5    thank you note.

 6         Martin Crump.

 7              MR. CRUMP:  Good morning, Your Honor.

 8              THE COURT:  How are you, sir?

 9              MR. CRUMP:  Good, sir.

10              THE COURT:  All right.  I had a clerk that was from

11    Gulfport.

12         William Curtis.

13              MR. CURTIS:  Hi, Your Honor.

14              THE COURT:  Hi, Mr. Curtis.  Good to see you.

15         Douglas Dellaccio.

16              MR. DELLACCIO:  Right here, Your Honor.

17              THE COURT:  Or do you pronounce it Dellaccio?

18              MR. DELLACCIO:  Dellaccio.

19              THE COURT:  Okay.  Sorry.

20         Clyde DeMersseman.

21              MR. DEMERSSEMAN:  Right here, Your Honor.

22              THE COURT:  Okay.  Good.

23         And you're from Albuquerque?

24              MR. DEMERSSEMAN:  Yes, sir.

25              THE COURT:  Okay.  Brian Devine?
```

```
 1              MR. DEVINE:  Good morning, Your Honor.
 2              THE COURT:  Good to see you.
 3              MR. DEVINE:  Good to see you.
 4              THE COURT:  Brent Ferrel.
 5              MR. FERREL:  Good morning, Your Honor.
 6              THE COURT:  Did y'all come on the same plane?
 7              MR. FERREL:  Yes, Your Honor.
 8              THE COURT:  Are y'all together?
 9              MR. FERREL:  Yes, Your Honor.
10              THE COURT:  Okay.  It's good to see you.
11         David Franco.
12              MR. FRANCO:  Hi, Your Honor.
13              THE COURT:  Hi, Mr. Franco.
14         Michelle Gaudin -- or Gaudin?
15              MS. GAUDIN:  Good morning, Your Honor.
16         That's Gaudin.
17              THE COURT:  Gaudin, like boudin.  And you must be
18    from Louisiana somewhere.
19              MS. GAUDIN:  Of course, Your Honor.
20              THE COURT:  Okay.  Gosh, I love the way you talk.
21         You have a leg up just because you have a great accent.
22         And Mr. Goldser, Ron Goldser from Minneapolis.
23              MR. GOLDSER:  Good morning, Your Honor.
24              THE  COURT:  Good to have you, sir.
25         Now, did you work on the Alaska case?
```

```
 1              MR. GOLDSER:  No.  That was Brian O'Neal --
 2              THE COURT:  But isn't that from somewhere in
 3    Minnesota, too?
 4              MR. GOLDSER:  He was.  He was the neighbor of my
 5    partner, Charles Zimmerman.  And Mr. Zimmerman saw him
 6    leaving at 3:00 a.m. to fly off to Anchorage on a regular
 7    basis.
 8              THE COURT:  Okay.  Well good.  Well, it's good to
 9    have you.
10         I was at Anchorage three weeks ago and sat down with the
11    judge that tried the Exxon Valdez, told him I was about to
12    meet with y'all, and he gave me a lot of suggestions.
13         Jeffrey Grand from New York.
14              MR. GRAND:  Good morning, Your Honor.
15              THE COURT:  Morning.  Good to see you, sir.
16         Matthew Haindfield from Des Moines.
17              MR. HAINDFIELD:  Yes.
18              THE COURT:  How are you, sir?
19              MR. HAINDFIELD:  Very good.
20              THE COURT:  And Paul Hanly from New York.
21              MR. HANLY:  Good morning, Your Honor.
22              THE COURT:  Good to see you.
23         Steve Harrison from Waco, Texas.
24              MR. HARRISON:  Good morning, Your Honor.
25              THE COURT:  Good to see you.
```

```
 1            MR. HARRISON:  Good to see you, Your Honor.
 2            THE COURT:  John Hart.
 3            MR. HART:  Morning, judge.  How are you?
 4            THE COURT:  Where are you from?
 5            MR. HART:  Way back in Midland, judge, but I live
 6   in Fort Worth right now.
 7            THE COURT:  Okay.  Fort Worth.
 8       Good to have you.
 9       Dara -- is it Hegar?
10            MS. HEGAR:  Hegar.
11            THE COURT:  Where are you from?
12            MS. HEGAR:  Houston.
13            THE COURT:  Okay.  Thank you.
14       And Chris Hellums from Birmingham.
15            MR. HELLUMS:  Yes, Your Honor.
16            THE COURT:  Nice to see you, sir.
17       Eric Johnson from Illinois, Alton.
18            MR. JOHNSON:  Good morning, Your Honor.
19            THE COURT:  Is Alton suburb of Chicago?
20            MR. JOHNSON:  It's a suburb of St. Louis.
21            THE COURT:  St. Louis.  Oh, I'm sorry.
22       Let's see, St. Louis -- so you're on the other side of
23   the Mississippi River?
24            MR. JOHNSON:  Correct.
25            THE COURT:  Or is it up north a little bit?
```

```
 1              MR. JOHNSON:  Correct.
 2              THE COURT:  Kind of across from Hannibal?  Or not
 3    that far north?
 4              MR. JOHNSON:  Across.  It's about 30 miles north of
 5    Salem.
 6              THE COURT:  Okay.  Okay.  Do you know where Cahokia
 7    is?
 8              MR. JOHNSON:  I do not.
 9              THE COURT:  That would have helped.
10                        (Laughter)
11              THE COURT:  Even more, Clark County, Missouri.  You
12    might have to check on that.
13         Okay.  Steve Johnson.  I know y'all are in the suck up
14    mode, so I'm giving you -- Mr. Johnson, where are you from?
15              MR. JOHNSON:  Good morning, Your Honor.
16              THE COURT:  Where are you from?
17              MR. JOHNSON:  Fort Worth.
18              THE COURT:  Fort Worth.  Okay.  Good.
19         And Mr. Kershaw, William Kershaw, from Sacramento.
20              MR. TALLEY:  Your Honor, I'm Stuart Talley here for
21    Mr. Kershaw.
22              THE COURT:  Oh, good.
23         Is this weather just killing you?
24         I'm sorry.
25         And Mr. Lanier, Mark Lanier from Houston.
```

1          MR. LANIER:  Good morning, judge.

2          THE COURT:  How are you, sir?

3          MR. LANIER:  I'm better than I deserve.

4          THE COURT:  Okay.  And Jennifer Liakos from Newport

5     Beach.

6          MS. LIAKOS:  Good morning, Your Honor.

7          THE COURT:  How are you?

8          MS. LIAKOS:  I'm well.

9          THE COURT:  We all wish we were at your house.

10     And Lory Lybeck from Mercer Island, Washington.

11          MR. LYBECK:  Seattle.

12          THE COURT:  Seattle.  Okay.

13          MR. LYBECK:  Good morning.

14          THE COURT:  Good to see you.

15     Steve Malouf here from Dallas.

16          MR. MALOUF:  Good morning, Your Honor.

17          THE COURT:  I haven't seen you in a while.  You

18     have gotten gray.

19          MR. MALOUF:  So has the court.

20          THE COURT:  Yes, I have.  You're right.  Don't be

21     pointing that out.

22     Mr. Mandel, where are you?

23          MR. MANDEL:  I'm back here, Your Honor.

24          THE COURT:  Good to see you.

25          MR. MANDEL:  Nice to see you, Your Honor.

```
 1            THE COURT:  You've had to deal with this -- am I
 2   your assigned federal judge?
 3            MR. MANDEL:  I keep getting lucky, Your Honor.
 4            THE COURT:   Good.   That was very good.
 5      And Kathleen McGinn from Austin.
 6            MS. MCGINN:   Morning, Your Honor.
 7            THE COURT:   How are you?
 8            MS. MCGINN:  I'm doing just fine.
 9            THE COURT:   Good.   Good to have you.
10      Richard Meadow.
11            MR. MEADOW:   Good morning, Your Honor.
12            THE COURT:   How are you, sir?
13            MR. MEADOW:  I'm well.   Thank you.
14            THE COURT:   Where are you from?
15            MR. MEADOW:   New York.
16            THE COURT:   Okay.   And Tanya Melnichenko.
17            MS. MELNICHENKO:   Melnichenko.
18            THE COURT:   Okay.  I'm sorry.  I -- I tried.
19      And we're glad to have you.
20      Donald Migliori.
21            MR. MIGLIORI:   Good morning, Your Honor.
22            THE COURT:   Did I get that right?
23            MR. MIGLIORI:   Yes, you did.
24            THE COURT:   Is there no seat from you?
25            MR. MIGLIORI:  I like looking down on some of these
```

1    people.

2                         (Laughter)

3              THE COURT:  We -- why don't you -- we'll get you a

4    chair.  You can come right up here.  You'll be special.  Very

5    special.

6         In fact, if I can get a light, we'll have a light.

7              MR. MIGLIORI:  There's a lot of glare on my head,

8    Your Honor.

9              THE COURT:  This is -- this is -- this is the chair

10   that the La Familia defendants sit in.

11             MR. MIGLIORI:  You want to leave it in the middle

12   or --

13             THE COURT:  No.  I'm not doing that to you.

14        And Peter Miller.

15             MR. MILLER:  Good morning, Your Honor.

16             THE COURT:  Where's Orange?

17             MR. MILLER:  Orange is just north of

18   Charlottesville.

19             THE COURT:  From where?

20             MR. MILLER:  Just north of Charlottesville, about

21   an hour south of Washington.

22             THE COURT:  I got a degree in Charlottesville and I

23   floated the James River but I didn't go to Orange

24             MR. MILLER:  If you took 15 north out of town about

25   45 minutes you would hit the small town.  It's real small.

1        THE COURT:  It is?

2    I love Charlottesville.  Gosh, what a great place.  You

3    live in a nice place.

4        Susan Minkin from Alexandria.

5            MS. MINKIN:  Good morning, Your Honor.

6            THE COURT:  Good to have you.

7        And Vincent -- is it Moccio?

8            MR. MOCCIO:  Moccio.

9            THE COURT:  Are you with that other fella from

10   Minnes -- Minneapolis?

11           MR. MOCCIO:  We know each other, but we are not

12   together.

13           THE COURT:  Okay.  Good.  Well, good to have you.

14           MR. MOCCIO:  Thank you, Your Honor.

15           THE COURT:  And William Moody.

16           MR. MOODY:  Good morning, Your Honor.

17           THE COURT:  How are you, Mr. Moody?

18           MR. MOODY:  Just fine.

19           THE COURT:  Good to see you.  Fort Smith, Virginia?

20           MR. MOODY:  Yes, sir.

21           THE COURT:  And you talk like that, there's no ah's

22   in anything you say; is that right?

23           MR. MOODY:  That's right.

24           THE COURT:  Okay.  Good.

25       Matthew Moreland.

```
 1            UNIDENTIFIED ATTORNEY:  Mr. Moreland is not here.
 2   He's stuck in Phoenix doing a claims offer.
 3            THE COURT:  Oh, okay.  He's getting a check.
 4       And Alyson Oliver from Southfield -- is it Michigan?
 5            MS. OLIVER:  Yes.  Nice to meet you.
 6            THE COURT:  Nice to meet you.
 7       Where is Southfield?  Remind me.
 8            MS. OLIVER:  It's about ten minutes north of
 9   Detroit.
10            THE COURT:  Oh, okay.
11       And Shane Osborn from Houston.
12            MR. OSBORN:  Morning, Your Honor.
13            THE COURT:  How are you?
14            MR. OSBORN:  Doing well.
15       Yourself?
16            THE COURT:  Good to see you.
17       And Robert Patterson from Austin.
18            MR. PATTERSON:  Good morning, Your Honor.
19            THE COURT:  Nice to meet you, sir.
20       And Frank Piscitelli from Cleveland, Ohio.
21            MR. PISCITELLI:  Good to meet you, Your Honor.
22            THE COURT:  Good to meet you, too.
23       Y'all from Cleveland I know you know my friend Kate
24   O'Malley.  Some of y'all I know said that.  So I know she's
25   going to get a hundred calls today, since I mentioned her,
```

```
 1   now that she's on the Fed circuit.
 2        Douglas Plymale from New Orleans.
 3             MR. PLYMALE:  Good morning, Your Honor.
 4             THE COURT:  Nice to meet you.  Good to have you up
 5   here.
 6        And then Thomas is it Preuss?  Or Preuss?
 7             MR. PREUSS:  Preuss.
 8             THE COURT:  Preuss.
 9             MR. PREUSS:  I'm here for Thomas Cartmell who you
10   called earlier, Your Honor.
11             THE COURT:  Oh, I'm sorry.  Great.  Thank you.
12        Oh, I have to tell y'all I have a jury out, so at some
13   point we may have to break to get that verdict.
14        John Restaino?
15             MR. RESTAINO:  Perfect, Your Honor.
16             THE COURT:  Great.  And you're from Denver.
17             MR. RESTAINO:  I am, sir.
18             THE COURT:  You are suffering today being here.
19   I'm sorry.
20        Don Richard from New Orleans.
21             MR. RICHARD:  Good morning, Your Honor.
22             THE COURT:  Good to have you.
23        And Mark Robinson from Newport Beach.
24             MR. ROBINSON:  Morning, Your Honor.
25             THE COURT:  Good to meet you.
```

```
 1        Daniel Robinson from --
 2             MR. ROBINSON:  Newport Beach, Your Honor.
 3             THE COURT:  Oh, both of y'all.
 4        Are y'all -- never mind.
 5        That's what you're going to look like -- he's pretty
 6   well preserved, so don't smoke, don't drink, don't divorce.
 7   There you go.  That's all the advice you need.
 8        Peter SAMBERG from New York.
 9             MR. SAMBERG:  Morning, Your Honor.
10             THE COURT:  Nice to meet you, sir.
11             MR. SAMBERG:  Nice to meet you.
12             THE COURT:  Jane Sams from Atlanta.
13             MS. SAMS:  Morning, Your Honor.
14             THE COURT:  Nice to meet you.
15             MS. SAMS:  Nice to meet you, too.
16             THE COURT:  Joseph Saunders from Pinellas Park in
17   Florida.
18             MR. SAUNDERS:  Good morning, Your Honor.
19             THE COURT:  Remind me where that is.
20             MR. SAUNDERS:  St. Petersburg, Tampa.
21             THE COURT:  Sure.  Tampa.  Okay.  Right.
22        Okay.  Good to have you.
23        And Kenneth Seeger.
24             MR. SEEGER:  Good morning, Your Honor.
25             THE COURT:  Hi, Mr. Seeger.
```

```
 1          How did y'all get these seats?  What was that?  Did
 2     y'all get here --
 3               MR. SEEGER:  They were open when we walked in.
 4               THE COURT:  Oh, Okay.
 5               MR. SEEGER:  It wasn't -- we weren't chosen and
 6     it's not an honor.
 7               THE COURT:  Oh, Okay.  Okay.
 8          Vincent Shannon from Dublin Ireland didn't make it.
 9          And Hunter Shkolnik.
10               MR. SHKOLNIK:  Shkolnik, Your Honor.
11               THE COURT:  Say it one more time.
12               MR. SHKOLNIK:  Shkolnik, from southern New York.
13               THE COURT:  Southern New York.  That was pretty
14     good.  I like you.
15          Lewis Sifford from Dallas, are you here?
16          I didn't see you, Mr. Sifford.
17               MR. SIFFORD:  Morning, Your Honor.
18               THE COURT:  Good to see you.
19          Didn't we use to fight each other when we were having
20     cases with each other?
21               MR. SIFFORD:  I don't remember that.
22                         (Laughter)
23               THE COURT:  Okay.  Good to see you.
24          Laura Singletary from Alexandria.
25               MS. SINGLETARY:  Good morning, judge.
```

```
 1                 THE COURT:  How are you?
 2                 MS. SINGLETARY:  Doing well.
 3                 THE COURT:  Zollie Steakley from Waco.
 4                 MR. STEAKLEY:  Morning, Your Honor.
 5                 THE COURT:  Hi, Mr. Steakley.
 6         How are you?
 7                 MR. STEAKLEY:  Doing fine.
 8                 THE COURT:  And your daddy was in school with me,
 9      right?
10                 MR. STEAKLEY:  Yes, Your Honor.
11                 THE COURT:  He had red hair.
12                 MR. STEAKLEY:  He did.  Yeah, he went by Rusty.  I
13      had red hair when I was born but now it has turned.
14                 THE COURT:  Okay.  All right.
15         Jennifer Stephens.
16                 MS. STEPHENS:  Good morning, Your Honor.
17                 THE COURT:  Hi, Ms. Stephens, how are you?
18
19                 MS. STEPHENS:  Good.
20                 THE COURT:  And Stuart Talley?
21                 MR. TALLEY:  Here.
22                 THE COURT:  And you're from -- remind me?
23                 MR. TALLEY:  Sacramento, California.
24                 THE COURT:  That's right.  Sacramento.
25         Okay.  And Dana Taschner from LA?
```

```
 1              MR. TASCHNER:   Good morning, Your Honor.

 2              THE COURT:   And did I pronounce that correct?

 3              MR. TASCHNER:   Yes, you did.

 4              THE COURT:   And Wendy Tucker from -- where are you?

 5              MS. TUCKER:   Morning, Your Honor.  Los Angeles.

 6              THE COURT:   Okay.  And Meryl Viener from Mineola,

 7    New York.  Did I pro -- is it Viener?

 8              MS. VIENER:   It's Viener.

 9              THE COURT:   And it's Meryl, probably?

10              MS. VIENER:   Good morning, Your Honor.

11              THE COURT:   It's good to see you.

12         Where is Mineola?

13              MS. VIENER:   Mineola is on Long Island.

14              THE COURT:   Okay.  We have a Mineola, Texas, too.

15    It's not on Long Island.  But it does have good barbecue.

16         Peggy Wallace.  Where are you from?

17              MS. WALLACE:   Here, Your Honor.

18              THE COURT:   Where are you from?

19              MS. WALLACE:   New Orleans.

20              THE COURT:   Okay.  And is it Navan or Navan Ward?

21              MR. WARD:   Here, Your Honor.

22         It's Navan.

23              THE COURT:   Navan.

24              MR. WARD:   I'm sure that's the correct

25    pronounciation, my mother just probably didn't get it right.
```

1                        (Laughter)

2              THE COURT:   Okay.   Good -- good to have you here,

3    sir.

4         And Kirk Wood from Birmingham.

5         Not here.

6         And Genevieve Zimmerman from Minneap --

7              MS. ZIMMERMAN:   Good morning, Your Honor.

8              THE COURT:   How are you?

9         And you're with one of those other people?

10             MS. ZIMMERMAN:   The Minneapolis contingent.

11             THE COURT:   Okay.   All right.   And the defense

12   lawyers are Mr. John Beisner --

13             MR. BEISNER:   Good morning, Your Honor.

14             THE COURT:   And Stephen Harburg.

15             MR. HARBURG:   Good morning, Your Honor.

16             THE COURT:   And y'all are with Skadden Arps, I

17   assume?

18             MR. HARBURG:   In Washington, D.C., Your honor.

19        It might be a little less contentious here than in

20   Washington.

21             THE COURT:   It is?

22        You know -- yeah.   Yeah, it is.   It is.

23        Kenneth Inskeep from Indianapolis.

24             MR. INSKEEP:   Good morning, Your Honor.

25             THE COURT:   Are you the Skadden Arps, too?

1          MR. INSKEEP:  No.

2          THE COURT:  Well, good to have you.

3          MR. INSKEEP:  Thank you.

4          THE COURT:  And Mr. Powell.

5          MR. POWELL:  I'm here, Your Honor.

6          THE COURT:  And you had a hearing before me, too.

7          MR. POWELL:  It was a pleasure, Your Honor.

8          THE COURT:  And went all the way to the United

9    States Supreme Court.  And you were opposed to the

10   solicitor -- former solicitor general, if I recall.

11         MR. POWELL:  You recall correctly, Your Honor.

12         THE COURT:  All right.  If it makes you feel

13   better, Mr. Powell won the case and Ken Starr was on the

14   other side.  It was the only trial Mr. Starr has ever tried,

15   that's what he told me.  And I was giving the commencement

16   speech last weekend at Baylor Law School and I leaned over,

17   and I had said this to him before and I said, you know, maybe

18   I should have ruled for you.  And he said you could have but

19   you would have been wrong.  So he's a pretty class guy, he

20   really was.

21      Seth Roberts.

22         MR. ROBERTS:  Good morning, Your Honor.

23         THE COURT:  Mr. Roberts, good to see you.

24      And then you're with Mr. Powell?

25         MR. ROBERTS:  Yes, Your Honor.

1          THE COURT:   Okay.   And then Thomas Shea from

2     Indianapolis.

3          MR. SHEA:   Good morning, Your Honor.

4          THE COURT:   Good to see you.   All right.

5     Let me tell you some of the concerns I have and I want

6     you to know -- obviously I know some of y'all and I don't

7     mind telling you, I mean, if you went to Baylor I probably

8     know you and if you're from Dallas I probably know you.

9          And those of you from other parts of the country I'm on

10    the committee that decides where we build new federal

11    courthouses and there's a judge of two or three from every

12    circuit.   So it isn't like I can't check y'all out from some

13    of the federal judges over there, so you might want to start

14    sucking up to them, because I'll ask them.   There's one from

15    every circuit on -- on the committee.   And that's one of the

16    things that I will do.

17         Now, in addition to that I mentioned Mr. Powell had a

18    case here before.

19         Mr. Roberts clerked for me a number of years before,

20    before he got married and before he had a baby and a number

21    of other things.   So I wanted y'all to know that.

22         I'm trying to think what else there may be.

23    I mean, the lawyers from Dallas I've known -- Mr. Sifford and

24     I were in Baylor at the same time.   I knew Mr. Steakley's

25     dad.   And some of y'all -- Mr. -- let's see, who else was on

1          here?

2          Mr. Malouf clerked for the court that I used to be on

3     before I was there.  We've had a case or two together.

4          And Mr. Mandel just settled a big case in here and made

5     a bunch of money, and so I'm happy to say obviously I know

6     him.

7          So I'm happy to be transparent about that.  Mercy, I

8     don't know how you handle one of these without knowing a

9     bunch of the folks on each side.  So if you have questions

10    about that I'm more than happy to tell you that.

11         I have a house in New Mexico for those of y'all from

12    Albuquerque and up in the Red River area.

13         So, anyway, if -- if you want to kind of suck up.  When

14    I try these patent cases people find out I love dogs so they

15    use dog analogies.  I love Baylor, they will hire experts

16    from Baylor, engineers.  Whatever y'all think helps, I'm okay

17    with that, that's fine.

18         In my background I was a criminal district judge.  I

19    tried murders, rapes, and robberies for seven years, nothing

20    but that, in the '80s -- and then I was on the Court of

21    Appeals.  Then the -- when I was about 38 Bush, 41, tried to

22    appoint me to the District Court and I got held up with a guy

23    named John Roberts and he went on to bigger glory than I have

24    but ten years later each of us got on the federal bench by

25    the next Bush.

1        And let's see, what else about me?

2        I'm on the board of Baylor Healthcare System.  My dad

3   was a Baptist preacher.  My brother is a Baptist preacher.  I

4   used to represent all the Baptists here.  I'm a fan of the

5   Rolling Stones.  So anything else I'm happy to tell you that

6   you want to know about me.  My son is a lawyer.  My

7   son-in-law is a lawyer.  I think that's most -- most of it.

8   I'm a -- I teach ethics at Texas Wesleyan and at Baylor Law

9   School, and I may teach at SMU this -- this next spring.

10  Okay.  I think that's most of it.

11       All right.  Let me tell you some of my concerns and

12  questions that I've got in trying to select -- and I would,

13  like for y'all -- I -- I'll give you, you know, some of you,

14  you know, two or three minutes to say something if you've got

15  something today, but not about -- don't try to, "I'd be a

16  great lawyer because," I'm not talking about that, but if

17  there's some answers to some of these questions, fine.

18       I want you to make -- you've already made your case

19  about why I should select you and I'm happy for anything else

20  you want to send me about that, either as the lead counsel or

21  on the committee or in some other role.  I'm glad to listen

22  to that, but I want to do that through written documents that

23  you send me.  We'll do that.

24       Let me tell you some of my concerns.

25       One is, you know, what type of plaintiff's counsel

 1    structure is desired and what seems to work.

 2         Some of y'all have worked -- y'all know each other,

 3    y'all have been on these MDLs, you've done a lot of that.

 4    What seems to work.

 5         You know, would a lead counsel, liaison counsel, trial

 6    counsel and some committee structure fulfill the needs of

 7    this litigation.

 8         One of the other concerns I've got is, you know, in the

 9    other litigation involving the -- how do you pronounce it

10    again?

11              UNIDENTIFIED ATTORNEY:   DePuy.

12              THE COURT:   DePuy.  I'll never get that.   DePuy.

13         Are there some discovery out of that that we could use

14    here that might save some time.

15         I'm a big believer in getting cases, the ones that are

16    going to get tried, as soon as we possibly can.   And so that

17    will -- of the ones -- cases that I've got, I will try to do.

18         I want to know, and you've already told me who has the

19    time and resources to take a substantial role in the

20    litigation.

21         I want to know if -- what agreements are in place

22    regarding organizational structure, that you're comfortable

23    in telling me about, because I don't want to hear about that

24    later on.   Your agendas matter to me in this.   If you're not

25    going to be on these committees I don't care what your --

 1    what deals you've made out there, but it does matter to me.

 2        The defense has filed a motion today complaining about

 3    those that continue to file in state court and I'm thinking

 4    about the affect of that and whether you should take a lead

 5    role or not.  I don't have an answer to that.

 6        What kind of person or firm or individual would y'all

 7    like to see as lead counsel.

 8        How would the smaller firms with fewer lawyers and

 9    resources -- how will they be able to commit these leadership

10    positions and maybe some of y'all -- I do want some of y'all

11    to serve on the committee, and maybe as lead lawyer.  We'll

12    have to -- we'll have to see.

13        And if you don't have a case pending in this MDL, you

14    know, I'm kind of interested in that.  It's not required but

15    I'm interested.

16        What experience you've had.  You've told me -- a lot of

17    you have told me about that, so I've already got that.

18        What kind of committees would be -- would assist in a

19    speedy and just disposition of the case.

20        What would the function of those committees be.

21        How many lawyers on each.

22        We don't want to get too many, too unwieldy, if we have

23    a committee at all.

24        Who can commit the time and resources.

25        I do believe in bellwether trials, and so usually what I

1   will do is -- in other cases where -- where I've had multiple

2   sort of cases is I'd let the defense pick one of the cases

3   and plaintiffs pick one and we try one of each and then sort

4   of see where we are, and that usually helps.  There may be

5   other ways that I haven't thought about it.

6       What -- what types of compensation -- now, I know that

7   perked your ears up, for the lawyers in leadership positions,

8   and how do I do this structure so that those that aren't on

9   the committees feel like they are being represented and have

10  a part and could come in here and complain to me if they

11  didn't feel like -- and I want you to, you know, be

12  comfortable in that.

13      If a percentage of recovery is used, what percentage

14  would be appropriate.

15      If an hourly rate is used what -- you know, what would

16  be the hourly rate.  I'm interested in that.

17      What type of records would you want to verify billing

18  and how often would you want me to check those records.

19      Would there be a cap on the number of hours.  Those sort

20  of things.  I'm interested in that.  I'm very interested in

21  that.

22      Are there already agreements in place regarding

23  compensation.  I don't care unless you're going to be in a

24  leadership role and then I care.

25      Scheduling, would a scheduling order assist in the

1  disposition of the MDL proceeding.  I think it would, but I'm

2  willing to listen to y'all if you think that it would not.

3       And what events should include, just in the -- in the

4  normal scheduling order I know what it would include, you

5  know, amendments, motion to dismiss, summary judgment, things

6  like that.

7       How long would you need for discovery, in this

8  particular case.

9       You know, I'm thinking because of the other, you know,

10  case maybe some of that would shorten some.

11       What's an estimate of when we can get to trial, two

12  years, three years.

13       How often would you want me to conduct status

14  conferences.  I don't generally do that now.

15       What would you want covered if I did that.

16       Would a special master - that's something I've thought

17  about - assist?

18       Everybody's going to have to sign up for our CM/ECF

19  system, I'm assuming all of you are.  And if you don't, you

20  know, then you're going to be removed from the attorney to be

21  noticed for filings.  And all the filings are going to have

22  to be electronic through CM/ECF.

23       Now, some other questions that I've got are what are --

24  my philosophy is to try to get cases to trial as quickly as

25  possible.  And I generally do not use magistrate judges.

1   I'll have to have some help in this.

2        I am involved in one of the patent pilot projects, so I

3   will be doing that, too.  I do have a very low docket, one of

4   the lowest dockets you may notice in the country.  Not thanks

5   to me, but thanks to Ronnie Jacobson, and Mr. Hatchitt and my

6   other lawyers.  We've run -- they have done a good job of

7   running a very efficient court and we'll try to do that.  So

8   I won't let it bog down and I'll make -- try to make the

9   decisions quickly, but if there's a problem I want a

10  structure in place where you can complain and say, judge, we

11  need -- we need -- we need this response, we need to know, we

12  need to move on.  So that's sort of -- that's -- that's my

13  philosophy with regard to that.

14       Okay.  That's enough from me.

15       Let me hear a little bit from -- if there's -- you know,

16  I guess I can hear from eight or ten of y'all.  And I know

17  everybody wants to jump up and speak, but if you've got

18  something that would -- you know, that -- that I need to add

19  to these questions, I don't want to hear a pitch, I don't

20  want to hear that today, but you go, judge, you might want to

21  add this question to it or something like that, let me know

22  that.

23       If there's something like that, you know, raise your

24  hand, stand up, and speak loudly, because the acoustics are

25  not very good in here, and tell me your name, and then I'll

1    try to add eight or ten of those things to the list, or

2    questions that you have of me, I'll try to answer those so

3    far about this.

4         Anybody?

5         Anybody in the jury box?

6         Yes, sir.  You're Mr.?

7              MR. BECHNEL:  Bechnel.

8         Judge, I think you want to do trials.  I think for a

9    summary jury trial you want to do them quickly, especially in

10   the case that may have some liability, might move the process

11   a lot quicker --

12             THE COURT:  Okay.

13             MR. BECHNEL:  -- than sitting down and -- and

14   spending a month on a major trial that is going to cost two

15   or three million dollars on each side.  And you could do that

16   in two or three weeks.  And it's been done in a number of

17   cases and it works very well to give everybody a sense of

18   what's happening.

19             THE COURT:  I'm a big -- I think that's great.  I'm

20   a big believer in that.

21        Y'all need to know I'm a big believer in the jury system

22   and jury trials.  And I -- you know, I'm afraid that all of

23   us -- you know, the next generation, it's not going to be

24   there if we don't do something, shortening it and getting

25   things to the point.  I do want to do that.  That's a great

1  idea.  So I will seriously consider that.

2      Let me tell you something else I'm a big believer in.

3  Technology.  We just went through a trial and these

4  lawyers -- it was a car wreck case -- couldn't financially

5  afford a lot of things.  But one, you know, use HD cameras.

6  Heck, if you can do a hologram do that.  Whatever.

7      Juries and jurors now expect what they see on

8  television.  I bought a new television at -- you know, I went

9  in to buy one to have outside and I was going to spend up to

10  $200 and I came home with the most expensive one that Frye's

11  had.  And my son-in-law said to my daughter, "Your dad did

12  not stay on plan."  And he was right about that.  But I

13  noticed that you can see that Julia Roberts has a little

14  scar.  I mean, I am shocked.  But that's what we expect.  And

15  y'all need to realize that as much as -- y'all don't poor boy

16  it, but I want high quality.  If we're going to show this hip

17  I want it in a -- you know, where it's easy to see what you

18  complain about and then what DePuy thinks is right.  I want

19  it to be first rate.  And so that's -- I'm a big believer in

20  that.

21      And you go, gosh, you're spending our money.  I get

22  that.  But HD cameras are not that expensive, and there are

23  ways.  So I think shorter, better technology, and -- and I'll

24  work with you on that.  And I'm open and amenable.  That was

25  a good idea.

```
 1              MR. BECHNEL:  Judge, I might add.

 2              THE COURT:  Oh, wait, you're going to take two

 3     shots?

 4              MR. BECHNEL:  No.  I was going to tell you federal

 5     judicial has some great films on summary jury trials.

 6              THE COURT:  Okay.  Thanks.  I will, I'll look at

 7     it.  I promise.

 8         You're Mr.?

 9              MR. SHKOLNIK:  Hunter Shkolnik from New York.

10         I think one thing you may want to add to your list is

11     coordination with the state proceedings.  There are going to

12     be New Jersey -- as usual the New Jersey, the California,

13     there may be another.  And I think that will help all of us

14     and will help the process and help the court move quickly.

15              THE COURT:  That's a great -- and I meant to

16     mention that.  And I had it down and I forgot to say it.  I

17     will work hard to coordinate that.  I'm not certain how I'm

18     going to do that, but I will.

19         Let me give you my -- I was a state judge for a long

20     time.  I'm not going to lord it over y'all or them.  And I

21     will do my best to coordinate that in a way that everybody

22     feels good about it and the judges don't feel like that

23     I'm -- I'm the federal judge and, you know, whatever.

24         So I promise you, I'll work hard at that.  And, you

25     know, some of these will -- you know, there may be motions to
```

1   remand and I'll deal with that, and I don't -- I don't know

2   how that will go, but I know that's a big issue and I'll work

3   on that, I promise.

4        Yes, sir.  Mr. Malouf.

5             MR. MALOUF:  Your Honor, the court might consider

6   the appointment of a joint technology committee for

7   management and presentation technology with counsel for DePuy

8   and with plaintiff's side, largely because with this number

9   of lawyers involved and firms involved, even if the committee

10  is relatively small, there has -- there's a tendency at times

11  to be somewhat disparate in the technology and how it's --

12  what's managed and what's used, what kind of programs.

13       And if the court will consider appointment of a joint

14  committee, it can be small, say four counsel, two per each

15  side.

16            THE COURT:  That's a great idea.  That's a great

17  idea.  I hadn't thought of that, Mr. Malouf.  That's a great

18  idea.  In fact, in this case that happened, that -- you know,

19  we actually have wireless technology, you can communicate

20  with the little projector that's right under -- in there, and

21  one side could and one side couldn't.

22       So you're absolutely right and I'll -- I'll work on that

23  with -- Mr. Powell, are you going to kind of be the lead

24  individual over there is one of --

25            MR. POWELL:  Mr. Beisner will be the lead here.

```
 1          THE COURT:  Oh, Mr. Beisner, good.
 2          MR. POWELL:  But we will all work together.  We'll
 3   be working together.
 4          THE COURT:  Oh, that was the right answer.
 5       Go ahead, Mr. Malouf, was there something else?
 6          MR. MALOUF:  With regard, for example, to document
 7   production, deposition transcript management, video
 8   management, if counsel work together we can really minimize
 9   the cost to -- to both sides of a uniform, --
10          THE COURT:  Great idea.
11          MR. MALOUF:  -- unified technology group.
12          THE COURT:  Great idea.  That's a great idea.
13       And I want y'all to know what my -- not that I have any
14   quirks or demands -- my wife says I do, but I like the
15   exhibits in a certain way.
16       I hate these big old thick books that you flip them
17   and -- I'm just not very good at working them.  I would
18   rather have individual and then I pull the files out with the
19   exhibits.  It's just easier for me.  And so we'll talk about
20   that.  If it's easier for y'all with these notebooks, I'll
21   use them.  But mercy, it looks like some book out of Harry
22   Porter or something, you know.  I don't know.  But I hate
23   them, but -- just because I don't have enough room up here
24   for them -- to make them work.
25       I'll talk to -- that's a great idea, Mr. Malouf.
```

1          Thank you.

2          Ms. Blue.

3               MS. BLUE:  Yes, sir.  Two questions.

4      I'd like to know your policy about your law clerks and

5  if it's okay for the lawyers to contact your law clerks, and

6  if you could introduce them.

7          And secondly, who will be your magistrate and how do you

8  see your magistrate being used?

9               THE COURT:  That's a good question.

10      I'm not sure -- I don't know the answer on the

11  magistrate question yet.

12          And, you know, it -- it would bog one of our magistrates

13  down so much that it makes my colleagues angry with me.

14      I would prefer probably to have a special master do

15  that, and I'm thinking about that.  That's my -- I don't

16  know.  And I don't mind you talking to my clerks.

17      I haven't decided who I'm going to have work on it yet.

18  Those are excellent questions and I don't have any answer,

19  but thank you very much.

20          Who else back over here?

21          Yes, sir.  You're Mr.?

22               MR. SAMBERG:  Peter SAMBERG.

23               THE COURT:  SAMBERG?

24               MR. SAMBERG:  SAMBERG.

25               THE COURT:  Okay.

```
 1              MR. SAMBERG:  Your Honor, I'm -- I believe the
 2     court is probably a firm believer in not re-creating the
 3     wheel.
 4              THE COURT:  I'm not.  I agree.  Yes.
 5              MR. SAMBERG:  And there are protective orders that
 6     were signed in the DePuy litigation --
 7              THE COURT:  Why don't we use those.
 8              MR. SAMBERG:  Use those?
 9          And the same thing with discovery, we have everything
10     already lined up.
11              THE COURT:  Great idea.  We'll see if we can.
12     We'll see if we can.  I'm sure that the defense is going to
13     have some comment about that and they will go, well, that
14     doesn't fit at all, or -- I don't know.  Maybe not.  Maybe
15     not.
16          Yes, sir.  You are Mr.?
17              MR. HAINDFIELD:  Haindfield.
18              THE COURT:  I -- I didn't hear it.
19              MR. HAINDFIELD:  Mr. Haindfield.
20              THE COURT:  You need to understand, there's air
21     conditioners, because it's going to be 175 outside here soon,
22     so we've got these running over here.  So if you will speak
23     up.
24              MR. HAINDFIELD:  Yes.  Mr. Haindfield From Des
25     Moines, Iowa.
```

1          Your Honor, one of the issues that -- that confronted
2    the JPML panel was whether this MDL should be confined to the
3    metal-on-metal configuration of this hip versus the
4    metal-on-poly, and that was an issue that the JPML --
5              THE COURT:  Versus the metal on, and I couldn't
6    hear the next word.
7              MR. HAINDFIELD:  Yes.  Metal-on-metal only.
8              THE COURT:  Versus?
9              MR. HAINDFIELD:  Metal-on-metal only.
10             THE COURT:  Versus what?
11             MR. HAINDFIELD:  Oh, metal-on-poly.
12             THE COURT:  Poly.  Okay.  That's what -- I couldn't
13   hear that word.
14             MR. HAINDFIELD:  Yes, sir.
15             THE COURT:  Which I'm assuming is some kind of
16   plastic?
17             MR. HAINDFIELD:  Yes.  Polyethylene.
18             THE COURT:  Okay.
19             MR. HAINDFIELD:  And that was one of the issues
20   that the JPML thought was important that we tackle early on
21   in this litigation to determine which configurations of the
22   hip would be part of these proceedings.  And there was some
23   disagreement amongst counsel about that.  And I would suggest
24   that that would be a topic that we tackled early on.
25             THE COURT:  Okay.  That's a good question.

1      Thank you.

2      Anybody else back over here?

3      Great.   Gosh.

4      Yes, sir.

5           MR. HART:   Judge, John Hart.

6      One -- one comment that I don't think you referenced,

7  but science today I think may well be very important in terms

8  of --

9           THE COURT:   I couldn't hear what you said.

10          MR. HART:   Science today may be particularly

11 important in this case, Your Honor.

12     One of the references was to the different

13 configurations, whether it's metal-on-metal,

14 metal-on-plastic, metal-on-ceramic, and I think having that

15 information and distilling those issues early rather than

16 later would be helpful certainly in discovery and moving

17 toward trial issues.

18          THE COURT:   Okay.   Thank you.   I appreciate that.

19          MR. HART:   Of course, Your Honor.

20          THE COURT:   Anybody else back there?

21     Okay.   How about the defense?

22     Y'all have been sitting there quietly.

23     By the way, if y'all settle it, let me know here --

24               (Laughter)

25          MR. BEISNER:   Your Honor, John Beisner, if I may.

1      Just one procedural question we have and that is over

2  the extent of sort of the stay on the calendar that's in

3  place at the moment.

4      I think our suggestion would be to -- with respect to

5  routine things, such as answers and initial motions and

6  whatnot, it may be good to be clear.  I think our

7  interpretation of the order is that those sorts of things we

8  think are stayed, but we're not a hundred percent sure.  But

9  it struck us that -- that perhaps getting together with

10  plaintiff's leadership, once Your Honor designates them, and

11  working out a case management order to address all those

12  things, there may be some more streamlined ways to deal with

13  motions and answers, fact sheets, all those sorts of things.

14            THE COURT:  I agree.  I agree.  I agree with you

15  about that.  And that's a great idea.

16      Anything else?

17            MR. BEISNER:  I believe that's all for right now,

18  Your Honor.

19            THE COURT:  For y'all that's all?

20            MR. BEISNER:  That's all for right now.

21            THE COURT:  Did you hear some of these other

22  suggestions and the thoughts about metal-on-metal versus

23  metal-on-plastic?

24      Have y'all thought about those issues?

25            MR. BEISNER:  Well, -- well, on that let me note,

1    Your Honor, that's another thing where I think we need to get

2    the facts first.

3        We don't know with certainty the population of the case,

4    how many metal-on-metal --

5            THE COURT:  Okay.

6            MR. BEISNER:  -- versus metal-on-poly.  That's

7    something we'll learn through the fact --

8            THE COURT:  So you're saying we don't want to know

9    that up front, it's something that -- after we get all the

10   facts?

11           MR. BEISNER:  Yeah.  And I -- I think that's

12   something we can determine pretty early.  That's --

13           THE COURT:  Okay.

14           MR. BEISNER:  -- that's -- that's a question.  But

15   we don't know that and I suspect no one in the room has a

16   firm sense of that.

17       Once we find out what the numbers are, the answers may

18   be more obvious.

19           THE COURT:  I have a question for you.

20       This requires more -- I don't call lawyers without the

21   other lawyer being there and talk about the case, but this is

22   one -- at this point I'm trying to figure out of these people

23   who I'm going to pick, and I'd kind of like to interview some

24   of them I don't know.  I may do that.

25       Do y'all have objections to that?

1          MR. BEISNER:  No, Your Honor, not at all.

2          THE COURT:  I don't -- I don't know another magic

3    way to do it, other than you're going to have to sit there.

4    And I'm okay if you want to, but think about that.  Okay?

5          MR. BEISNER:  Your Honor, I think offhand that we

6    wouldn't have any objection to that.  I think it's a great

7    idea.  I think things like that have been done in -- in other

8    proceedings and, you know, as we noted in our filing, that's

9    a question for Your Honor.  And I think plaintiffs --

10         THE COURT:  Yeah.

11         MR. BEISNER:  If you hear any good stories in that

12   process.

13         THE COURT:  I'm what?

14         MR. BEISNER:  Any good stories you hear in that

15   process, we'd like --

16         THE COURT:  Oh, good, I will.  Okay.

17      Or things that would help you in some way?

18                        (Laughter)

19         MR. BEISNER:  Yes.  I don't think we need to sit

20   there through the whole process.

21         THE COURT:  All right.  Any admissions against

22   interest I'll write down.  I promise.  I will.  I'll give

23   those to you.

24                        (Laughter)

25      All right.  Any other thoughts?

1        Yes, sir.  You're Mr.?

2                MR. SEEGER:  Ken Seeger, Your Honor.

3                THE COURT:  Yes, sir.

4                MR. SEEGER:  From California.

5        You started off in the beginning saying how you wanted

6    us to respond in writing to your --

7                THE COURT:  Or with a DVD or a CD or a hologram.  I

8    don't care.

9                MR. SEEGER:  As far as those -- those visuals are

10   you talking about as far as the HD --

11               THE COURT:  Any of that.  Anything.  Preferably

12   short, to the point, you know, that you want me to -- either

13   about these questions that I have or anything else that beefs

14   up your reason I should either select you as lead or on the

15   committee or Mr. Malouf's suggestion that there be -- I

16   hadn't thought about a technology committee or the other

17   thought about discovery and those sort of things.  I'm

18   interested in that.

19       And I will say this.  I'm going to try on this committee

20   to have some of y'all from California, some from the east and

21   some from the -- Minnesota, some folks.  I'm going to try to

22   have a reasonably geographic and other diverse kinds of folks

23   with different backgrounds and size of firms, because I -- I

24   came from a smaller firm.  And, you know, when you're in a

25   smaller firm it's those big Downtown Dallas lawyers, you

1    know, whatever.  I remember all that, and so I get it.

2         And I will try -- I just want everybody to have an

3    outlet.  But I also want to tell you, you will have an outlet

4    with me.  If something is going wrong you can file a motion

5    and say, judge, this whole thing is falling apart, you've got

6    to intervene, if you don't we'll be in Waterworld and only

7    Kevin Costner will be able to navigate that world.  Whatever.

8    I'll be more -- and my analogies, by the way, don't always

9    work, but I will try to use those from time to time.  And,

10   yeah, I'm a movie buff.

11        And so, you know, I will do my best to try to respond to

12   what your concerns are.  I like lawyers.  I need -- I guess

13   I'll tell you that.  Do I like them all?

14        I didn't marry one.  I married a school teacher.  But

15   I'm looking forward to this.  I think it will be a good

16   experience.  And I hope to finish this before my time on the

17   bench is over.  And I'm going to be 60 this year and so, you

18   know, I'd like to get this kind of done at some point.

19        But I generally move things pretty quickly if that's

20   okay with y'all.  That's sort of my philosophy, is get it

21   going.  I've got time to do it.  And let me tell -- you were

22   going to say something else.

23             MR. SEEGER:  Yes, sir.  And I apologize.

24        I was really focusing more on the mundane, that there's

25   a lot of people here.  Were you thinking that you were going

1    to get something in writing for each of these individuals?

2         Would you like us to coordinate some kind of joint

3    response?

4              THE COURT:   No.   You just send me your own stuff.

5    I'm a big boy, I can read 60, 70, 80 things.   And I will say

6    this.   This could be the thing that could hold it.

7         In this La Familia drug cartel case there are a

8    hundred -- several -- I don't know.   I think it's the largest

9    criminal case in the country right now, with most defendants

10   maybe.   And I'll just have to -- those have not been going to

11   trial, but if they do, that would be something.   But we can

12   handle that while we're doing this.   I will not have them

13   here the same day I have you here.   It will not be that --

14   the security is a little different for them.   Some of these

15   fellows are in the witness protection program in the

16   penitentiary.   I didn't know there was one, but there is.

17        So, anyway, those are the kind of things going on here

18   that might disrupt.   But I expect to hear from you

19   individually or collectively, however y'all want to do it,

20   that's fine.   I want to give you that first shot.

21        And then -- and I've gotten letters saying this lawyer

22   ought to be the lead lawyer, I'd like to be on the committee

23   and why.   And I read every one of those, and I'll look at

24   that.

25        I want something -- is 30 days enough time for y'all.

1        Is that too much time?

2        I think 30 days is enough time for y'all to do something

3   and -- and we'll work on that.

4        Does anybody have a thought about this special master

5   business, yes or no that you want to give me an opinion

6   about?

7        You're Mr.?

8             MR. BECHNEL:  Bechnel.

9             THE COURT:  Yes, sir.

10            MR. BECHNEL:  Your Honor, I think that's one of the

11  most important things that any MDL can have, is a special

12  master.

13            THE COURT:  You like having one?

14            MR. BECHNEL:  I love having one.

15            THE COURT:  Okay.  Rather than dealing with me

16  you'd like to have some --

17            MR. BECHNEL:  No.  No.  They can move things where

18  you don't have to deal with them on a daily basis.

19       For example, in BP they appointed Francis McGovern.  In

20  many, many of these cases -- Judge O'Malley had a law clerk

21  who is now a special master and he's -- he's great.

22            THE COURT:  Okay.

23            MR. BECHNEL:  I think you ought to appoint -- Ken

24  Starr would be absolutely fabulous.

25            THE COURT:  Oh, you need to understand, Baylor

1    University would shoot me and he would shoot me.  You know,

2    he would be great.  He's a great guy.

3         What were you going to say, sir?

4         You're Mr.?

5              MR. ARSENAULT:  Arsenault.

6              THE COURT:  Yes, sir.

7              MR. ARSENAULT:  You had mentioned Judge Kate

8    O'Malley.  She appointed a special master in Sulzer and

9    Welding Rods.  And Mr. Bechnel made reference to her special

10   master, his name is David Cohen.  He was also the special

11   master in the Fleet case.  He also does a news article and

12   Internet deal, very capable young man.

13             THE COURT:  Remind -- is that the Fleet, the

14   product that you take before you have the colonoscopy.

15             MR. ARSENAULT:  Yes, sir.

16             THE COURT:  I may have -- I don't know.  I may have

17   been somebody that might have been in that case, but I don't

18   know.  I'm over 50.

19        Okay.  And I've -- I've read some of these materials and

20   I've seen that.

21        So is there somebody that thinks having a special master

22   is a bad thing?

23        Okay.  I thought some of y'all wouldn't like that.

24   That's interesting.

25        How do you keep the expense down?

1    Mr. Harrison.

2         MR. HARRISON:  Your Honor, I -- there are many of

3    us who are interested in this litigation - because of this

4    court - looking forward to appearing before this court and

5    bringing our cases before this court.

6         With respect to a special master, I hope our primary

7    dealings are with you.

8         THE COURT:  Okay.

9         MR. HARRISON:  But to the extent that you feel you

10   need a special master and that that will expedite the

11   process, we're all going to jump --

12        THE COURT:  That's a good -- see, that's a really

13   good thought.  And I -- let me -- let me respond,

14   Mr. Harrison.

15        I'm going to be real involved, even if I have one of

16   those.  And that was a really good suck-up comment,

17   Mr. Harrison, I like that, so I will remember that.

18                    (Laughter)

19        I'm not going to do that.  And there's not going to be

20   somebody between you and me that y'all aren't going to be

21   comfortable with.  It will be an extension of me.  It won't

22   be -- I won't do that.  I'm not -- I'm not interested in

23   that.

24        And the same is true, I have to tell you, with regard to

25   lead counsel for plaintiffs.  It's got to be somebody that

1   can get along with all of y'all and be a really hotshot,

2   quality lawyer.  It just does.  And so we'll see.  We'll see

3   kind of where we go.

4        And then the committee will be made up of a -- of a

5   cross-section of folks that have different ideas.

6        Yes, sir.

7            MR. BEISNER:  Your Honor, on the special master

8   issue, I guess one suggestion to be made is it may be good to

9   look at that once we get the structure in place --

10            THE COURT:  Okay.

11            MR. BEISNER:  -- and work through the case

12   management.

13        I think my experience has been special masters can be

14   extremely useful, but I -- I share the concern you're

15   expressing that if you set up a process where everything goes

16   through the special master first -- and I understand you're

17   not necessarily suggesting that, but if you have sort of an

18   omnibus special master -- I've been in a case where that

19   slows down the process.

20            THE COURT:  I don't want to slow it down.

21        I'm -- I'm -- what I'm expecting are bottlenecks and I

22   don't think I can anticipate those.  I generally don't even

23   use magistrate judges.  That's my philosophy.  I do it all.

24   I rule -- you know, if y'all call with some discovery issue

25   on -- this is typical.

1          I got a call at 4:40 on a Friday and the lawyer said we

2   have an emergency.

3          Okay.  What's the emergency?

4          Well, judge, today is the last day for discovery, does

5   it end at 5:00 o'clock or at midnight?

6          And I said what's your mother's name, what's her phone

7   number, I'm going to call her and I want both y'all -- and

8   I -- and I really did shame them.  And I said, are you

9   serious?

10         But, anyway, that's the way I handle it.  I'm very

11  frank.  What you see is what you get.  I'm not going to beat

12  you up, but I will -- where I think you're not seeing the

13  world through the real what's going on, I'm a pretty

14  practical kind of guy and I'll try to work with y'all on

15  that.

16         Now, let me tell y'all I -- the technology is -- the --

17  when we get to that you're going to have to help me and I

18  want the primer and help me with those sorts of things as we

19  get there, and what would be helpful, what I need to know.

20         Oh, I want to tell you, I think my dad had two hip

21  replacements.  I have no idea -- since he's dead, I don't

22  have any -- I don't know what kind he had.  I think my mom

23  has had one.  I'll have to ask her.  She's 93.  But I'll find

24  out.

25         So I just want y'all to know -- and I don't have any

special knowledge because of Baylor and healthcare.  I wanted

y'all to know that.  I mean, obviously, we have some

orthopedics putting in hips, I guess.  But I don't have any

special knowledge about that, you need to know that.

But so I don't -- I want you to know I don't have any --

and if you're -- if you're concerned about that let me know.

Is anybody going to have some concern about that?

I enjoy being on the Baylor Healthcare System Board and

I'm not going to quit that.  And I guess I'm a frustrated

doctor.  If I could do it, I would.  But, heck, I went to law

school, I mean, that's what I was capable of doing.

Anything else y'all want to know?

Mr. Malouf.

MR. MALOUF:  Your Honor, you asked a question, how

does the court manage the potential expense associated with a

special master and I had three suggestions.

Number 1, that it be someone local, in Dallas.

Number 2, that it be someone that the parties agree to,

or at least undertake to agree to.

If both parties or each side has confidence in whoever

the court selects, that's helpful.

And number 3, the court can impose a rule that nothing

goes to the special master unless it's referred by the court.

And the parties could -- and the court could say any time you

think something might need to be referred to the special

1    master I'll give you one page in which to explain why, send

2    me your one page, the other side has three days to respond,

3    and then the court can somewhat control the flow of

4    assignment to the special master that way, and that's just a

5    suggestion.

6         THE COURT:  Yeah.  You know, one of the things I

7    thought I would do is if it got overloaded, that's where I'm

8    thinking.  And the special master has got to be somebody that

9    I'm -- I'm comfortable with and that -- that behind closed

10   doors I can have a very frank discussion with about you need

11   to kind of work on this a little bit and work through this

12   and those -- that's kind of the individual that I would --

13   you know, would want.  So that's -- those are good thoughts.

14        Anything else?

15        Y'all got any ideas?

16        Mr. Lanier?

17        MR. LANIER:  The only thing I was going to add on a

18   special master, Your Honor, is -- is there will be some

19   things that I think are ultra tedious that once you set up

20   your rules and guidelines someone like a special master could

21   institute.  For instance, there will be millions and millions

22   of documents in this case and the privilege log issues are

23   incredibly time intensive.

24        THE COURT:  You mean y'all won't agree on

25   everything?

1        MR. LANIER:  I suspect if they would show us what

2   was marked privileged we might agree with a bunch of them,

3   but we have suspicious natures.

4        THE COURT:  I'm shocked.

5    You, Mr. Lanier?

6        MR. LANIER:  Just on Fridays.  But the net is that

7   I think Mr. Beisner is right and Mr. Malouf is right and that

8   that doesn't need to be decided in the immediacy.

9        THE COURT:  Okie doke.

10        MR. LANIER:  The immediacy would be these other

11   things, and then we could set that up and try to come to some

12   pool of people to put in front of Your Honor or you give us a

13   pool or whatever you want to do it is fine, but it should be

14   someone local that you have confidence in.

15        THE COURT:  Okay.  And I will say this.  I do want

16   somebody that y'all have confidence in, but it's -- I'm not

17   going to let y'all pick it.  You know, I'm really pleased

18   that the president gave me this job and I'm -- I'm kind of

19   going to do it, and so, you know, on those sort of things.

20    Sherry, why are you standing there?

21    Just a second.  The jurors have a question.

22                    (Pause.)

23        THE COURT:  Well, I've got to go back to my trial.

24    But I -- I hear you.  I'm not going to pick somebody

25   that y'all don't like.  That's not going to happen.  I'll be

1    surprised, anyway, if that happens.

2         So, all right.  Thank y'all very much.

3         I know y'all are needing to get back to the airport.

4         And 30 days.  I want to hear in the next 30 days.

5         Thank y'all.

6         And I'll be here, if y'all want to introduce yourself.

7    I'm happy to shake your hand, that kind of thing.  I'll be

8    here for -- if you will just wait a minute, let me go deal

9    with this issue with these lawyers, I'll come right back out.

10        I'd like to shake everybody's hands before y'all get

11   back on the plane going back to New York.

12                    (End of proceedings.)

13

14

15

16

17

18

19

20

21

22

23

24

25

$200 39:1


< 1 >
1 58:1
10003 1:27
10016 2:15
11 3:19, 4:3
11-MD-2244-K
1:10, 8:20
1100 6:36
112 2:13
1190 2:22
1440 3:4, 3:12,
3:43
15 20:21
1525 6:36
1530 1:41
1710 1:33
175 44:10
1960 2:30


< 2 >
2 58:2
20005 3:13,
3:44
20005-2111 3:5
2011. 61:6
202-371-7209
3:6
202/371-7470
3:45
202/371-7850
3:14
212/784-6410
2:16
214.662.1557
6:38
214/740-8453
3:37
214/740-8520
3:29
2200 2:21,
3:26, 3:27,
3:34, 3:35
25th 2:5


< 3 >

3 58:6
30 17:1, 52:13,
52:15, 60:12
317/231-7242
3:21
317/231-7738
4:5
318/487-9874
2:24
38 31:14
3: 1:10, 8:20
3:00 15:4


< 4 >
41 31:14
415-981-9260
1:43
415/981-7210
2:7
440 1:32
45 20:22
455 1:40
46204 3:20, 4:4
4:40 56:12


< 5 >
50. 54:5
5:00 56:16


< 6 >
60 51:5, 51:18
650 2:4
6810 2:30


< 7 >
70 51:18
700 1:26
713/659-5200
2:32
713/844-3750
1:35
71309-1190 2:23
75201-6776 3:28
75204 3:36
75242 6:37
77002 1:34

77069 2:31
7th 2:14


< 8 >
80 51:18
80s 31:13


< 9 >
93. 57:8
94105 1:42
94108-2615 2:6


< A >
a.m. 15:4
able 34:2,
50:20
absolutely
41:13, 53:11
accent 14:19
acoustics 37:16
Across 16:24,
17:1
actually 41:10
addition 30:12
address 46:24
admissions 49:9
advice 24:4
affect 33:22
afford 11:5,
38:21
afraid 38:14
agendas 33:17
ago 15:7
agree 43:19,
47:2, 58:2,
58:3, 59:7,
59:10
agreements
33:14, 35:15
ah 21:18
ahead 41:21
air 44:9
airlines 13:2
airport 60:11
AL 4:33, 5:7,
6:28
Alaska 14:23

Albuquerque
4:19, 4:35,
4:39, 13:21,
31:5
Alexander 4:23,
12:10
Alexandria
2:23, 5:31,
6:12, 11:13,
21:1, 25:21
already 32:11,
33:11, 34:10,
35:15, 43:25
Alton 5:9,
16:14, 16:16
Alyson 5:36,
22:1
amenable 39:15
amendments
35:23
amongst 45:12
analogies 31:8,
50:21
ANAPOL 4:11,
11:11, 11:12
Anchorage 15:4,
15:7
Angeles 4:23,
6:20, 12:10,
27:1
angry 43:4
answer 33:23,
37:19, 41:20,
43:1, 43:9
answers 32:10,
46:18, 47:1,
48:5
anticipate 56:8
Anybody 11:8,
37:21, 37:22,
45:16, 46:8,
52:17, 57:16
anyway 11:11,
31:6, 52:5,
56:21, 60:9
apart 50:18
apologize 51:11
Appeals 31:14
appearing 54:16
appoint 31:15,

53:10
appointed 53:6,
53:20
appointment
40:22, 41:4
appreciate 8:8,
46:6
appropriate
35:7
area 31:5
Arps 3:2, 3:10,
3:41, 28:12,
28:21
ARSENAULT 2:19,
2:20, 11:13,
11:14, 53:17,
53:19, 54:2
article 53:23
assigned 18:24
assignment
58:12
assist 34:11,
35:18, 36:10
associated
57:24
assume 28:13
assuming 36:12,
45:4
Atlanta 6:4,
24:9
ATTORNEY 21:23,
33:4, 36:13
Aurora 4:13,
5:25
Austin 5:21,
5:38, 19:2,
22:14
available 10:9
Ave 2:13, 3:4,
3:12, 3:26,
3:34, 3:43
away 11:7
Azar 4:13,
11:16


< B >
baby 30:15
back 8:11,
16:2, 18:20,

43:11, 45:16,
46:8, 60:6,
60:11, 60:17,
60:18, 60:19
background
31:11
backgrounds
50:11
bad 54:9
BAGHDADI 2:1,
11:17, 11:18
Baptist 31:21
Baptists 31:22
barbecue 27:11
Barnes 3:18,
4:2
basis 15:4,
53:5
Baylor 29:12,
30:2, 30:19,
31:8, 31:9,
31:20, 32:1,
53:12, 57:10,
57:17
Beach 5:13,
6:2, 18:2,
23:20, 23:24
Beard 2:20
beat 56:22
Bechnel 4:15,
11:19, 11:20,
37:24, 38:5,
39:17, 39:20,
52:20, 52:22,
53:1, 53:4,
53:10, 53:21
beefs 50:1
beginning 49:18
behind 58:17
Beisner 3:1,
28:8, 28:9,
41:16, 41:17,
46:13, 47:5,
47:8, 47:13,
47:19, 47:24,
48:2, 48:14,
48:18, 48:24,
49:2, 49:7,
55:18, 55:22,
59:15

believe 34:18,
43:17, 47:5
believer 33:8,
38:12, 38:13,
38:19, 39:11,
43:18
bellwether
34:18
bench 10:2,
31:17, 51:5
best 40:12,
50:24
better 17:25,
29:8, 39:14
Bierstein 2:11
big 30:23,
33:8, 38:11,
38:12, 38:13,
38:19, 39:11,
40:18, 42:7,
50:13, 51:18
bigger 31:16
billing 35:10
Birmingham
4:33, 5:7,
16:11, 27:25
Bissell 3:25,
3:33
bit 9:21,
16:22, 37:8,
58:19
Blizzard 1:30,
1:31, 11:22,
11:23, 11:24
BLUE 4:17,
11:25, 12:1,
12:2, 12:3,
42:18, 42:19
Board 31:20,
57:17
bog 37:1, 43:3
Bonaventure
2:21
book 42:12
books 42:7
born 26:10
bottlenecks
56:7
boudin 14:15
bought 38:25

Box 2:22, 9:25,
37:22
boy 39:7, 51:18
BP 53:6
Branch 4:19,
12:4, 12:5,
12:6
Braveheart 9:6
break 23:10
Brent 4:39,
14:2
Brian 4:37,
13:23, 14:24
bringing 54:17
Broadway 1:26
brother 31:21
buff 50:23
build 30:5
bunch 30:24,
31:1, 59:10
BURKE 4:21,
12:7, 12:8
Bush 31:14,
31:18
business 52:18
buy 38:25


< C >
CA 1:42, 2:6,
4:23, 4:37,
5:13, 6:2, 6:20
cag@lanierlawfi
rm.com 2:33
Cahokia 17:3
calendar 46:15
CALFO 4:23,
12:10, 12:11
California 2:4,
10:23, 26:19,
40:3, 49:17,
50:8
call 48:8,
56:10, 56:12,
56:18
called 23:7
calls 22:22
cameras 38:22,
39:13
cap 35:12

capable 53:24, 57:20
car 38:21
care 33:18, 35:16, 35:17, 49:21
cartel 8:10, 51:20
Cartmell 12:15, 12:16, 12:17, 23:6
case 8:9, 8:13, 11:6, 14:23, 29:9, 30:13, 30:22, 30:23, 32:11, 34:6, 34:12, 36:1, 36:3, 38:2, 38:21, 41:9, 45:25, 46:24, 47:16, 48:9, 51:20, 51:22, 53:23, 54:4, 55:22, 56:4, 59:5
Cases 1:13, 8:10, 25:17, 31:7, 33:8, 33:10, 34:19, 34:20, 36:17, 38:8, 53:7, 54:17
cause 8:20
CD 49:20
certain 40:8, 42:6
certainly 46:5
certainty 47:16
certify 60:25, 61:3
chagrined 9:15
chair 20:1, 20:6
change 8:17
changed 10:4
Charles 15:3
Charlottesville 20:15, 20:17, 20:19, 20:24
check 17:9,

21:25, 30:7, 35:11
Chicago 16:16
chosen 25:2
Chris 5:7, 16:11
circuit 10:4, 22:23, 30:7, 30:10
City 5:41, 12:16
claims 21:24
Clark 17:8
class 29:15
clear 46:19
clerk 13:8, 53:7
clerked 30:14, 30:21
clerks 42:20, 42:21, 43:7
Cleveland 4:25, 5:39, 22:17, 22:20
CLIMACO 4:25, 12:18, 12:19, 12:21
closed 58:17
Clyde 4:35, 13:18
CM/ECF 36:11, 36:15
CO 4:13, 5:25, 5:42
Coast 10:20, 10:21
Cohen 53:22
colleagues 43:4
collectively 52:7
colonoscopy 54:1
comedy 10:4
comfortable 33:15, 35:4, 55:8, 58:17
coming 8:8
commencement 29:11
comment 44:3,

45:20, 55:3
Commerce 6:36
commit 34:2, 34:17
committee 30:5, 30:10, 32:14, 32:24, 34:4, 34:16, 40:22, 40:25, 41:5, 50:3, 50:4, 50:7, 52:10, 55:15
committees 33:18, 34:11, 34:13, 35:2
communicate 41:10
compensation 34:24, 35:16
complain 35:3, 37:3, 39:9
complaining 33:20
comply 61:3
computer 6:42
concern 55:25, 57:16
concerned 9:14, 57:15
concerns 10:17, 29:25, 32:4, 32:17, 33:1, 50:25
conditioners 44:10
conduct 36:6
Conference 1:18, 61:4
conferences 36:7
confidence 58:4, 59:22, 59:24
configuration 44:17
configurations 45:10, 46:2
confined 44:16
confronted 44:15

Conroy 2:11
consider 38:18, 40:21, 41:4
contact 42:21
contentious 28:15
contingent 28:6
continue 33:21
control 58:12
coordinate 40:8, 40:12, 51:15
coordination 40:2
CORDELLA 4:27, 12:23, 12:24, 13:1
correctly 29:7
cost 38:6, 41:25
Costner 50:20
counsel 32:13, 32:18, 32:23, 32:24, 33:25, 40:23, 41:5, 41:24, 45:12, 55:11
country 30:4, 36:22, 51:22
County 17:8
course 14:17, 46:7
courthouses 30:6
covered 36:8
criminal 8:9, 31:11, 51:22
cross-section 55:16
CRR 6:35, 61:11
CRUMP 4:29, 13:4, 13:5, 13:7
CSR 60:25
Curtis 4:31, 13:10, 13:11, 13:12

< D >

D. 3:9
dad 30:19,
31:20, 39:3,
57:5
daddy 26:5
daily 53:5
Dallas 1:3,
3:28, 3:36,
4:17, 4:31,
5:17, 5:19,
6:16, 6:37,
8:4, 18:12,
25:12, 30:3,
30:18, 50:13,
58:1, 61:14
Dana 6:20,
26:21
Daniel 4:15,
4:21, 6:3,
11:19, 12:7,
23:23
Dara 5:5, 16:6
daughter 39:3
David 4:41,
14:9, 53:22
day 52:1,
56:15, 61:6
days 52:13,
52:15, 58:11,
60:12
DC 3:5, 3:13,
3:44
dead 57:6
deal 18:23,
40:17, 46:25,
53:5, 53:24,
60:16
dealing 53:2
dealings 54:19
deals 33:19
decide 9:6
decided 43:8,
59:16
decides 30:5
decisions 37:2
DEFENDANTS 3:1,
8:21, 20:7,
51:22
defense 28:7,
33:20, 34:20,

44:2, 46:9
degree 20:19
Dellaccio 4:33,
13:13, 13:14,
13:15, 13:16
demands 42:5
DEMERSSEMAN
4:35, 13:18,
13:19, 13:22
Denver 5:42,
23:13
deposition
41:23
Depuy 1:5,
8:13, 8:15,
8:16, 8:18,
8:23, 33:4,
33:5, 39:10,
40:23, 43:21
Des 4:49,
15:13, 44:13
deserve 17:25
designates
46:23
desired 32:19
determine
45:10, 47:25
Detroit 22:6
DEVINE 4:37,
13:23, 13:24,
14:1
different 10:5,
46:1, 50:11,
52:2, 55:16
difficult 8:12
disagreement
45:11
discovery 33:6,
35:25, 43:24,
46:5, 50:5,
56:10, 56:15
discussion
58:18
dismiss 35:23
disparate 41:2
disposition
34:12, 35:19
disrupt 52:6
distilling 46:4
District 1:1,

1:2, 1:20, 8:3,
8:4, 8:5,
31:11, 31:15,
61:13
diverse 50:10
Division 1:3,
61:14
divorce 24:3
Docket 1:8,
36:21
dockets 36:22
doctor 57:19
Document 1:13,
41:22
documents
32:15, 59:4
dog 31:8
dogs 31:7
Doing 9:24,
19:5, 20:10,
21:24, 22:11,
25:24, 26:4,
36:21, 51:25,
57:20
doke 59:17
dollars 38:7
Don 6:1, 23:17
Donald 5:27,
19:17
done 32:21,
36:24, 38:8,
48:20, 51:6
doors 58:18
Douglas 4:33,
5:40, 13:13,
22:24
down 8:9, 11:1,
15:7, 19:22,
37:1, 38:5,
40:7, 43:4,
49:10, 54:12,
56:5, 56:6
Downtown 50:13
drink 24:3
drug 8:10,
51:20
Dublin 25:5
DVD 49:20

< E >
earlier 23:7
early 45:9,
45:13, 46:4,
47:25
ears 34:25
easier 42:10,
42:11
East 10:21,
50:8
easy 39:9
eblizzard@blizz
ardlaw.com 1:36
Ed 1:19, 8:5
Edward 1:30,
11:22
efficient 36:25
eight 37:9,
37:18
either 32:13,
49:25, 50:2
electronic
36:15
emergency
56:13, 56:14
End 56:16,
60:20
engineers 31:9
English 9:7
enjoy 57:17
enjoyed 9:24
enough 37:7,
42:14, 52:13,
52:15
entitled 61:2
Eric 5:9, 16:14
especially 38:1
estimate 36:4
ethics 32:1
events 35:21
Everybody 9:22,
10:18, 11:2,
36:11, 37:10,
38:9, 40:12,
50:15, 60:18
everything
43:24, 56:1,
59:8
example 41:22,
53:6

excellent 43:9
exhibits 42:6,
42:10
expect 38:24,
39:6, 52:6
expecting 56:7
expedite 54:22
expense 54:12,
57:24
expensive 39:2,
39:13
experience
34:9, 51:4,
55:24
experts 31:8
explain 58:10
expressing 56:1
extension 55:8
extent 46:15,
54:21
extremely 55:25
Exxon 15:8

< F >
fabulous 53:11
fact 20:3,
41:9, 47:1,
47:20
facts 47:15,
47:23
falling 50:18
Familia 8:10,
20:7, 51:20
fan 31:22
far 16:25,
37:19, 49:22,
49:23
fartherest 11:7
Fed 22:23
federal 10:2,
18:24, 30:5,
30:8, 31:17,
39:20, 40:14
feel 29:8,
35:2, 35:4,
40:13, 54:21
feels 40:13
fees 61:3
fella 21:6

fellow 11:3,
11:5
fellows 52:3
FERREL 4:39,
14:2, 14:3,
14:5, 14:7
fewer 34:1
fight 25:16
figure 48:10
file 33:21,
50:17
filed 33:20
files 42:9
filing 48:21
filings 36:14
films 39:21
financially
38:21
find 31:7,
48:5, 57:8
fine 10:16,
19:5, 21:15,
26:4, 31:10,
32:10, 52:8,
59:21
finish 51:4
Firm 2:29,
33:24, 43:18,
48:3, 50:12,
50:13
firms 34:1,
40:25, 50:11
first 9:16,
39:10, 47:15,
52:8, 56:2
Fisher 2:12
fit 44:4
FL 6:6
Fleet 53:23,
53:25
flip 42:7
floated 20:20
Flom 3:3, 3:11,
3:42
Floor 2:5, 2:14
Florida 24:14
flow 58:12
fly 15:4
FM 2:30
focusing 51:12

folks 31:2,
50:9, 50:10,
55:16
foregoing
60:25, 61:1
forgot 40:7
format 61:3
former 29:6
Fort 16:3,
16:4, 17:14,
17:15, 21:16
forward 51:3,
54:16
four 41:5
Francis 4:1,
53:6
Francisco 1:42,
2:6, 4:37
Franco 4:41,
14:9, 14:10,
14:11
Frank 5:39,
10:16, 11:16,
22:17, 56:21,
58:18
Franklin 4:13
Friday 56:12
Fridays 59:14
friend 22:20
front 47:22,
59:20
frustrated
57:18
Frye 39:2
fulfill 32:24
function 34:13
funny 10:2

< G >
GA 6:4
GAUDIN 4:43,
14:12, 14:13,
14:14, 14:15,
14:17
gave 15:9, 60:1
general 29:6
generally 36:7,
36:18, 51:7,
56:8

generation
38:15
Genevieve 6:30,
28:2
geographic
50:10
getting 18:25,
21:25, 33:8,
38:16, 46:22
give 32:6,
38:9, 40:10,
49:10, 52:8,
52:18, 58:10,
59:20
giving 17:11,
29:11
glad 19:16,
32:14
glare 20:4
glory 31:16
God 8:6
GOLDSER 4:45,
14:20, 14:21,
14:24, 15:2
Gosh 14:18,
20:24, 39:12,
45:17
gotten 18:15,
52:9
GRAND 4:47,
15:10, 15:11
gray 18:15
Great 8:25,
12:20, 14:19,
20:24, 23:8,
23:13, 32:9,
38:11, 38:17,
39:21, 40:6,
41:7, 41:8,
42:1, 42:3,
42:16, 44:1,
45:17, 47:3,
48:19, 53:8,
53:14
group 42:2
growing 9:24
guess 11:8,
37:9, 50:25,
55:19, 57:12,
57:18

guidelines 59:3
Gulfport 4:29,
13:9
guy 29:15,
31:15, 53:14,
56:25

< H >
H. 3:1, 3:17
HAINDFIELD
4:49, 15:13,
15:14, 15:16,
44:6, 44:8,
44:13, 44:21,
44:23, 44:25,
45:3, 45:6,
45:8
hair 26:8,
26:10
hallelujah
11:19
hamburger 10:13
hand 37:16,
60:15
handle 31:1,
51:25, 56:21
handling 8:10
hands 60:18
HANLY 2:10,
2:11, 15:17,
15:18
Hannibal 16:24
happen 60:8
happened 41:9
happening 38:10
happens 60:9
happy 10:23,
30:24, 30:25,
31:3, 31:23,
32:12, 60:15
HARBURG 3:40,
28:10, 28:11,
28:14
hard 40:8,
40:15
Harrison 5:1,
15:20, 15:21,
15:23, 54:13,
54:14, 54:21,

55:1, 55:4
Harry 42:12
HART 5:3,
15:24, 15:25,
16:2, 45:19,
45:24, 46:7
Hatchitt 36:23
hate 42:7,
42:13
Hayes 2:12
HD 38:22,
39:13, 49:23
head 20:4
Healthcare
31:20, 57:10,
57:17
hear 10:14,
33:16, 37:8,
37:9, 37:12,
37:13, 44:7,
44:19, 45:2,
45:23, 47:9,
48:24, 49:2,
52:6, 60:7,
60:12
hearing 29:2
Heck 38:22,
57:19
HEGAR 5:5,
16:6, 16:7,
16:9
held 31:15
HELLUMS 5:7,
16:11, 16:12
help 10:19,
10:22, 10:24,
36:19, 40:4,
40:5, 49:5,
57:2, 57:3
helped 17:6
helpful 46:5,
57:4, 58:5
helps 31:9,
34:22
high 39:8
HIP 1:6, 8:19,
39:8, 44:17,
45:10, 57:5
hips 57:12
hire 31:8

hit 20:22
hold 51:19
hologram 38:23,
49:20
home 39:2
honey 10:3
Honorable 1:19,
8:4, 8:6
hope 51:4,
54:18
hoping 11:6
hotshot 55:12
hour 20:18
hourly 35:8,
35:9
hours 35:12
house 18:6,
31:4
Houston 1:34,
2:31, 5:37,
16:9, 17:22,
22:8
hundred 22:22,
46:21, 51:21
Hunter 6:8,
25:6, 39:25

< I >
IA 4:49
idea 38:18,
39:16, 41:7,
41:8, 41:9,
42:1, 42:3,
42:16, 44:1,
47:3, 48:20,
57:6
ideas 55:16,
58:23
IL 5:9
Illinois 16:14
immediacy
59:16, 59:18
IMPLANT 1:6,
8:19
important 45:9,
45:21, 45:25,
52:23
impose 58:6
impressed 12:14

in. 20:7,
24:25, 38:19,
59:22
INC. 1:6
include 35:21,
35:22
incredibly 59:5
Indianapolis
3:20, 4:4,
28:19, 29:22
individual
33:24, 41:15,
42:9, 58:20
individually
52:7
individuals
51:14
information
46:3
initial 46:18
INSKEEP 3:17,
28:19, 28:20,
28:22, 28:24
instance 59:4
institute 59:3
intensive 59:6
interest 49:10
interested
11:5, 34:7,
34:8, 35:9,
35:13, 50:5,
54:15, 55:9
interesting
54:11
Internet 53:24
interpretation
46:20
interpreters
10:21
intervene 50:19
interview 48:11
introduce
42:22, 60:14
involved 36:20,
40:25, 55:2
involving 33:2
Iowa 44:14
Ireland 11:3,
11:5, 25:5
Island 5:15,

18:7, 27:9,
27:11
issue 40:18,
44:18, 55:19,
56:10, 60:17
issues 44:15,
45:8, 46:4,
46:5, 47:12,
59:5
Italian 12:13


< J >
J. 2:10, 2:19,
3:40, 6:35,
60:25, 61:10,
61:11
Jacobson 36:23
James 20:20
Jane 6:4, 24:9
Jeffrey 4:47,
15:10
Jennifer 5:13,
6:16, 18:1,
26:12
Jersey 40:3
JESSICA 3:9
Jessica.miller@
skadden.com
3:15
job 36:24, 60:1
John 3:1, 4:25,
5:3, 5:42,
12:18, 15:24,
23:11, 28:8,
31:16, 45:19,
46:13
John.beisner@sk
adden.com 3:7
JOHNSON 5:9,
5:11, 8:24,
16:14, 16:15,
16:17, 16:21,
16:23, 17:1,
17:5, 17:10,
17:11, 17:12,
17:14
joint 40:22,
41:4, 51:15
jokes 10:1

Jones 8:17
Joseph 6:6,
24:13
JPML 44:16,
44:18, 45:9
JR 2:10
Judge 1:20,
8:5, 15:8,
15:25, 16:2,
17:23, 18:24,
25:22, 30:6,
31:11, 37:3,
37:13, 37:25,
39:17, 40:10,
40:14, 45:19,
50:18, 53:7,
53:19, 56:15
judges 30:8,
36:18, 40:13,
56:9
judgment 35:23
Judicial 39:21,
61:4
Julia 39:5
jump 37:10,
54:23
Juries 38:24
jurors 38:24,
60:4
jury 23:9,
37:22, 38:1,
38:13, 38:14,
39:21


< K >
Kansas 5:41,
12:16
Kate 22:20,
53:19
Kathleen 5:21,
19:2
kbaghdadi@walku
plawoffice.com
2:8
keep 9:8,
18:25, 54:12
Kelly 2:2
Ken 29:9,
49:15, 53:10

Kenneth 1:38,
3:17, 24:20,
28:19
Kershaw 17:16,
17:18
Kevin 50:20
Khaldoun 2:1,
11:17
kid 9:24
killing 17:20
kilt 9:10
Kind 9:8, 9:20,
16:24, 31:6,
33:24, 34:7,
34:11, 41:3,
41:14, 45:4,
48:11, 51:6,
51:15, 52:5,
55:13, 56:24,
57:7, 58:19,
58:20, 60:1,
60:15
kinds 50:10
Kinkeade 1:19,
8:5
kinskeep@btlaw.
com 3:22
Kirk 27:25
knowing 31:1
knowledge
57:10, 57:13
known 30:18
kseeger@seegers
alvas.com 1:44


< L >
La 2:23, 4:15,
4:41, 5:40,
6:1, 6:12,
8:10, 20:7,
26:21, 51:20
LANIER 2:28,
2:29, 17:22,
17:23, 17:25,
58:24, 58:25,
59:9, 59:13,
59:14, 59:18
largely 40:24
largest 51:21

last 29:11,
56:15
later 31:17,
33:17, 46:4
Laughter 9:9,
17:7, 19:24,
25:19, 27:22,
46:12, 49:6,
49:12, 55:5
Laura 6:12,
25:21
Law 2:29,
29:12, 32:1,
42:20, 42:21,
53:7, 57:19
lawyer 31:24,
31:25, 32:9,
34:4, 48:9,
52:9, 52:10,
55:13, 56:12
lawyers 8:12,
10:23, 28:8,
30:18, 34:1,
34:14, 34:25,
36:24, 38:20,
40:24, 42:21,
48:8, 50:13,
50:25, 60:17
lead 32:13,
32:23, 33:22,
33:25, 34:4,
41:14, 41:16,
50:2, 52:10,
55:11
leadership
34:2, 34:25,
35:17, 46:23
leaned 29:12
learn 47:20
least 58:3
leave 20:8
leaving 15:3
leg 14:19
less 28:15
letters 52:9
Lewis 6:10,
25:12
LIABILITY 1:7,
8:19, 38:2
liaison 32:23

LIAKOS 5:13,
18:1, 18:3,
18:5
Liddell 3:25,
3:33
light 20:3
lined 43:25
Lisa 4:17,
11:25
list 9:20,
11:1, 37:18,
40:1
listen 32:14,
35:20
LITIGATION 1:7,
8:20, 32:25,
33:2, 33:13,
43:21, 45:10,
54:15
little 9:21,
16:22, 28:15,
37:8, 39:5,
41:11, 52:2,
58:19
live 16:2,
20:25
lizard 9:25
LLP 1:39, 2:12,
3:3, 3:11,
3:18, 3:42, 4:2
local 58:1,
59:22
Locke 3:25,
3:33
log 59:5
Long 27:9,
27:11, 35:25,
40:10
look 10:9,
24:2, 39:22,
52:11, 55:20
looking 19:22,
51:3, 54:16
looks 42:12
Lord 3:25,
3:33, 8:11,
11:4, 40:11
Lory 5:15, 18:7
Los 4:23, 6:20,
12:10, 27:1

lot 9:17, 15:9,
20:4, 32:21,
34:9, 38:3,
38:21, 51:13
loudly 37:16
Louis 16:17,
16:18, 16:19
Louisiana 1:32,
14:16
love 14:18,
20:24, 31:7,
31:8, 53:1
low 36:21
lowest 36:22
lucky 18:25
Luxenberg 1:25
LYBECK 5:15,
18:7, 18:8,
18:10


< M >
Madison 2:13
magic 48:15
magistrate
36:18, 42:23,
42:24, 43:1,
56:9
magistrates
43:3
Maine 11:9
major 38:6
Malouf 5:17,
18:12, 18:13,
18:16, 30:21,
40:20, 40:21,
41:8, 41:21,
41:22, 42:2,
42:16, 50:3,
57:22, 57:23,
59:15
man 10:5, 53:24
manage 57:24
managed 41:3
management
40:22, 41:23,
41:24, 46:24,
55:23
Mandel 5:19,
18:19, 18:20,

18:22, 18:25,
30:23
Mark 1:38,
2:28, 6:2,
17:22, 23:20
marked 59:10
Market 1:40
married 30:15,
51:2
marry 51:2
Martin 4:29,
13:4
master 36:9,
43:5, 52:17,
52:24, 53:8,
53:20, 53:22,
53:23, 54:8,
54:18, 54:22,
55:18, 56:2,
56:4, 57:25,
58:7, 58:10,
58:13, 58:16,
59:1, 59:3
masters 55:24
materials 54:6
matter 33:17,
33:19, 61:2
Matthew 4:49,
15:13, 21:22
Mccarthy 1:31
MCGINN 5:21,
19:2, 19:3,
19:5
Mcgovern 53:6
MDL 1:8, 8:13,
9:16, 34:6,
35:19, 44:16,
52:23
Mdls 32:21
MEADOW 5:23,
19:7, 19:8,
19:10, 19:12
Meagher 3:2,
3:10, 3:41
mean 30:2,
30:18, 39:5,
57:11, 57:20,
59:7
meant 40:6
mechanical 6:41

meet 11:21,
15:9, 22:2,
22:3, 22:16,
22:18, 22:19,
23:1, 23:22,
24:7, 24:8,
24:11, 24:12
Melnichenko
5:25, 19:13,
19:14
Melodia 2:2
mention 40:6
mentioned
22:22, 30:12,
53:19
Mercer 5:15,
18:7
Mercy 30:25,
42:12
Meridian 3:19,
4:3
Meryl 6:24,
27:2, 27:5
metal 44:19
metal-on-cerami
c 46:3
Metal-on-metal
44:17, 44:21,
44:23, 46:2,
47:10, 47:17
metal-on-plasti
c 46:2, 47:11
metal-on-poly
44:18, 44:25,
47:19
Mexico 31:4
MI 5:36
MICHAEL 3:24,
3:32
Michele 4:43
Michelle 14:12
Michigan 22:1
middle 20:8
Midland 16:2
midnight 56:16
MIGLIORI 5:27,
19:17, 19:18,
19:20, 19:22,
20:4, 20:8
miles 17:1

MILLER 3:9,
5:29, 20:11,
20:12, 20:14,
20:17, 20:21
million 38:7
millions 59:4
mind 24:1,
30:1, 43:7
Mineola 6:24,
27:2, 27:8,
27:9, 27:10
minimize 41:24
MINKIN 5:31,
21:1, 21:2
Minneap 28:2
Minneapolis
4:45, 5:33,
6:30, 14:20,
21:7, 28:6
Minnes 21:7
Minnesota 15:1,
50:9
minute 60:16
minutes 20:22,
22:5, 32:7
mispronounce
10:19, 11:17,
12:16
Mississippi
16:20
Missouri 17:8
MN 4:45, 5:33,
6:30
MO 5:41
MOCCIO 5:33,
21:4, 21:5,
21:8, 21:11
mode 17:11
Moines 4:49,
15:13, 44:14
mom 57:7
moment 46:16
money 30:24,
39:12
Montgomery 6:28
month 38:6
MOODY 5:35,
21:12, 21:13,
21:14, 21:15,
21:17, 21:20

Moreland 21:22,
21:23
mother 27:21,
56:17
motion 33:20,
35:23, 50:17
motions 40:16,
46:18, 47:1
move 37:5,
38:2, 40:5,
51:7, 53:4
movie 50:23
moving 46:5
mpowell@lockelo
rd.com 3:30
MS 4:29
MS. 12:1, 12:2,
12:3, 14:13,
14:17, 16:7,
16:9, 18:3,
18:5, 19:3,
19:5, 19:14,
21:2, 22:2,
22:5, 24:10,
24:12, 25:22,
25:24, 26:13,
26:14, 26:15,
27:1, 27:4,
27:6, 27:9,
27:13, 27:15,
28:3, 28:6,
42:18, 42:19
multiple 34:19
mundane 51:12
murders 31:12


< N >
Nabers 1:31
name 10:19,
37:17, 53:22,
56:17
named 31:16
natures 59:11
Navan 6:28,
27:16, 27:18,
27:19
navigate 50:20
Neblett 2:20
necessarily

56:3
need 24:4,
35:25, 37:3,
37:4, 37:11,
38:13, 39:6,
44:9, 47:14,
49:7, 50:25,
53:12, 54:22,
57:4, 57:13,
58:9, 58:18,
59:16
needing 60:11
needs 32:24
neighbor 15:2
net 59:14
New 1:27, 2:15,
3:4, 3:12,
3:43, 4:41,
4:47, 5:40,
6:1, 6:8,
10:23, 13:1,
15:10, 15:17,
19:12, 22:24,
23:17, 24:5,
25:9, 25:10,
27:3, 27:15,
30:5, 31:4,
38:25, 39:25,
40:3, 60:19
Newport 5:13,
6:2, 18:1,
23:20, 23:24
news 53:23
next 31:18,
32:2, 38:15,
44:20, 60:12
Nice 12:12,
12:22, 16:13,
18:22, 20:25,
22:2, 22:3,
22:16, 23:1,
24:7, 24:8,
24:11, 24:12
NM 4:19, 4:35,
4:39
normal 35:22
north 16:22,
16:25, 17:1,
20:14, 20:17,
20:21, 22:5

Northern 1:2,
8:3, 61:13
note 13:3,
47:13
notebooks 42:11
noted 48:21
notes 10:8,
10:10
nothing 31:12,
58:6
notice 36:22
noticed 36:14,
39:4
Number 8:20,
30:14, 30:15,
35:12, 38:8,
40:24, 56:18,
58:1, 58:2,
58:6
numbers 48:5
NW 3:4, 3:12,
3:43
NY 1:27, 2:15,
4:21, 4:47,
6:8, 6:24


< O >
o'clock 56:16
O'malley 22:21,
53:7, 53:20
O'neal 14:24
objection 48:19
objections
48:13
obvious 48:6
Obviously 9:21,
30:1, 30:24,
57:11
offer 21:24
offhand 48:18
OFFICER 8:2
Official 61:12
often 35:11,
36:6
Ohio 22:17
Okie 59:17
old 42:7
OLIVER 5:36,
22:1, 22:2,

22: 5
omnibus 56: 4
One 12: 13,
25: 8,  28: 5,
30: 9,  30: 10,
31: 1,  32: 18,
33: 1,  34: 20,
34: 21,  36: 20,
36: 21,  38: 22,
38: 25,  39: 2,
40: 1,  41: 11,
41: 12,  41: 15,
43: 3,  44: 15,
45: 8,  45: 20,
46: 1,  46: 14,
48: 3,  48: 10,
52: 4,  52: 11,
52: 22,  52: 25,
55: 2,  55: 19,
58: 10,  58: 11,
58: 14
one.  51: 2,
53: 1,  57: 8
ones 33: 8,
33: 10
open 24: 25,
39: 15
opinion 52: 18
opposed 29: 5
Orange 5: 29,
20: 13,  20: 14,
20: 20
order 8: 2,
35: 18,  35: 22,
46: 20,  46: 24
orders 43: 20
organizational
33: 15
Orleans 4: 41,
5: 40,  6: 1,
22: 24,  23: 17,
27: 15
ORTHOPAEDICS
1: 5
orthopedics
57: 12
OSBORN 5: 37,
22: 8,  22: 9,
22: 11
ought 13: 2,

52: 10,  53: 10
outlet 50: 16
outside 39: 1,
44: 10
overloaded
58: 15
own 51: 17


< P >
PA 4: 11
page 58: 10,
58: 11
pam_wilson@txnd
.uscourts.gov
6: 39
PAMELA 6: 35,
60: 25,  61: 11
panel 44: 16
Park 6: 6,  24: 13
part 35: 3,
45: 11
particular
35: 25
particularly
45: 24
parties 58: 2,
58: 4,  58: 8
partner 15: 3
parts 30: 4
patent 31: 7,
36: 20
patient 9: 16,
10: 24,  10: 25
PATTERSON 5: 38,
22: 14,  22: 15
Paul 2: 10,
4: 27,  12: 23,
15: 17
Pause.  60: 5
PC 1: 25
Peggy 6: 26,
27: 12
pending 34: 6
penitentiary
52: 4
people 9: 2,
19: 23,  28: 5,
31: 7,  48: 10,
51: 13,  59: 20

per 41: 5
percent 46: 21
percentage 35: 6
Perfect 11: 18,
23: 12
perhaps 46: 22
perked 34: 25
person 33: 24
Peter 1: 24,
5: 29,  20: 11,
24: 5,  43: 13
Petersburg
24: 17
phanly@hanlycon
roy.com 2: 17
Philadelphia
4: 11,  11: 11
philosophy
36: 17,  37: 5,
51: 8,  56: 9
Phoenix 21: 24
phone 56: 17
pick 34: 20,
34: 21,  48: 11,
59: 25,  60: 7
pilot 36: 20
Pinellas 6: 6,
24: 13
Pinnacle 1: 6,
8: 19
PISCITELLI
5: 39,  22: 17,
22: 18
pitch 37: 12
place 20: 24,
20: 25,  33: 14,
35: 15,  37: 3,
46: 15,  55: 20
PLAINTIFF 1: 24,
32: 18,  40: 24,
46: 23
plaintiffs
34: 21,  48: 22,
55: 11
plan.  39: 4
plane 14: 4,
60: 19
plastic 45: 5
pleasant 9: 18
Please 8: 7

pleased 59: 25
pleasure 29: 3
PLYMALE 5: 40,
22: 24,  22: 25
PO 2: 22
point 23: 10,
48: 10,  49: 25
point. 38: 17,
51: 6
pointing 18: 18
policy 42: 20
Poly 45: 1
Polyethylene
45: 6
pool 59: 20,
59: 21
poor 39: 7
population
47: 16
Port 4: 21
Porter 42: 12
Portsmouth 5: 35
positions 34: 3,
34: 25
possible 36: 18
possibly 33: 9
potential 57: 24
POWELL 3: 24,
8: 15,  8: 21,
8: 23,  9: 3,
9: 12,  28: 25,
29: 1,  29: 3,
29: 7,  29: 9,
29: 19,  30: 12,
41: 14,  41: 16,
41: 18
practical 56: 24
preacher 31: 21
prefer 43: 5
Preferably
49: 24
prescribed 61: 4
Present 4: 9
presentation
40: 23
preserved 24: 3
president 60: 1
presiding 8: 5
pretty 24: 2,
25: 10,  29: 15,

47: 25,  51: 7,
56: 24
PREUSS 5: 41,
23: 3,  23: 4,
23: 5,  23: 6
primarily 10: 12
primary 54: 18
primer 57: 3
privilege 59: 5
privileged
59: 10
pro 27: 3
probably 27: 5,
27: 21,  30: 2,
30: 3,  43: 5,
43: 18
problem 37: 2
procedural
46: 14
proceeding
35: 19
Proceedings
6: 41,  40: 2,
45: 11,  48: 21,
61: 1
proceedings.
60: 20
process 38: 2,
40: 5,  48: 25,
49: 3,  49: 8,
54: 22,  56: 1,
56: 5
produced 6: 42
product 53: 25
production
41: 23
PRODUCTS 1: 7,
8: 19
program 52: 3
programs 41: 3
projector 41: 11
projects 36: 20
promise 9: 17,
39: 23,  40: 15,
40: 19,  49: 10
pronounce 8: 14,
13: 15,  26: 23,
33: 2
pronounciation
27: 21

protection 52: 3
protective
43: 20
Providence 5: 27
psamberg@weitzl
ux.com 1: 28
pull 9: 10,  42: 9
put 59: 20
putting 57: 12


< Q >
quality 39: 8,
55: 12
question 37: 14,
42: 25,  43: 2,
45: 14,  46: 14,
48: 2,  48: 7,
48: 22,  57: 23,
60: 4
questions 9: 17,
10: 7,  31: 2,
32: 5,  32: 10,
36: 16,  37: 12,
37: 19,  42: 19,
43: 9,  50: 1
quicker 38: 3
quickly 36: 17,
37: 2,  38: 1,
40: 5,  51: 7
quietly 46: 10
quirks 42: 5
quit 57: 18


< R >
raid 9: 3
raise 37: 15
rapes 31: 12
rarsenault@nbal
awfirm.com 2: 25
rate 35: 8,
35: 9,  39: 11
Rather 42: 8,
46: 4,  53: 2
RE 1: 5
re-creating
43: 18
read 51: 18,
52: 11,  54: 6

real 20: 22,
55: 2,  56: 24
realize 39: 7
really 29: 15,
41: 24,  51: 12,
54: 24,  55: 3,
55: 12,  56: 19,
59: 25
reason 50: 2
reasonably
50: 10
recall 29: 6,
29: 7
record 61: 1
records 35: 10,
35: 11
recovery 35: 6
Red 26: 8,
26: 10,  31: 5
reference 53: 21
referenced
45: 20
references 46: 1
referred 58: 7,
58: 9
regard 37: 6,
41: 22,  55: 10
regarding
33: 15,  35: 15
regular 15: 4
Relates 1: 13
relatively 41: 1
remand 40: 16
remember 25: 18,
50: 14,  55: 4
Remind 22: 4,
24: 16,  26: 18,
53: 25
removed 36: 13
replacements
57: 6
reported 6: 41
Reporter 6: 35,
61: 12
represent 31: 22
represented
35: 2
representing
8: 21,  8: 23
required 34: 7

requires 48: 8
Reserve 4: 15
resources
33: 12,  34: 2,
34: 17
respect 46: 17,
54: 18
respond 10: 7,
10: 11,  49: 19,
50: 24,  54: 25,
58: 11
response 37: 4,
51: 16
RESTAINO 5: 42,
23: 11,  23: 12,
23: 14
RI 5: 27
RICHARD 2: 19,
5: 23,  6: 1,
11: 13,  19: 7,
23: 17,  23: 18
rise 8: 2
River 16: 20,
20: 20,  31: 5
RMR 6: 35,  61: 11
robberies 31: 12
Robert 5: 38,
22: 14
Roberts 3: 32,
29: 16,  29: 17,
29: 18,  29: 20,
30: 14,  31: 16,
39: 5
ROBINSON 6: 2,
6: 3,  23: 20,
23: 21,  23: 23,
23: 24
Rods 53: 21
Roger 5: 19
role 32: 14,
33: 12,  33: 23,
35: 17
Rolling 31: 22
romance 10: 11
Ron 14: 20
Ronald 4: 45
Ronnie 36: 23
Room 6: 36,
12: 14,  42: 14,
48: 3

Ross 3:26, 3:34
routine 46:18
rule 56:10, 58:6
ruled 29:14
rules 59:2
run 36:24
running 36:25, 44:11
Rusty 26:9

< S >
s/pamela 61:10
Sacramento 17:16, 26:19, 26:20
Salem 17:2
Salvas 1:39
SAMBERG 1:24, 24:5, 24:6, 24:8, 43:13, 43:14, 43:15, 43:17, 43:20, 43:23
SAMS 6:4, 24:9, 24:10, 24:12
San 1:42, 2:6, 4:37
sat 15:7
SAUNDERS 6:6, 24:13, 24:15, 24:17
save 8:6, 33:7
saw 15:3
saying 47:21, 49:18, 52:9
says 42:5
scar 39:5
Scheduling 35:18, 35:22
Schoenberger 2:3
School 26:5, 29:12, 32:1, 51:2, 57:20
Science 45:21, 45:24
seat 19:21
seated 8:7

seats 24:23
Seattle 18:8, 18:9
second 60:4
secondly 42:23
SECURITY 8:2, 52:2
SEEGER 1:38, 1:39, 24:20, 24:21, 24:22, 24:25, 25:2, 49:15, 49:17, 49:22, 51:11
seeing 56:23
seems 32:19, 32:22
seen 12:13, 18:14, 54:7
select 32:5, 32:12, 50:2
selects 58:5
send 13:2, 32:13, 32:16, 51:17, 58:10
sense 38:9, 48:4
serious 56:20
seriously 38:18
serve 34:4
session 8:4
set 56:1, 59:2, 59:19
Seth 3:32, 29:16
settle 46:11
settled 30:23
seven 31:12
several 51:21
shake 60:15, 60:18
shame 56:19
Shane 5:37, 22:8
Shannon 25:5
share 55:25
SHEA 4:1, 29:21, 29:23
sheets 47:1
Sheridan 2:12
Sherry 60:3

Shkolnik 6:8, 25:6, 25:7, 25:9, 39:25
shocked 39:6, 59:12
shoot 53:13
short 49:25
shorten 36:3
shortening 38:16
shorter 39:14
shot 52:8
shots 39:19
show 9:22, 9:25, 39:8, 59:9
side 16:19, 29:9, 31:2, 38:7, 40:24, 41:6, 41:12, 58:4, 58:11
sides 41:25
Sifford 6:10, 25:12, 25:13, 25:14, 25:18, 30:18
sign 36:11
signed 43:21
SINGLETARY 6:12, 25:21, 25:22, 25:24
sit 20:7, 48:16, 49:7
site 10:9
sitting 38:5, 46:10
size 50:11
Skadden 3:2, 3:10, 3:41, 28:12, 28:21
Slate 3:2, 3:10, 3:41
slow 56:6
slows 56:4
small 20:22, 41:1, 41:5
smaller 34:1, 50:12, 50:13
Smith 8:17, 21:16

smoke 24:3
SMU 32:2
solicitor 29:6
somebody 54:4, 54:8, 55:7, 55:11, 58:16, 59:24, 60:7
someone 58:1, 58:2, 59:3, 59:22
somewhat 41:2, 58:12
somewhere 14:16, 14:25
son 31:24
son-in-law 31:24, 39:3
soon 33:9, 44:10
Sorry 13:17, 16:18, 17:21, 19:15, 23:8, 23:16
sort 10:15, 34:20, 34:21, 35:12, 37:5, 46:15, 50:5, 51:8, 56:3, 60:2
sorts 46:20, 47:1, 57:3
south 20:18
Southern 25:9, 25:10
Southfield 5:36, 22:1, 22:4
special 20:1, 20:2, 36:9, 43:5, 52:17, 52:23, 53:8, 53:20, 53:21, 53:22, 54:8, 54:18, 54:22, 55:18, 55:24, 56:2, 56:4, 57:10, 57:13, 57:25, 58:7, 58:9, 58:13, 58:16, 59:1,

59: 3
speech 29: 11
speedy 34: 12
spend 39: 1
spending 38: 6,
39: 12
spring 32: 2
sroberts@lockel
ord.com 3: 38
St 1: 40,  2: 4,
3: 19,  4: 3
St.  16: 17,
16: 18,  16: 19,
24: 17
stand 37: 16
standing 60: 3
Starr 29: 9,
29: 10,  53: 11
start 30: 8
started 49: 18
state 33: 21,
40: 2,  40: 10
States 1: 1,
1: 20,  8: 3,  8: 5,
8: 6,  29: 5,  61: 5
STATUS 1: 18,
36: 6
stay 39: 3,
46: 15
stayed 46: 21
Steakley 6: 14,
25: 25,  26: 1,
26: 2,  26: 4,
26: 7,  26: 9,
30: 19
stenography
6: 41
Stephen 3: 40,
5: 1,  5: 17,
28: 10
Stephen.harburg
@skadden.com
3: 46
STEPHENS 6: 16,
26: 12,  26: 13,
26: 14,  26: 15
Steve 5: 11,
15: 20,  17: 10,
18: 12
Stones 31: 23

stories 48: 24,
49: 2
streamlined
46: 25
Street 6: 36
struck 46: 22
structure
32: 19,  32: 24,
33: 15,  35: 1,
37: 2,  55: 20
Stuart 6: 18,
17: 17,  26: 16
stuck 21: 24
stuff 51: 17
substantial
33: 12
suburb 16: 16,
16: 17
suck 17: 10,
31: 6
suck-up 55: 3
sucking 30: 9
suffering 23: 15
suggest 45: 12
suggesting 56: 3
suggestion
46: 17,  50: 3,
55: 19,  58: 13
suggestions
10: 15,  15: 9,
47: 10,  57: 25
Suite 1: 33,
1: 41,  3: 27,
3: 35
suits 12: 13
Sulzer 53: 20
summary 35: 23,
38: 1,  39: 21
Supreme 29: 5
surprised 60: 9
Susan 5: 31,
21: 1
suspect 48: 3,
59: 9
suspicious
59: 11
System 31: 20,
36: 12,  38: 13,
57: 17

< T >
tackle 45: 9
tackled 45: 13
TALLEY 6: 18,
17: 17,  26: 16,
26: 17,  26: 19
Tampa 24: 17,
24: 18
Tanya 5: 25,
19: 13
TASCHNER 6: 20,
26: 21,  26: 22,
26: 24
teach 31: 25,
32: 2
teacher 51: 2
Technology
38: 20,  39: 14,
40: 22,  40: 23,
41: 2,  41: 10,
42: 2,  50: 4,
57: 1
tedious 59: 2
television
38: 24,  38: 25
ten 22: 5,
31: 17,  37: 9,
37: 18
tendency 41: 1
terms 45: 21
Texas 1: 2,
6: 37,  8: 4,
10: 21,  15: 20,
27: 10,  32: 1,
61: 13
Thanks 36: 22,
36: 23,  39: 22
thick 42: 7
thinking 9: 5,
33: 21,  36: 2,
43: 6,  51: 13,
58: 16
thinks 39: 10,
54: 8
Thomas 4: 1,
4: 11,  5: 41,
11: 11,  12: 15,
23: 3,  23: 6,
29: 21

thomas.shea@btl
aw.com 4: 6
Thornburg 3: 18,
4: 2
thoroughly
12: 14
thoughts 10: 15,
47: 10,  49: 13,
58: 21
three 15: 7,
30: 6,  32: 7,
36: 5,  38: 7,
38: 8,  57: 25,
58: 11
tie 12: 20
today 8: 9,
8: 20,  9: 21,
10: 14,  22: 22,
23: 15,  32: 8,
33: 20,  37: 13,
45: 21,  45: 24,
56: 15
together 10: 13,
14: 6,  21: 9,
30: 22,  41: 18,
41: 19,  41: 24,
46: 22
took 20: 21
topic 45: 13
toward 46: 5
town 20: 21,
20: 22
track 9: 8
TRANSCRIPT
1: 18,  6: 42,
41: 23,  61: 1,
61: 3
transparent
30: 25
trial 29: 10,
32: 23,  36: 4,
36: 17,  38: 1,
38: 6,  38: 20,
46: 5,  51: 24,
60: 6
trials 34: 18,
37: 25,  38: 14,
39: 21
tried 15: 8,
19: 15,  29: 10,

31:12, 31:14,
33:9
true 55:10
try 9:17, 10:9,
31:7, 32:8,
33:10, 34:21,
36:17, 36:25,
37:1, 37:18,
37:19, 50:7,
50:9, 50:15,
50:22, 50:24,
56:25, 59:19
trying 11:8,
30:17, 32:5,
48:10
TUCKER 6:22,
26:25, 27:1
turned 26:10
Turner 4:19,
12:4
Two 30:6,
30:22, 32:7,
36:4, 38:6,
38:8, 39:18,
41:5, 42:19,
57:5
TX 1:34, 2:31,
3:28, 3:36,
4:17, 4:31,
5:1, 5:17,
5:19, 5:21,
5:37, 5:38,
6:14, 6:16
type 32:18,
35:10
types 34:24
typical 56:11


< U >
ultra 59:2
understand
44:9, 53:12,
56:2
undertake 58:3
UNIDENTIFIED
21:23, 33:4
unified 42:2
uniform 41:25
United 1:1,

1:20, 8:3, 8:5,
8:6, 29:4, 61:5
University
53:13
unless 35:16,
58:7
until 10:2
unwieldy 34:15
upset 9:10
useful 55:25
usual 40:3


< V >
V. 3:24
VA 5:29, 5:31,
5:35
Valdez 15:8
verdict 23:10
verify 35:10
Versus 10:12,
44:17, 44:19,
44:22, 44:24,
47:10, 47:19
video 41:23
VIENER 6:24,
27:2, 27:3,
27:4, 27:6,
27:9
Vincent 5:33,
21:4, 25:5
Virginia 21:16
visuals 49:22
volunteering
8:9


< W >
W. 2:28
WA 5:15
Waco 5:1, 6:14,
15:20, 25:25
wait 39:18,
60:16
walked 24:25
Walkup 2:2
WALLACE 6:26,
9:7, 27:12,
27:13, 27:15
wanted 30:16,

49:18, 57:10
wants 37:10
WARD 6:28,
27:16, 27:17,
27:20
Washington 3:5,
3:13, 3:44,
4:21, 18:7,
20:18, 28:14,
28:16
watching 9:6
Waterworld
50:19
ways 34:23,
39:13, 46:25
weather 17:20
web 10:9
weekend 29:12
weeks 15:7,
38:8
Weitz 1:25
Welding 53:21
Wendy 6:22,
26:25
Wesleyan 32:1
West 2:30,
10:20
Whatever 31:9,
38:23, 40:14,
50:14, 50:20,
59:21
whatnot 46:19
wheel 43:18
whoever 58:4
whole 49:8,
50:18
wife 10:3, 42:5
William 4:31,
5:35, 9:6,
13:10, 17:16,
21:12
willing 35:20
WILSON 6:35,
60:25, 61:10,
61:11
wireless 41:10
wish 18:6
without 31:1,
48:8
witness 52:3

won 8:12, 29:9
Wood 27:25
word 44:20,
45:2
work 14:23,
32:19, 32:22,
39:14, 40:7,
40:15, 40:18,
41:13, 41:18,
41:24, 42:15,
43:8, 50:22,
52:16, 55:22,
56:25, 58:19
worked 32:20
working 41:19,
42:8, 46:24
works 38:9
world 50:20,
56:23
Worth 16:3,
16:4, 17:14,
17:15
wreck 38:21
write 49:10
writing 10:11,
10:12, 49:19,
51:14
written 32:15


< Y >
year 51:5
years 30:14,
31:12, 31:17,
36:5
York 1:27,
2:15, 3:4,
3:12, 3:43,
4:47, 6:8,
10:23, 13:1,
15:10, 15:17,
19:12, 24:5,
25:9, 25:10,
27:3, 39:25,
60:19
young 53:24
Yourself 22:12,
60:14

< Z >
ZIMMERMAN 6: 30,
15: 3,  28: 2,
28: 3,  28: 6
Zollie 6: 14,
25: 25

1

2

3           C E R T I F I C A T I O N

4       I, PAMELA J. WILSON, CSR, certify that the foregoing is a

5   transcript from the record of the proceedings in the

6   foregoing entitled matter.

7       I further certify that the transcript fees format comply

8   with those prescribed by the Court and the Judicial

9   Conference of the United States.

10       This the 19th day of August, 2011.

11

12
                              s/Pamela J. Wilson
13                            PAMELA J. WILSON, RMR, CRR
                              Official Court Reporter
14                            The Northern District of Texas
                                  Dallas Division
15

16

17

18

19

20

21

22

23

24

25