IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ------------------------------------------------- This Document Relates to all Cases ------------------------------------------------- | § § § § | |

## ORDER REGARDING ATTORNEYS APPEARING IN MDL 2244

Any attorney admitted to practice and in good standing of any United States District Court is admitted to practice in this litigation, and the local counsel requirement described in the Local Rules of this Court is temporarily suspended for this litigation. This order applies to actions transferred pursuant to Section 1407 as well as actions initiated in this Court.

**SO ORDERED.**

Signed July 17th, 2012.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-