LEEMON + ROYER PLLC
2505 Second Avenue Suite 610
Seattle, WA 98121
Telephone: (206) 269-1100
Fax: (206) 269-7424
Mark Leemon, WSBA #5005

JAMES, VERNON & WEEKS, P.A.
Attorneys at Law
1626 Lincoln Way
Coeur d'Alene, ID 83814
Telephone: (208) 667-0685
Craig Vernon, WSBA #26332

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 11-MD-2244-K |
| | MOTION TO REMAND CASE TO THE WESTERN DISTRICT OF WASHINGTON |
| This Document Relates to: | |
| James A. Doerty v. Johnson & Johnson et al MDL Case No. 3:12-CV-3945-K | |
| Western District of Washington Case No. 2:12-CV-01495 | |

COMES NOW PLAINTIFF JAMES A. DOERTY, by one of his attorneys, Mark Leemon of the firm Leemon + Royer PLLC, and pursuant to Rule of Procedure 10.1(b) of the United States Judicial Panel on Multidistrict Litigation and the Panel's Transfer Order moves the Court to remand this case to the Western District of Washington.

MOTION TO REMAND CASE TO THE
WESTERN DISTRICT OF WASHINGTON
- 1

**Leemon**
**+ Royer**
PLLC

2505 Second Avenue Suite 610 Seattle, WA 98121
*Phone* 206 269-1100  *Fax* 206 269-7424

1

DATED this 3rd day of May, 2013.

2

3

4                                        LEEMON + ROYER

5

6                                        MARK LEEMON, WSBA #5005
7                                        Counsel for Plaintiff

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Leemon**          2505 Second Avenue Suite 610 Seattle, WA 98121
+ **Royer**         *Phone* 206 269-1100  *Fax* 206 269-7424
PLLC