IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | ( | 3:11-MD-2244-K |
| INC. PINNACLE HIP IMPLANT | ( | |
| PRODUCTS LIABILITY LITIGATION | ( | |
| | ( | MDL Docket No. |
| | ( | |
| | ( | |
| | ( | SEPTEMBER 10, 2013 |

--------------------------------------------------------
This Document Relates to all Cases
--------------------------------------------------------

TRANSCRIPT OF STATUS CONFERENCE

BEFORE THE HONORABLE ED KINKEADE

UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:      LARRY P. BOYD
                        Fisher Boyd Brown & Huguenard LLP
                        2777 Allen Pkwy
                        14th Floor
                        Houston, TX 77019
                        713/400-4000
                        Email: lboyd@fisherboyd.com

                        Jayne Conroy
                        Hanly Conroy Bierstein Sheridan
Fisher & Hayes LLP

                        112 Madison Ave
                        7th Floor
                        New York, NY 10016
                        212/784-6410
                        Email: jconroy@hanlyconroy.com

                        W. MARK LANIER
                        The Lanier Law Firm
                        6810 FM 1960 West
                        Houston, TX 77069
                        713/659-5200
                        cag@lanierlawfirm.com

FOR THE DEFENDANTS:   JOHN H. BEISNER
                      Skadden Arps Slate Meagher & Flom LLP
                      1440 New York Ave NW
                      Washington, DC 20005-2111
                      202-371-7209
                      John.Beisner@skadden.com


                      KENNETH H. INSKEEP
                      Barnes & Thornburg LLP
                      11 S Meridian St
                      Indianapolis, IN 46204
                      317/231-7242
                      Email: kinskeep@btlaw.com


                      MICHAEL V. POWELL
                      Locke Lord Bissell & Liddell LLP
                      2200 Ross Ave
                      Suite 2200
                      Dallas, TX 75201-6776
                      214/740-8520
                      Email: mpowell@lockelord.com


                      SETH MICHAEL ROBERTS
                      Locke Lord Bissell & Liddell LLP
                      2200 Ross Ave.
                      Suite 2200
                      Dallas, TX 75204
                      214/740-8453
                      Email: sroberts@lockelord.com


                      STEPHEN J. HARBURG
                      Skadden Arps Slate Meagher & Flom LLP
                      1440 New York Ave NW
                      Washington, DC 20005
                      202/371-7470
                      Email: Stephen.Harburg@skadden.com

ALSO PRESENT:

     Richard Arsenault

     Alex Brown

     Wayne Fisher

     Paul Hanly

     Stephen Harburg

     Bruce Hurley

     Bernard Johnson

     Laura Singletary

     Tracy Van Steenburg

     Andrew White

     Gene Williams


SPECIAL MASTER:     JAMES M. STANTON
                        Stanton Law Firm PC
                        4350 Beltway Drive
                        Addison, TX 75001
                        972/233-2300
                        Email: Stanton@StantonTrialFirm.com


COURT REPORTER:     PAMELA J. WILSON, RMR, CRR
                        1100 Commerce Street, Room 1525
                        Dallas, Texas 75242
                        214.662.1557
                        pam_wilson@txnd.uscourts.gov

     Proceedings reported by mechanical stenography,
transcript produced by computer.

**P R O C E E D I N G S**

1
2    THE SECURITY OFFICER:  All rise and come to order.
3    The United States District Court in and for the Northern
4    District of Texas at Dallas is now in session, the Honorable
5    United States District Judge Ed Kinkeade is presiding.
6    Let us pray.
7    God bless these United States and this Honorable Court.
8    Please be seated.
9    THE COURT:  Okay.  We've got a status conference
10   today on the DePuy MDL -- excuse me -- litigation, cause
11   number 3:11-MD-2244-K.
12   Let me just give the lawyers an opportunity to speak on
13   behalf of the -- both sides.
14   First, Mr. Beisner, you're here on behalf of the defense
15   and is there anything you need to say with regard to where we
16   are?
17   I've ruled on the deposition and the other discovery
18   issues and the only thing I think we were -- that was left in
19   talking about was on the belwethers and that sort of thing, so
20   why don't you give me a little report.
21   MR. BEISNER.  Sure, Your Honor.  I think that the
22   parties have been moving along well in the discovery process.
23   Mr. Boyd may have some things to add on that.  But we've been
24   very busy in the -- the deposition process, I think consistent
25   with the -- with the schedule that the court had in mind.

1        As Your Honor noted, we have been talking about the

2   belwether trial process, and I think we have some

3   conversations to complete in that regard, hopefully to provide

4   your court -- the court with a joint proposal in that regard.

5        Your Honor, I did want to note that with respect to a

6   filing that we made with the court on Friday with respect to

7   one aspect of the bellwether selection process, I did -- did

8   want to note, Your Honor, that our position -- we have waived

9   the lexicon restriction on these -- these cases, consistent

10  with the report that the special master gave to the court

11  earlier.  And I just wanted to make sure that we were clear on

12  that on -- on the record.

13       We have some concerns about whether the factual text in

14  which that waiver was given may have changed with the proposal

15  now for multiplaintiff trials, so we may come back to Your

16  Honor for some relief on that waiver, depending on how all of

17  this unfolds, but did just want to confirm to the court that

18  that --

19            THE COURT:  Okay.

20            MR. BEISNER:   -- that is -- that is the defendant's

21  position.

22            THE COURT:  Okay.  Well, we'll look at that when we

23  get there.

24       Anything else from anybody else on the defense side,

25  Mr. Beisner?

1          That's it?

2                    MR. BEISNER:  I don't believe so.

3                    THE COURT:  Okay.

4                    MR. BEISNER:  Unless someone else has something to

5     add, Your Honor.

6                    THE COURT:  Okay.  Thank you.

7          Mr. Boyd, Mr. Lanier, either of y'all -- both of y'all?

8                    MR. BOYD:  Your Honor, Mr. Lanier is going to give

9     you the report.

10                   THE COURT:  All right.  That will be fine.  Thank

11    you.

12         Thank you.

13                   MR. LANIER:  Thank Mr. Boyd for that.

14         Your Honor, 4,922 cases are currently before you.

15                   THE COURT:  Is there a cap?

16         Is there a cap?

17         Can I?

18                         (Laughter.)

19                   MR. LANIER:  Yes, Your Honor.  We've capped it at a

20    million.

21                   THE COURT:  Okay.  Thank you.

22                   MR. LANIER:  The only cap that exists, Your Honor,

23    is one that -- by virtue of the fact that August 31st, just a

24    few days ago, this product is no longer allowed to be

25    installed by doctors, and so there is some type of a cap out

1   there, but what that cap will be nobody knows.

2       I would say from the plaintiff's perspective, make it

3   clear on the record, the plaintiffs have also agreed to waive

4   lexicon with any of the cases that we've got before you.  And

5   we will continue to do so.

6       We also commit to following your strong admonition that

7   the parties try to find a mutually agreeable solution to the

8   bellwether process, and we will be speaking extensively and

9   working with special master James Stanton, who I would be

10  remiss and the other side would be remiss if we did not note

11  that we have probably radically messed up his life, requiring

12  him to traipse all over the globe to be our hall monitor while

13  we do discovery.  But he has done a commendable job, and I

14  think both sides wanted that on the record, I just got the joy

15  of getting to say it.

16              THE COURT:  Okay.

17              MR. LANIER:  So thank you for that, Your Honor.

18              THE COURT:  And I want to say for the lawyers that

19  are on the phone, in the bellwether process, we're still

20  searching for a process where the lawyers both in the state

21  and -- and those that have state cases and federal cases will

22  feel good about this process and -- and what we've done.  And

23  that's the -- otherwise, it's not a bellwether, it's just a

24  trial.  And -- and so I'm still searching for that kind of

25  process.  And I -- I think y'all are working at it and I'm

1   going to assume it will be in good faith.

2       I look forward to seeing y'all again.  You're a little

3   bit older than the last time I saw you, and wiser.  And I'm --

4   I'm enjoying working on this.

5       Look forward to seeing y'all again.  And we're making

6   progress.  We've done -- I know you've done really yeoman's

7   duty on this discovery, and I want to thank everybody, because

8   I know that's a -- it's been all over the globe and I -- I

9   appreciate you, you know, I guess spending money with all the

10  airlines.  They need that.  And just, you know, keep working

11  hard.  Know that we're making progress on this.

12      I will do my best to be patient with y'all.  Y'all be

13  patient with me.  And I just -- I just want the lawyers that

14  are out there that aren't part of this process to feel

15  comfortable about if you're on the plaintiff's side contact --

16  I'm assuming you would be, contact those lawyers if you have

17  some complaint about something that's occurring and you don't

18  feel like it's been fair to your cases -- to your clients.

19  They're not cases.  To your clients.  Let me know.  Let them

20  know and they will let me know, and I'll be more than happy to

21  address that.

22      And the same is true if there's something in the process,

23  Mr. Beisner, you've not hesitated to tell me something you

24  didn't like, please keep that up.  That's -- I will continue

25  to try to make sure that both of you feel like you're getting

1     your best shot to put the case on that you want to put on

2     throughout this process.

3          So thank y'all very much.

4          Let me see at the side of the bench for just a second, a

5     representative from -- from each side, just for a second.

6          But otherwise, that's it.

7          Thank y'all very much.

8               THE SECURITY OFFICER:  All rise.

9                         (End of proceedings.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

< Dates >
August 31st 6:23
SEPTEMBER 10,
2013 1:10
September, 2013.
11:8

< 1 >
10016 1:35
10th 11:8
11 2:12
11-MD-2244-K
1:4, 4:11
1100 3:28
112 1:33
1440 2:4, 2:38
14th 1:25
1525 3:28
1960 1:41

< 2 >
20005 2:39
20005-2111 2:5
202-371-7209 2:6
202/371-7470
2:40
212/784-6410
1:36
214.662.1557
3:30
214/740-8453
2:32
214/740-8520
2:23
2200 2:20, 2:21,
2:29, 2:30
2777 1:24

< 3 >
317/231-7242
2:14
3: 1:4, 4:11

< 4 >
4,922 6:14
4350 3:21

46204 2:13

< 6 >
6810 1:41

< 7 >
713/400-4000
1:27
713/659-5200
1:43
75001 3:22
75201-6776 2:22
75204 2:31
75242 3:29
77019 1:26
77069 1:42
7th 1:34

< 9 >
972/233-2300
3:23

< A >
add 4:23, 6:5
Addison 3:22
address 8:21
admonition 7:6
ago 6:24
agreeable 7:7
agreed 7:3
airlines 8:10
Alex 3:3
Allen 1:24
allowed 6:24
Andrew 3:11
anybody 5:24
appreciate 8:9
Arps 2:3, 2:37
Arsenault 3:2
aspect 5:7
assume 8:1
assuming 8:16
Ave 1:33, 2:4,
2:20, 2:38
Ave. 2:29

< B >
back 5:15
Barnes 2:11
behalf 4:13,
4:14
Beisner 2:2,
4:14, 5:25, 6:4,
8:23
believe 6:2
bellwether 5:7,
7:8, 7:19, 7:23
Beltway 3:21
belwether 5:2
belwethers 4:19
bench 9:4
Bernard 3:8
best 8:12, 9:1
Bierstein 1:31
Bissell 2:19,
2:28
bit 8:3
bless 4:7
Boyd 1:22, 1:23,
4:23, 6:7, 6:8,
6:13
Brown 1:23, 3:3
Bruce 3:7
busy 4:24

< C >
cag@lanierlawfir
m.com 1:44
cap 6:15, 6:16,
6:22, 6:25, 7:1
capped 6:19
case 9:1
Cases 1:13, 5:9,
6:14, 7:4, 7:21,
8:18, 8:19
cause 4:10
certify 11:2,
11:5
changed 5:14
clear 5:11, 7:3
clients 8:18,
8:19
comfortable 8:15
commendable 7:13

Commerce 3:28
commit 7:6
complaint 8:17
complete 5:3
comply 11:5
computer 3:34
concerns 5:13
Conference 1:16,
4:9, 11:6
confirm 5:17
Conroy 1:30,
1:31
consistent 4:24,
5:9
contact 8:15,
8:16
continue 7:5,
8:24
conversations
5:3
Court 1:1, 3:27,
4:3, 4:7, 4:9,
4:25, 5:4, 5:6,
5:10, 5:17,
5:19, 5:22, 6:3,
6:6, 6:10, 6:15,
6:21, 7:16,
7:18, 11:6,
11:14
CRR 3:27, 11:13
CSR 11:2
currently 6:14

< D >
Dallas 1:3,
2:22, 2:31,
3:29, 4:4, 11:16
day 11:8
days 6:24
DC 2:5, 2:39
defendant 5:20
DEFENDANTS 2:2
defense 4:14,
5:24
depending 5:16
deposition 4:17,
4:24
Depuy 1:4, 4:10
discovery 4:17,

4:22, 7:13, 8:7
District 1:1,
1:2, 1:18, 4:3,
4:4, 4:5, 11:15
Division 1:3,
11:16
Docket 1:7
doctors 6:25
Document 1:13
done 7:13, 7:22,
8:6
Drive 3:21
duty 8:7

< E >
earlier 5:11
Ed 1:17, 4:5
either 6:7
Email 1:28,
1:37, 2:15,
2:24, 2:33,
2:41, 3:24
End 9:9
enjoying 8:4
entitled 11:4
everybody 8:7
excuse 4:10
exists 6:22
extensively 7:8

< F >
fact 6:23
factual 5:13
fair 8:18
faith 8:1
federal 7:21
feel 7:22, 8:14,
8:18, 8:25
fees 11:5
few 6:24
filing 5:6
find 7:7
fine 6:10
Firm 1:40, 3:20
First 4:14
Fisher 1:23,
1:32, 3:4
From 2:3, 2:37

Floor 1:25, 1:34
FM 1:41
following 7:6
foregoing 11:2,
11:3
format 11:5
forward 8:2, 8:5
Friday 5:6

< G >
gave 5:10
Gene 3:12
getting 7:15,
8:25
give 4:12, 4:20,
6:8
given 5:14
globe 7:12, 8:8
God 4:7
guess 8:9

< H >
H. 2:2, 2:10
hall 7:12
Hanly 1:31, 3:5
happy 8:20
Harburg 2:36,
3:6
hard 8:11
Hayes 1:32
hesitated 8:23
HIP 1:5
Honor 4:21, 5:1,
5:5, 5:8, 5:16,
6:5, 6:8, 6:14,
6:19, 6:22, 7:17
Honorable 1:17,
4:4, 4:7
hopefully 5:3
Houston 1:26,
1:42
Huguenard 1:23
Hurley 3:7

< I >
IMPLANT 1:5
INC. 1:5

Indianapolis
2:13
INSKEEP 2:10
installed 6:25
issues 4:18

< J >
J. 2:36, 3:27,
11:2, 11:12,
11:13
James 3:19, 7:9
Jayne 1:30
jconroy@hanlycon
roy.com 1:37
job 7:13
JOHN 2:2
John.beisner@ska
dden.com 2:7
Johnson 3:8
joint 5:4
joy 7:14
Judge 1:18, 4:5
Judicial 11:6

< K >
keep 8:10, 8:24
KENNETH 2:10
kind 7:24
Kinkeade 1:17,
4:5
kinskeep@btlaw.c
om 2:15
knows 7:1

< L >
LANIER 1:39,
1:40, 6:7, 6:8,
6:13, 6:19,
6:22, 7:17
LARRY 1:22
last 8:3
Laughter. 6:18
Laura 3:9
Law 1:40, 3:20
lawyers 4:12,
7:18, 7:20,
8:13, 8:16

lboyd@fisherboyd
.com 1:28
left 4:18
lexicon 5:9, 7:4
LIABILITY 1:6
Liddell 2:19,
2:28
life 7:11
LITIGATION 1:6,
4:10
little 4:20, 8:2
LLP 1:23, 1:32,
2:3, 2:11, 2:19,
2:28, 2:37
Locke 2:19, 2:28
longer 6:24
Look 5:22, 8:2,
8:5
Lord 2:19, 2:28

< M >
M. 3:19
Madison 1:33
MARK 1:39
MASTER 3:19,
5:10, 7:9
matter 11:4
MDL 1:7, 4:10
Meagher 2:3,
2:37
mechanical 3:33
Meridian 2:12
messed 7:11
MICHAEL 2:18,
2:27
million. 6:20
mind 4:25
money 8:9
monitor 7:12
moving 4:22
mpowell@lockelor
d.com 2:24
MR. BEISNER
4:21, 5:20, 6:2
multiplaintiff
5:15
mutually 7:7

< N >
need 4:15, 8:10
New 1:35, 2:4,
2:38
No. 1:7
nobody 7:1
Northern 1:2,
4:3, 11:15
note 5:5, 5:8,
7:10
noted 5:1
number 4:11
NW 2:4, 2:38
NY 1:35


< O >
occurring 8:17
OFFICER 4:2, 9:8
Official 11:14
Okay 4:9, 5:19,
5:22, 6:3, 6:6,
6:21, 7:16
older 8:3
one 5:7, 6:23
opportunity 4:12
order 4:2
ORTHOPAEDICS 1:4
otherwise 7:23,
9:6


< P >
P. 1:22
pam_wilson@txnd.
uscourts.gov
3:31
PAMELA 3:27,
11:2, 11:13
part 8:14
parties 4:22,
7:7
patient 8:12,
8:13
Paul 3:5
PC 3:20
perspective 7:2
phone 7:19
PINNACLE 1:5
Pkwy 1:24

PLAINTIFF 1:22,
7:2, 8:15
plaintiffs 7:3
Please 4:8, 8:24
position 5:8,
5:21
POWELL 2:18
pray 4:6
prescribed 11:6
PRESENT 3:1
presiding 4:5
probably 7:11
Proceedings
3:33, 11:3
proceedings. 9:9
process 4:22,
4:24, 5:2, 5:7,
7:8, 7:19, 7:20,
7:22, 7:25,
8:14, 8:22, 9:2
produced 3:34
product 6:24
PRODUCTS 1:6
progress 8:6,
8:11
proposal 5:4,
5:14
provide 5:3
put 9:1


< R >
radically 7:11
RE 1:4
really 8:6
record 5:12,
7:3, 7:14, 11:3
regard 4:15,
5:3, 5:4
Relates 1:13
relief 5:16
remiss 7:10
report 4:20,
5:10, 6:9
reported 3:33
Reporter 3:27,
11:14
representative
9:5
requiring 7:11

respect 5:5, 5:6
restriction 5:9
Richard 3:2
rise 4:2, 9:8
RMR 3:27, 11:13
ROBERTS 2:27
Room 3:28
Ross 2:20, 2:29
ruled 4:17


< S >
s/pamela 11:12
saw 8:3
schedule 4:25
searching 7:20,
7:24
seated 4:8
second 9:4, 9:5
SECURITY 4:2,
9:8
seeing 8:2, 8:5
selection 5:7
session 4:4
SETH 2:27
Sheridan 1:31
shot 9:1
side 5:24, 7:10,
8:15, 9:4, 9:5
sides 4:13, 7:14
Singletary 3:9
Skadden 2:3,
2:37
Slate 2:3, 2:37
solution 7:7
someone 6:4
sort 4:19
speaking 7:8
SPECIAL 3:19,
5:10, 7:9
spending 8:9
sroberts@lockelo
rd.com 2:33
St 2:12
Stanton 3:19,
3:20, 7:9
Stanton@stantont
rialfirm.com
3:24
state 7:20, 7:21

States 1:1,
1:18, 4:3, 4:5,
4:7, 11:7
STATUS 1:16, 4:9
Steenburg 3:10
stenography 3:33
Stephen 2:36,
3:6
Stephen.harburg@
skadden.com 2:41
Street 3:28
strong 7:6
Suite 2:21, 2:30


< T >
Texas 1:2, 3:29,
4:4, 11:15
text 5:13
Thornburg 2:11
throughout 9:2
today 4:10
Tracy 3:10
traipse 7:12
TRANSCRIPT 1:16,
3:34, 11:3, 11:5
trial 5:2, 7:24
trials 5:15
true 8:22
try 7:7, 8:25
TX 1:26, 1:42,
2:22, 2:31, 3:22
type 6:25


< U >
unfolds 5:17
United 1:1,
1:18, 4:3, 4:5,
4:7, 11:7
Unless 6:4


< V >
V. 2:18
Van 3:10
virtue 6:23


< W >

```
W.  1:39
waive 7:3
waived 5:8
waiver 5:14,
5:16
wanted 5:11,
7:14
Washington 2:5,
2:39
Wayne 3:4
West 1:41
whether 5:13
White 3:11
will 6:10,  7:1,
7:5,  7:8,  7:21,
8:1,  8:12,  8:20,
8:24
Williams 3:12
WILSON 3:27,
11:2,  11:12,
11:13
wiser 8:3
working 7:9,
7:25,  8:4,  8:10


< Y >
Y'all 6:7,  7:25,
8:2,  8:5,  8:12,
9:3,  9:7
yeoman 8:6
York 1:35,  2:4,
2:38
```

1

2                    C E R T I F I C A T I O N

3      I, PAMELA J. WILSON, CSR, certify that the foregoing is a

4   transcript from the record of the proceedings in the foregoing

5   entitled matter.

6      I further certify that the transcript fees format comply

7   with those prescribed by the Court and the Judicial Conference

8   of the United States.

9        This the 10th day of September, 2013.

10

11                            s/Pamela J. Wilson

12                            PAMELA J. WILSON, RMR, CRR
                              Official Court Reporter
13                            The Northern District of Texas
                              Dallas Division
14

15

16

17

18

19

20

21

22

23

24

25