IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No.  3:11-MD-2244-K |
| ---------------------------------------------------- This Document Relates to all Cases ---------------------------------------------------- | § § § § | |

**AGREED ORDER STAYING CASES PENDING BELLWETHER TRIALS**

At the request of the parties, the cases pending in this Multidistrict Litigation, other than those selected for bellwether trials, are **STAYED** pending further Order of the Court following completion of the bellwether trials scheduled to begin in September 2014 or for good cause shown. The stay does not apply to any jurisdictional motions and nothing in this Order shall relieve the parties from complying with the requirements of the Case Management Orders entered in MDL Docket No. 3:11-MD-2244-K.

**SO ORDERED.**

Signed September 30, 2013.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE

-1-

AGREED TO BY COUNSEL OF RECORD:

s/ Stephen J. Harburg
John H. Beisner
Stephen J. Harburg
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
(202) 371-7000

DEFENDANTS' LEAD COUNSEL

s/ W. Mark Lanier
W. Mark Lanier
The Lanier Law Firm
6810 FM 1960 Rd W
Houston, TX 77069-3804
(713) 659-5200

PLAINTIFFS' LEAD COUNSEL