IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | § | |
| INC. PINNACLE HIP IMPLANT | § | MDL Docket No. |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | 3:11-MD-2244-K |
| | § | |
| ------------------------------------------------------ | § | |
| This Document Relates to all Cases | § | |
| ------------------------------------------------------ | § | |

## NOTICE OF HEARING

On December 5 and 6, 2013, the Special Master will conduct hearings on certain motions to remand in accordance with the Court's Order Regarding Cases Removed From State Court [Dkt. 238]. The hearings will be conducted in courtroom 1351 of the Earle Cabell Federal Building and Courthouse located at 1100 Commerce Street, Dallas, Texas 75242.

On Thursday, December 5, 2013, cases removed from California state court (identified in Exhibit A) will be considered as follows:

| | |
|---|---|
| 9:30 -10:30 a.m. | Choice of law argument on cases involving plaintiffs residing in California. |
| 10:30 - 2:30 p.m. | Choice of law argument on remaining cases (lunch break will be taken). |
| 2:30 - 3:30 p.m. | Substantive argument on California law. |
| 3:30 - 4:30 p.m. | Other legal arguments. |

On Friday, December 6, 2013, arguments will be conducted as follows:

| | |
|---|---|
| 9:30 - 11:00 a.m. | Argument on cases removed from New Jersey state court (identified in Exhibit B). |
| 12:30 - 2:00 p.m. | Argument on cases removed from Maryland state court (identified in Exhibit C). |
| 2:30 - 4:00 p.m. | Argument on cases removed from various other state courts (identified in Exhibit D). |

To facilitate coordination of arguments among counsel for affected plaintiffs, the Special Master will conduct a telephonic status conference on Friday, November 22, 2013, beginning at 12:00 p.m. CST. The call in number is 800.868.1837, and the participant passcode is 692289#. Prior to this telephonic status conference, counsel from affected plaintiffs are directed to confer regarding apportionment of the allotted time for argument.

Dated: November 15, 2013.

_____
JAMES M. STANTON
COURT-APPOINTED SPECIAL MASTER

## EXHIBIT A

Cases from the Central District of California

| 3:11-cv-01224-K | Michael Humphey v. DePuy Orthopaedics Inc., et al |
| 3:11-cv-01226-K | Michael Humphey v. DePuy Orthopaedics Inc., et al |
| 3:11-cv-01264-K | Mark Phelps v. DePuy Orthopaedics Inc., et al |
| 3:11-cv-01266-K | Larry Gross v. DePuy Orthopaedics Inc., et al |
| 3:11-cv-01279-K | Dan Summers v. DePuy Orthopaedics Inc., et al |
| 3:11-cv-02425-K | Licianna Kane v. DePuy Orthopaedics Inc et al |
| 3:11-cv-02873-K | Shane Augustyn v. DePuy Orthopaedics, Inc. et al |
| 3:11-cv-02882-K | Darlene Clark v. DePuy Orthopaedics Inc. et al |
| 3:11-cv-03102-K | Christopher Rospierski v. Orthopaedics Inc et al |
| 3:11-cv-03365-K | Kurt Myers v. DePuy Orthopaedics Inc et al |
| 3:12-cv-00346-K | Mary Codinha-Orlando v. DePuy Orthopaedics Inc et al |
| 3:12-cv-00417-K | Marizola Earl et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-00419-K | Armand Sanchez et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-01133-K | Rick Scharp v. DePuy Orthopaedics Inc et al |
| 3:12-cv-01156-K | Claudine Singer v. DePuy Orthopaedics Inc et al |
| 3:12-cv-01298-K | Gary Winters et al v. Orthopaedics, Inc et al |
| 3:12-cv-01343-K | Pietro Ballato et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-01344-K | Christy Cain v. DePuy Orthopaedics Inc et al |
| 3:12-cv-01345-K | Sally Swanson v. DePuy Orthopaedics Inc et al |
| 3:12-cv-01349-K | Paul Norris v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01350-K | Anthony Faria v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01382-K | William Meyer v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01549-K | Joyce Marr v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01550-K | Jean Knapp et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01823-K | Kathie Hoffman et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01856-K | Ilene Bossano et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02081-K | Randi Lockie v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-02084-K | Jared Allen v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02085-K | Lei-Chala Wilson v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-02680-K | Harold Yeoman et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02684-K | Paul L. McCurley et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02686-K | William Waite v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-02762-K | Norma Carrier et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02764-K | Olando Allen Donehue v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02766-K | Searcy Giles et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-02893-K | Dennis Pliska v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03666-K | Allison Kersey et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03667-K | Michael Pintilie et al v. DePuy Orthopaedics, Inc. et al |

| 3:12-cv-03671-K | Dorothy Allen v. DePuy Orthopaedics Inc et al |
| 3:12-cv-03672-K | Wilhelmine Coate v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03674-K | Randy L. Hoffman et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03796-K | Craig Liebscher v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03966-K | Bliss et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-03975-K | Patricia M. Gentry et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03976-K | Charlotte Welch et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03977-K | Mark Stock v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03978-K | Linda Majorovas v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03982-K | Dawn Ennis v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03983-K | Howard Naylor v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03985-K | Larry A. Wilske et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03986-K | Joseph V. Potter et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04076-K | Dalana P. Crawford v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04077-K | Erika Slavin v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04078-K | Lynn Long v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04110-K | Kendra Patton v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04111-K | Terrianne Montgomery v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04112-K | Dale R. Fair et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04113-K | Evelyn Stone et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04114-K | Debra Crone v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04115-K | Judith A. Smith v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04116-K | Janet Trevathan v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04117-K | Michael Ostrowski v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04118-K | Deborah Tenorio v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04119-K | Verna Clark et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04120-K | Jeffrey Rumsey v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04121-K | Bettron B. Jones v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04122-K | Saijaad Ali et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04123-K | Herman Wright et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04124-K | Bonney J. Elliott v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04125-K | Larry Burke v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04126-K | Mark Hidalgo et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04134-K | Williams Pike et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04204-K | Estella Wahl et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04206-K | Joolia Harper v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04207-K | Ruth Trammell v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04208-K | Seneca Coats v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04209-K | Anita Chandler v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04210-K | Anthony D. Burnette v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04211-K | Mary Chapman v. DePuy Orthopaedics, Inc. et al |

| 3:12-cv-04214-K | David Addi et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04218-K | Dortha Fauci et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04219-K | Keith Hicks et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04296-K | Charles Crittenden et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04298-K | Christine Brys v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04300-K | Richard Jonilonis v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04312-K | Jack Vaughn v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04459-K | Judith Romano et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04461-K | Robert Ditro v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04462-K | Kelly F. Hillin v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04496-K | Dennis Davis et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04723-K | Mary Johnson et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04724-K | Kenneth B. Kramer v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04726-K | Christopher Langdon et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04727-K | Jose Hilerio v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04728-K | Terri Schnoering et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04887-K | Chad Streible v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04969-K | Robert Edwards et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04972-K | Raymond Turner et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04973-K | Paula Clark v. DePuy Orthopaedics Inc et al |
| 3:12-cv-05134-K | Evetta Tooley v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-05180-K | Robert Dirk Noyes et al v. DePuy Orthopaedics et al |
| 3:12-cv-05294-K | Charlotte Urgolites et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-00472-K | Daniel Brogan et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-00474-K | Leslie Galloway et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-00486-K | Josephine Langhammer v. DePuy Orthopaedics Inc et al |
| 3:13-cv-00836-K | Joe Ferrara et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-01153-K | Richard Robidoux et al. DePuy Orthopaedics, Inc. et al |
| 3:13-cv-01154-K | Wayne Lally et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-01155-K | April Matchett Lane v. DePuy Orthopaedics Inc et al |
| 3:13-cv-01156-K | Joel Vanscoy et al v. DePuy Orthopaedics Inc et al |
| 3:13-cv-01695-K | Richard Hicks v. DePuy et al |
| 3:13-cv-01708-K | Stanley Lazowski v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-02726-K | Morgan Lecour v. DePuy Orthopaedics Inc et al |
| 3:13-cv-02733-K | Colleen McKeage v. Depuy Orthopaedics Inc. et al |
| 3:13-cv-02734-K | Roxann M. Robinson et al. v. DePuy Othopaedics Inc. et al |
| 3:13-cv-02735-K | Colleen Hamil v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-02750-K | Patricia M. Edwards et al v. DePuy Othopaedics Inc. et al |
| 3:13-cv-03046-K | Maureen Takahashi v. DePuy Orthopaedics Inc et al |
| 3:13-cv-03047-K | Rosemary Webb v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03049-K | Horace Brown v. DePuy Orthopaedics Inc. et al |

| 3:13-cv-03050-K | Robert Vann v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03307-K | Tracy J. Strack v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03309-K | Ronald J. Grabe et al v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-04005-K | John Olswang v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-04006-K | Elaine Corvan v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-04114-K | Solina v. DePuy Orthopaedics Inc. et al |

Cases from the Northern District of California

| 3:12-cv-02058-K | Deville et al v. DePuy Orthopaedics, Inc. et al |
| 3:11-cv-01180-K | Cahsman v. DePuy Orthopaedics, Inc., et al |
| 3:11-cv-01181-K | Crittendon et al v. De Puy Orthopaedics, Inc. |
| 3:11-cv-01183-K | Toth v. DePuy Orthopaedics, Inc et al |
| 3:11-cv-01204-K | Lyster et al v. DePuy Orthopaedics, Inc. et al |
| 3:11-cv-01282-K | Elliott et al v. DePuy Orthopaedics, Inc. et al |
| 3:11-cv-01311-K | Perez v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00045-K | Fong v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00046-K | Markham v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00106-K | Young et al v. Schmalzried |
| 3:12-cv-00333-K | Rosies v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00334-K | Hall et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00345-K | Brown et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00354-K | Hall v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00423-K | Blalock et al DePuy Orthopaedics, Inc |
| 3:12-cv-00452-K | Nichols et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00631-K | Zornes et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-00637-K | Porter et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-00780-K | Nevins v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01046-K | Torres v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01054-K | Williams et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01062-K | Hill v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01146-K | Wilmanns et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01147-K | Orcutt et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01148-K | Bielak et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01149-K | Brinkman et al v. DePuy Orthopaedics Inc., et al |
| 3:12-cv-01150-K | McGill et al v. DePuy Orthopaedics Inc., et al |
| 3:12-cv-01151-K | Sterngold et al v. DePuy Orthopaedivs Inc. et al |
| 3:12-cv-01197-K | Janke et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01257-K | Steele v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01542-K | Neale et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01544-K | Eder v. DePuy Orthopaedics, Inc. et al |

| 3:12-cv-01545-K | Oxley vl DePuy Orthopaedics Inc. et al |
| 3:12-cv-01546-K | Gildez v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-01547-K | Friel et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01548-K | Haydock et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02056-K | Vecchiarelli v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02057-K | McNutt v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02060-K | Davis et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02061-K | Bowers et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02062-K | Hawkins v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02063-K | Jolly et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02068-K | Lillies et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02069-K | Dickinson et al v. DePuy Orthopaesdics, Inc. et al |
| 3:12-cv-02165-K | Koplin et al v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-02176-K | Slatter et al v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-02180-K | Curran v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02238-K | Schneider et al v. DePuy  Orthopaedics, Inc. et al |
| 3:12-cv-02539-K | Schmidt v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02558-K | Kamis et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02559-K | Nash et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02561-K | Perry v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02562-K | Northam v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02565-K | Trimble et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02709-K | Vanyi et al. v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02709-K | Vanyi et al. v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02767-K | Brewer et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-02844-K | Vaughn v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03313-K | Evans et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03314-K | Kossman et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03315-K | Herman v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-03316-K | Pressler et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03637-K | Nicol v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-03963-K | Arrighi et al v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-04007-K | MacDonald v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-04009-K | Miranda et al v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-04010-K | Keeler et al v. Johnson & Johnson Services, Inc et al |
| 3:12-cv-04202-K | Gates v. Johnson & Johnson Service, Inc. et al |
| 3:12-cv-04203-K | Phillips v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-04240-K | Hansen v. Johnson & Johnson Services, Inc et al |
| 3:12-cv-04663-K | Stahl v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04821-K | Martin v. Johnson & Johnson Services, Inc. et al |
| 3:12-cv-05085-K | Nelson v. Johnson & Johnson Services, Inc et al |

| | |
|---|---|
| 3:12-cv-05177-K | Brown v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-05296-K | Liljestrand v. DePuy Orthopaedics, Inc. et al |
| 3:13-cv-00672-K | Levison v. Johnson & Johnson Services, Inc et al |
| 3:13-cv-01409-K | Best et al v. Johnson & Johnson Services, Inc. et al |
| 3:13-cv-01498-K | Stokes v. DePuy Orthopaedics, Inc. et al |
| 3:13-cv-01499-K | McCartin v. Depuy Orthopaedics, Inc. et al |
| 3:13-cv-03102-K | Anderson v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03381-K | Kornegay v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03383-K | Petty v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03387-K | Russell v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03388-K | Hayes v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03395-K | Prescott v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03436-K | Kates v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03440-K | Ralston v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-04172-K | Ricigliano v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-04407-K | Clancy v. DePuy Orthopaedics Inc. et al |

Cases from the Southern District of California

| | |
|---|---|
| 3:11-cv-03475-K | Lingle v. DePuy Orthopaedics Inc et al |
| 3:13-cv-03007-K | Pennington v. DePuy Orthopaedics In et al |

**EXHIBIT B**

| | |
|---|---|
| 3:12-cv-01041-K | Zellner et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-01042-K | Jones v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01043-K | McGinley et al. v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-01044-K | Dooley et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-01045-K | Pinard et al v. DePuy Orthopaedics, Inc, et al. |
| 3:12-cv-03749-K | Prince v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-03864-K | Donovan et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04079-K | Alyward et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04080-K | Ballo v. DePuy Orthopaedics et al |
| 3:12-cv-04081-K | Brodoski et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04082-K | Cabrera v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04083-K | Chalfant et al. v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04223-K | Fahl v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04224-K | Guldner et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04225-K | Hitacho et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04226-K | Kelly et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04227-K | Klopp et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04229-K | Kostick et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04230-K | Ogden v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04231-K | Redmond et al v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04232-K | Roper v. DePuy Orthopaedics Inc. et al |
| 3:12-cv-04237-K | Scaife v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04238-K | Weber v. DePuy Orthopaedics Inc et al |
| 3:12-cv-04433-K | Johnson v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04436-K | Nush et al v. DePuy Orthopaedics Inc et al |
| 3:12-cv-05095-K | Dale et al v. DePuy Orthopaedics, Inc, et al |
| 3:12-cv-05096-K | Goodberlet et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-05098-K | Jordan, et al v. DePuy Orthopaedics, Inc. et al |
| 3:13-cv-01478-K | Stabile et al v. DePuy Orthopaedics, Inc et al |
| 3:13-cv-02281-K | Polzer et al v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03093 | Riviere et al v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03155-K | Seeds et al v. DePuy Orthopaedics Inc. et al |
| 3:13-cv-03669 | Kuscan et al v. DePuy Orthopaedics, Inc. et al |

**EXHIBIT C**

| 3:12-cv-02670-K | Yearwood et al v. Johnson & Johnson, Inc. et al |
|---|---|
| 3:12-cv-05102-K | Flach et al v. Johnson v. Johnson, Inc. et al |
| 3:13-cv-00650-K | Shelkett et al v. Johnson & Johnson et al |
| 3:13-cv-00652-K | Gibbons et al v. Johnson & Johnson et al |
| 3:13-cv-00654-K | Apicella et al v. Johnson & Johnson, Inc et al |
| 3:13-cv-00655-K | Gilden et al v. Johnson & Johnson, Inc. et al |
| 3:13-cv-00720-K | Stevenson et al v. Johnson & Johnson, Inc. et al |
| 3:13-cv-00964-K | Barnes et al v. Johnson & Johnson, Inc. et al |
| 3:13-cv-01962-K | Falcetti et al v. Johnson & Johnson, Inc et al |
| 3:13-cv-03266-K | Rowley, et al v. Johnson & Johnson, Inc et al |
| 3:13-cv-03268-K | Ridgely, et al v. Johnson & Johnson, Inc et al |
| 3:13-cv-03289-K | Lambros, et al. v. Johnson & Johnson, Inc et al |
| 3:13-cv-04016-K | McCaffray v. Johnson & Johnson Inc. et al |
| 3:13-cv-04040-K | Durr et al v. Johnson & Johnson Inc. et al |

## EXHIBIT D

| 3:12-cv-01223-K | Carey-Broomfield v. DePuy Orthopaedics, Inc. et al |
|---|---|
| 3:12-cv-01816-K | Robinson v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-04358-K | Orellana v. Mark Starring and Associates, Inc. et al |
| 3:12-cv-05129-K | Henke et al v. DePuy Orthopaedics, Inc. et al |
| 3:12-cv-05282-K | Aylor v. DePuy Orthopaedics, Inc. et al |
| 3:13-cv-01230-K | Jones v. DePuy Orthopaedics, Inc. et al |