IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ------------------------------------------------ | § § § § | |
| This Document Relates to all Cases | | |
| ------------------------------------------------ | | |

## AMENDED NOTICE OF HEARING

On November 15, 2013, the Special Master entered a Notice of Hearing [Dkt. 358] setting a hearing in Dallas, Texas, on December 5 and 6, 2013, to consider certain motions to remand in accordance with the Court's Order Regarding Cases Removed From State Court [Dkt. 189]. The Notice of Hearing directed counsel for affected plaintiffs to confer regarding apportionment of the allotted time for argument and attend a telephonic status conference on November 22, 2013, to facilitate coordination of arguments among counsel on December 5 and 6, 2013.

### Continuance of Hearing

Counsel for the affected plaintiffs and defendants have unanimously requested the Special Master continue the December 5 and 6, 2013, hearing and delay consideration of the motions to remand (identified in the attached exhibits) until completion of the bellwether trials scheduled to begin in September 2014. Having received a unanimous

request for continuance from the parties, the hearing on December 5 and 6, 2013, is continued until a future date following completion of the bellwether trials.

Amended Exhibits Identifying Affected Cases

After consultation with counsel, a corrected list of cases set for hearing are identified in the exhibits to this notice.

Dated: December 4, 2013.

_____
JAMES M. STANTON
COURT-APPOINTED SPECIAL MASTER

Summary of Amended Exhibits
(Cases added to and removed from November 15, 2013, Notice of Hearing)

3:12-cv-01319-K - Strackbein et al v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:12-cv-03945-K - Doerty v. Johnson & Johnson Inc., et al. (added to Exhibit D).

3:12-cv-04358-K - Orellana v. Mark Starring and Associates Inc., et al. (removed from Exhibit D).

3:13-cv-01230-K - Jones v. DePuy Orthopaedics Inc., et al. (removed from Exhibit D).

3:13-cv-01478-K - Stabile v. DePuy Orthopaedics Inc., et al. (removed from Exhibit B).

3:13-cv-01891-K - Novotny v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-01892-K - Severson v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-01997-K - Reynolds v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02026-K - Conway v. Johnson & Johnson Services Inc., et al. (added to Exhibit A).

3:13-cv-02078-K – Elson v. Johnson & Johnson Services Inc., et al (added to Exhibit A).

3:13-cv-02123-K - Weiderman v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02125-K - John S. Dean v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02127-K - Vickie Lynn Travis Vernon v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02130-K - Homec v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02137-K - Wood v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02140-K - Chinnici v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02142-K - McCollum v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02411-K - Veith v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02419-K - Wolfe-Johnson v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02420-K - Hallock v. DePuy Orthopaedics Inc., et al. (added to Exhibit A).

3:13-cv-02498-K - Alstrom et al v. Johnson & Johnson Inc., et al. (added to Exhibit A).

3:13-cv-04114-K - Solinas v. DePuy Orthopaedics Inc., et al. (removed from Exhibit A).

## EXHIBIT A

Cases from the Central District of California

| | |
|---|---|
| 3:11-cv-01224-K | Michael Humphey v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-01226-K | Michael Humphey v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-01264-K | Mark Phelps v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-01266-K | Larry Gross v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-01279-K | Dan Summers v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-02425-K | Licianna Kane v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-02873-K | Shane Augustyn v. DePuy Orthopaedics, Inc., et al. |
| 3:11-cv-02882-K | Darlene Clark v. DePuy Orthopaedics Inc., et al. |
| 3:11-cv-03102-K | Christopher Rospierski v. Orthopaedics Inc., et al. |
| 3:11-cv-03365-K | Kurt Myers v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-00346-K | Mary Codinha-Orlando v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-00417-K | Marizola Earl et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-00419-K | Armand Sanchez et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01133-K | Rick Scharp v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01156-K | Claudine Singer v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01298-K | Gary Winters et al. v. Orthopaedics, Inc., et al. |
| 3:12-cv-01343-K | Pietro Ballato et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01344-K | Christy Cain v. DePuy Orthopaedics Inc et al. |
| 3:12-cv-01345-K | Sally Swanson v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01349-K | Paul Norris v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01350-K | Anthony Faria v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01382-K | William Meyer v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01549-K | Joyce Marr v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01550-K | Jean Knapp et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01823-K | Kathie Hoffman et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-01856-K | Ilene Bossano et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02081-K | Randi Lockie v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-02084-K | Jared Allen v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02085-K | Lei-Chala Wilson v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-02680-K | Harold Yeoman et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02684-K | Paul L. McCurley et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02686-K | William Waite v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02762-K | Norma Carrier et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02764-K | Olando Allen Donehue v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-02766-K | Searcy Giles et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-02893-K | Dennis Pliska v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03666-K | Allison Kersey et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03667-K | Michael Pintilie et al. v. DePuy Orthopaedics, Inc. et al. |

| 3:12-cv-03671-K | Dorothy Allen v. DePuy Orthopaedics Inc., et al. |
|---|---|
| 3:12-cv-03672-K | Wilhelmine Coate v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03674-K | Randy L. Hoffman et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03796-K | Craig Liebscher v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03966-K | Bliss et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-03975-K | Patricia M. Gentry et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03976-K | Charlotte Welch et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03977-K | Mark Stock v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03978-K | Linda Majorovas v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03982-K | Dawn Ennis v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03983-K | Howard Naylor v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03985-K | Larry A. Wilske et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-03986-K | Joseph V. Potter et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04076-K | Dalana P. Crawford v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04077-K | Erika Slavin v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04078-K | Lynn Long v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04110-K | Kendra Patton v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04111-K | Terrianne Montgomery v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04112-K | Dale R. Fair et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04113-K | Evelyn Stone et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04114-K | Debra Crone v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04115-K | Judith A. Smith v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04116-K | Janet Trevathan v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04117-K | Michael Ostrowski v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04118-K | Deborah Tenorio v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04119-K | Verna Clark et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04120-K | Jeffrey Rumsey v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04121-K | Bettron B. Jones v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04122-K | Saijaad Ali et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04123-K | Herman Wright et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04124-K | Bonney J. Elliott v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04125-K | Larry Burke v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04126-K | Mark Hidalgo et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04134-K | Williams Pike et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04204-K | Estella Wahl et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04206-K | Joolia Harper v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04207-K | Ruth Trammell v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04208-K | Seneca Coats v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04209-K | Anita Chandler v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04210-K | Anthony D. Burnette v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04211-K | Mary Chapman v. DePuy Orthopaedics, Inc., et al. |

| | |
|---|---|
| 3:12-cv-04214-K | David Addi et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04218-K | Dortha Fauci et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04219-K | Keith Hicks et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04296-K | Charles Crittenden et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04298-K | Christine Brys v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04300-K | Richard Jonilonis v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04312-K | Jack Vaughn v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04459-K | Judith Romano et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04461-K | Robert Ditro v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04462-K | Kelly F. Hillin v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04496-K | Dennis Davis et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-04723-K | Mary Johnson et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04724-K | Kenneth B. Kramer v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-04726-K | Langdon et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04727-K | Jose Hilerio v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04728-K | Terri Schnoering et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04887-K | Chad Streible v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04969-K | Robert Edwards et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04972-K | Raymond Turner et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04973-K | Paula Clark v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-05134-K | Evetta Tooley v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-05180-K | Robert Dirk Noyes et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-05294-K | Charlotte Urgolites et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-00472-K | Daniel Brogan et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-00474-K | Leslie Galloway et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-00486-K | Josephine Langhammer v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-00836-K | Joe Ferrara et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01153-K | Richard Robidoux et al. DePuy Orthopaedics, Inc., et al. |
| 3:13-cv-01154-K | Wayne Lally et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01155-K | April Matchett Lane v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01156-K | Joel Vanscoy et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01695-K | Richard Hicks v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01708-K | Stanley Lazowski v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01891-K | Wayne Novotny v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01892-K | Robert Severson et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-01997-K | Shirley Reynolds v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02123-K | Lynn Weiderman v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02125-K | John S. Dean v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02127-K | Vickie Lynn Vernon v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02130-K | Gary Homec v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02137-K | Alan Wood v. DePuy Orthopaedics Inc., et al. |

| | |
|---|---|
| 3:13-cv-02140-K | Nina Chinnici v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02142-K | Karen McCollum v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02408-K | Carrie Jones v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02726-K | Morgan Lecour v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02733-K | Colleen McKeage v. Depuy Orthopaedics Inc., et al. |
| 3:13-cv-02734-K | Roxann M. Robinson et al. v. DePuy Othopaedics Inc., et al. |
| 3:13-cv-02735-K | Colleen Hamil v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-02750-K | Patricia M. Edwards et al. v. DePuy Othopaedics Inc. et al. |
| 3:13-cv-03046-K | Maureen Takahashi v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-03047-K | Rosemary Webb v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-03049-K | Horace Brown v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-03050-K | Robert Vann v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-03307-K | Tracy J. Strack v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-03309-K | Ronald J. Grabe et al. v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-04005-K | John Olswang v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-04006-K | Elaine Corvan v. DePuy Orthopaedics Inc., et al. |

Cases from the Northern District of California

| | |
|---|---|
| 3:12-cv-02058-K | Deville et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:11-cv-01180-K | Cashman v. DePuy Orthopaedics, Inc., et al. |
| 3:11-cv-01181-K | Crittendon et al. v. De Puy Orthopaedics, Inc. |
| 3:11-cv-01183-K | Toth v. DePuy Orthopaedics, Inc. et al. |
| 3:11-cv-01204-K | Lyster et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:11-cv-01282-K | Elliott et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:11-cv-01311-K | Perez v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00045-K | Fong v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00046-K | Markham v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00106-K | Young et al. v. Schmalzried |
| 3:12-cv-00333-K | Rosies v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00334-K | Hall et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00345-K | Brown et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00354-K | Hall v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00423-K | Blalock et al. DePuy Orthopaedics, Inc. |
| 3:12-cv-00452-K | Nichols et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00631-K | Zornes et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-00637-K | Porter et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-00780-K | Nevins v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01046-K | Torres v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01054-K | Williams et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01062-K | Hill v. DePuy Orthopaedics, Inc. et al. |

| | |
|---|---|
| 3:12-cv-01146-K | Wilmanns et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01147-K | Orcutt et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01148-K | Bielak et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01149-K | Brinkman et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01150-K | McGill et al. v. DePuy Orthopaedics Inc., et al. |
| 3:12-cv-01151-K | Sterngold et al. v. DePuy Orthopaedivs Inc. et al. |
| 3:12-cv-01197-K | Janke et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01257-K | Steele v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01319-K | Strackbein et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-01542-K | Neale et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01544-K | Eder v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01545-K | Oxley v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-01546-K | Gildez v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-01547-K | Friel et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01548-K | Haydock et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02056-K | Vecchiarelli v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02057-K | McNutt v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02060-K | Davis et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02061-K | Bowers et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02062-K | Hawkins v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02063-K | Jolly et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02068-K | Lillies et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02069-K | Dickinson et al. v. DePuy Orthopaesdics, Inc. et al. |
| 3:12-cv-02165-K | Koplin et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-02176-K | Slatter et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-02180-K | Curran v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02238-K | Schneider et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02539-K | Schmidt v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02558-K | Kamis et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02559-K | Nash et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02561-K | Perry v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02562-K | Northam v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02565-K | Trimble et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02709-K | Vanyi et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02767-K | Brewer et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-02844-K | Vaughn v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-03313-K | Evans et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-03314-K | Kossman et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-03315-K | Herman v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-03316-K | Pressler et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-03637-K | Nicol v. DePuy Orthopaedics, Inc. et al. |

| 3:12-cv-03963-K | Arrighi et al. v. Johnson & Johnson Services, Inc. et al. |
| --- | --- |
| 3:12-cv-04007-K | MacDonald v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-04009-K | Miranda et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-04010-K | Keeler et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-04202-K | Gates v. Johnson & Johnson Service, Inc. et al. |
| 3:12-cv-04203-K | Phillips v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-04240-K | Hansen v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-04663-K | Stahl v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04821-K | Martin v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-05085-K | Nelson v. Johnson & Johnson Services, Inc. et al. |
| 3:12-cv-05177-K | Brown v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-05296-K | Liljestrand v. DePuy Orthopaedics, Inc. et al. |
| 3:13-cv-00672-K | Levison v. Johnson & Johnson Services, Inc et al. |
| 3:13-cv-01409-K | Best et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:13-cv-01498-K | Stokes v. DePuy Orthopaedics, Inc. et al. |
| 3:13-cv-01499-K | McCartin v. Depuy Orthopaedics, Inc. et al. |
| 3:13-cv-02026-K | Conway et al. v. Johnson & Johnson Services, Inc., et al. |
| 3:13-cv-02078-K | Elson v. Johnson & Johnson Services, Inc., et al. |
| 3:13-cv-02419-K | Wolfe-Johnson v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02420-K | Hallock v. DePuy Orthopaedics Inc., et al. |
| 3:13-cv-02498-K | Alstrom et al. v. Johnson & Johnson Services, Inc. et al. |
| 3:13-cv-02411-K | Veith v. DePuy Orthopaedics, Inc. et al. |
| 3:13-cv-03102-K | Anderson v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03381-K | Kornegay v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03383-K | Petty v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03387-K | Russell v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03388-K | Hayes v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03395-K | Prescott v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03436-K | Kates v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03440-K | Ralston v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-04172-K | Ricigliano v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-04407-K | Clancy v. DePuy Orthopaedics Inc. et al. |

Cases from the Southern District of California

| 3:11-cv-03475-K | Lingle v. DePuy Orthopaedics Inc. et al. |
| --- | --- |
| 3:13-cv-03007-K | Pennington v. DePuy Orthopaedics Inc. et al. |

## EXHIBIT B

| | |
|---|---|
| 3:12-cv-01041-K | Zellner et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-01042-K | Jones v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01043-K | McGinley et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-01044-K | Dooley et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01045-K | Pinard et al. v. DePuy Orthopaedics, Inc, et al. |
| 3:12-cv-03749-K | Prince v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-03864-K | Donovan et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04079-K | Alyward et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04080-K | Ballo v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04081-K | Brodoski et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04082-K | Cabrera v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04083-K | Chalfant et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04223-K | Fahl v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04224-K | Guldner et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04225-K | Hitacho et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04226-K | Kelly et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04227-K | Klopp et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04229-K | Kostick et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04230-K | Ogden v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04231-K | Redmond et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04232-K | Roper v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04237-K | Scaife v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04238-K | Weber v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-04433-K | Johnson v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-04436-K | Nush et al. v. DePuy Orthopaedics Inc. et al. |
| 3:12-cv-05095-K | Dale et al. v. DePuy Orthopaedics, Inc., et al. |
| 3:12-cv-05096-K | Goodberlet et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-05098-K | Jordan, et al. v. DePuy Orthopaedics, Inc. et al. |
| 3:13-cv-02281-K | Polzer et al. v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03093-K | Riviere et al. v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03155-K | Seeds et al. v. DePuy Orthopaedics Inc. et al. |
| 3:13-cv-03669-K | Kuscan et al. v. DePuy Orthopaedics, Inc. et al. |

## EXHIBIT C

| | |
|---|---|
| 3:12-cv-02670-K | Yearwood et al. v. Johnson & Johnson, Inc. et al. |
| 3:12-cv-05102-K | Flach et al. v. Johnson v. Johnson, Inc. et al. |
| 3:13-cv-00650-K | Shelkett et al. v. Johnson & Johnson Inc. et al. |
| 3:13-cv-00652-K | Gibbons et al. v. Johnson & Johnson Inc. et al. |
| 3:13-cv-00654-K | Apicella et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-00655-K | Gilden et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-00720-K | Stevenson et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-00964-K | Barnes et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-01962-K | Falcetti et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-03266-K | Rowley, et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-03268-K | Ridgely, et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-03289-K | Lambros, et al. v. Johnson & Johnson, Inc. et al. |
| 3:13-cv-04016-K | McCaffray v. Johnson & Johnson Inc. et al. |
| 3:13-cv-04040-K | Durr et al. v. Johnson & Johnson Inc. et al. |

## EXHIBIT D

| | |
|---|---|
| 3:12-cv-01223-K | Carey-Broomfield v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-01816-K | Robinson v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-03945-K | Doerty v. Johnson & Johnson et al. |
| 3:12-cv-05129-K | Henke et al v. DePuy Orthopaedics, Inc. et al. |
| 3:12-cv-05282-K | Aylor v. DePuy Orthopaedics, Inc. et al. |