IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § § | MDL Docket No.  3:11-MD-2244-K |
| ------------------------------------------------- This Order Relates To All Cases ------------------------------------------------- | § § § § | |

## ORDER

Before the Court is correspondence from Ross Brooks, an attorney representing Dr. Antoni Nargol and Dr. David Langton, concerning certain documents and information produced in discovery and provided to Drs. Nargol and Langton pursuant to the Court's Stipulated Protective Order of Confidentiality [Dkt. 131].

Having reviewed the correspondence, Drs. Nargol and Langton are **ORDERED** to provide the following information in writing only to the Special Master for *in camera* review by July 28, 2014:

1. The name and affiliation of any person who provided them with DePuy's confidential materials; the date they first received the materials; the date when they executed the confidentiality agreement attached to the Court's Stipulated Protective Order of Confidentiality [Dkt. 131]; and copies of the confidentiality agreements, if any.

2. The name and affiliation of any person to whom they provided DePuy's confidential materials; the date they provided the materials; and, a description of the materials provided.

**SO ORDERED.**

Signed July 18, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE