**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

---------------------------------------------------------x
IN RE: DEPUY ORTHOPEDICS, INC.              MDL Docket No. 3:11-MD-2244-K
PINNACLE HIP IMPLANT PRODUCTS    :
LIABILITY LITIGATION                                    HONORABLE ED KINKEADE
                                                              :
-------------------------------------------
THIS DOCUMENT RELATES TO:

*Aoki – 3:13-cv-1071*
*Borel-3:14-cv-0441*
*Brown-3:12-cv-2780*
*Christopher-3:14-cv-1994*
*Greer-3:12-cv-1672*
*Klusmann-3:11-cv-2800*
*O'Neill-3:12-cv-3027*
*Peterson-3:11-cv-1941*
*Thibodeaux-3:13-cv-1027*

---------------------------------------------------------- x

**ORDER ON PLAINTIFFS' MOTION TO COMPEL DEFENDANTS'**
**RESPONSES TO PLAINTIFFS' INTERROGATORIES AND**
**REQUEST FOR PRODUCTION OF DOCUMENTS**
**(FOR BELLWETHER PLAINTIFFS, PROPOUNDED MAY 19, 2015)**

CAME ON FOR CONSIDERATION Plaintiffs' Motion to Compel Defendants' Responses to Plaintiffs' Interrogatories and Request for Production of Documents (For Bellwether Plaintiffs, Propounded May 19, 2015). The Court, after considering the Motion, the Response of Defendants Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson, and Johnson & Johnson Services, Inc. (collectively "Defendants"), and the arguments of counsel, hereby

ORDERS, ADJUDGES, AND DECREES that Defendants' objections to the following Interrogatories and Request for Production are:

## INTERROGATORIES

| | | | | |
|---|---|---|---|---|
| #1 | _____ | Sustained | _____ | Overruled |
| #2 | _____ | Sustained | _____ | Overruled |
| #3 | _____ | Sustained | _____ | Overruled |
| #4 | _____ | Sustained | _____ | Overruled |
| #5 | _____ | Sustained | _____ | Overruled |
| #8 | _____ | Sustained | _____ | Overruled |
| #10 | _____ | Sustained | _____ | Overruled |
| #12 | _____ | Sustained | _____ | Overruled |
| #13 | _____ | Sustained | _____ | Overruled |
| #14 | _____ | Sustained | _____ | Overruled |

## REQUEST FOR PRODUCTION

| | | | | |
|---|---|---|---|---|
| #1 | _____ | Sustained | _____ | Overruled |
| #2 | _____ | Sustained | _____ | Overruled |
| #3 | _____ | Sustained | _____ | Overruled |
| #4 | _____ | Sustained | _____ | Overruled |
| #5 | _____ | Sustained | _____ | Overruled |
| #7 | _____ | Sustained | _____ | Overruled |

| #9  | _____ | Sustained | _____ | Overruled |
|-----|--------------|-----------|--------------|-----------|
| #10 | _____ | Sustained | _____ | Overruled |
| #11 | _____ | Sustained | _____ | Overruled |
| #12 | _____ | Sustained | _____ | Overruled |
| #13 | _____ | Sustained | _____ | Overruled |
| #14 | _____ | Sustained | _____ | Overruled |
| #15 | _____ | Sustained | _____ | Overruled |
| #16 | _____ | Sustained | _____ | Overruled |
| #17 | _____ | Sustained | _____ | Overruled |
| #18 | _____ | Sustained | _____ | Overruled |
| #19 | _____ | Sustained | _____ | Overruled |
| #20 | _____ | Sustained | _____ | Overruled |

The Court ORDERS that Defendants shall respond to all discovery requests above that were overruled, providing all information and materials presently know and available, within _____ days of this Order.

The Court further ORDERS that Defendants shall respond to all discovery requests that were overruled within _____ days of taking the deposition of each Plaintiff.

The Court further ORDERS that Defendants shall respond to all discovery requests above that were overruled within _____ days of taking the deposition of each Plaintiff's implanting and/or revision physician.

Finally, the Court ORDERS that Defendants timely supplement all discovery requests above that were overruled in strict compliance with the Federal Rules of Civil Procedure.

Signed this \_\_\_\_ day of _____, 2015.

_____
JUDGE PRESIDING