IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| -------------------------------------------------- This Document Relates to all Cases -------------------------------------------------- | § § § § | |

## SECOND AMENDED ORDER ON BELLWETHER TRIALS

After considering the submissions of the parties and conducting its own review of potential bellwether selections, the Court has selected the following cases to be prepared for trial:

1. Margaret E. Aoki (Cause No. 3:13-cv-01071-K).

2. Jay Christopher (Cause No. 3:14-cv-01994-K).

3. Donald Greer (Cause No. 3:12-cv-01672-K).

4. Richard Klusmann (Cause No. 3:11-cv-02800-K).

5. Robert Peterson (Cause No. 3:11-cv-01941-K).

6. John Thibodeau (Cause No. 3:13-cv-01027-K).

The parties are ORDERED to confer with the Special Master regarding a trial date and preparation of the cases for trial.

Pursuant to the Agreed Order Staying Cases Pending Bellwether Trials [Dkt. No. 348], all cases in the MDL shall remain STAYED pending further Order of the Court following completion of the bellwether trials or for good cause shown. The stay does not apply to any jurisdictional motions and nothing in this Order shall relieve the parties from complying with the requirements of the Case Management Orders entered in MDL Docket No. 3:11-MD-2244-K.

**This Order is Amended to remove the cases of Bonnie Jean Borel (Cause No. 3:14-cv-00441-K), Theodore R. Brown (Cause No. 3:12-cv-02780-K), James O'Neill (Cause No. 3:12-cv-03027-K), and Hillary Ryan (Cause No. 3:13-cv-02195-K) from the list of cases to be prepared for trial.**

SO ORDERED.

Signed August 26, 2015.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE