# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-11419

_____

**A True Copy**
**Certified order issued Sep 27, 2016**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

In re:  DEPUY ORTHOPAEDICS, INCORPORATED; JOHNSON & JOHNSON, INCORPORATED; DEPUY PRODUCTS, INCORPORATED; JOHNSON & JOHNSON SERVICES, INCORPORATED; DEPUY SYNTHES, INCORPORATED; JOHNSON & JOHNSON; JOHNSON & JOHNSON INTERNATIONAL; DEPUY INTERNATIONAL LIMITED,

Petitioners

_____

Petition for a Writ of Mandamus to the
Northern District of Texas, Dallas

_____

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 27, 2016

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 16-11419    In re: DePuy Orthopaedics, Inc., et al
                        USDC No. 3:11-MD-2244
                        USDC No. 3:12-CV-2066
                        USDC No. 3:13-CV-3631
                        USDC No. 3:13-CV-3938
                        USDC No. 3:14-CV-1730
                        USDC No. 3:15-CV-1767
                        USDC No. 3:15-CV-3484

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shawn D. Henderson, Deputy Clerk
                            504-310-7668

cc w/encl:
        Mr. Richard J. Arsenault
        Mr. Franklin D. Azar
        Mr. John H. Beisner
        Mr. Stephen J. Harburg
        Mr. W. Mark Lanier
        Ms. Jessica Davidson Miller
        Mr. Kevin Philip Parker
        Mr. Michael Vance Powell
        Ms. Andrea Mahady Price
        Mr. Richard E. Sarver
        Mr. Geoffrey M. Wyatt