UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

IN RE: DEPUY ORTHOPAEDICS, INC.
PINNACLE HIP IMPLANT PRODUCT           MDL NO.: 3:11-MD-2244-K
LIABILITY LITIGATION                   CASE NO.: 3:11-cv-01597

---

This applies to:

DONNIE ORTIZ,


                      Plaintiff.

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.12, The Lanier Law Firm and Franklin D. Azar & Associates PC hereby move to withdraw as counsel for the Plaintiff Donnie Ortiz.

Plaintiff will continue to be represented by Jere Kyle Bachus of the law firm, Bachus & Schanker LLC.  Undersigned counsel certifies that Plaintiff and the attorneys of Bachus & Schanker LLC have been notified of this Motion to Withdraw and Bachus & Schanker LLC has agreed to continue to represent Plaintiff to the conclusion of this suit, such that Plaintiff will not be prejudiced by this withdrawal.

## CERTIFICATE OF CONFERENCE

Undersigned counsel certifies that counsel for Defendants has been notified of the filing of this motion and does not object to the withdrawal of The Lanier Law Firm and Franklin D. Azar & Associates PC from this matter.

Dated:   December 1, 2017                    Respectfully submitted,


                                                By:  /s/ W. Mark Lanier
W. Mark Lanier
THE LANIER LAW FIRM
6810 FM 1960 Rd West
Houston, TX 77069
Telephone:     713.659.5200
Fax:               713.659.2204
E-mail:  wml@lanierlawfirm.com


Tonya Melnichenko
FRANKLIN D. AZAR
& ASSOCIATES
14426 East Evans Avenue
Aurora, CO 80014
Telephone:     303.757.3300
Fax:               303.759.5203
melnichenkot@fdazar.com

## CERTIFICATE OF SERVICE

  I certify that the foregoing instrument was served on all counsel of record by the Court's CM/ECF system, and was also forwarded to counsel for the Defendants by electronic mail on December 1, 2017.

                   /s/ W. Mark Lanier