IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 3:11-MD-2244-K<br><br>Honorable Ed Kinkeade |

| This Document Relates To: | Case Nos. |
|---|---|
| JT Barfield | 3:13-cv-00424-K |
| Bradley Bukovich | 3:12-cv-04843-K |
| Linda Burch-Pierce | 3:13-cv-03424-K |
| Ronelle Burton | 3:17-cv-01570-K |
| Eugene Cherney | 3:12-cv-02482-K |
| Laura Cook | 3:12-cv-02191-K |
| Joseph Copeland | 3:12-cv-04847-K |
| David Davis IV | 3:13-cv-00780-K |
| Christopher Dodge | 3:17-cv-01576-K |
| Kenneth Foss | 3:11-cv-01378-K |
| Charles Fox | 3:13-cv-04855-K |
| Andrew Frank | 3:12-cv-04846-K |
| Jeanne Franklin | 3:14-cv-00793-K |
| Nancy Hamilton | 3:13-cv-02904-K |
| Victoria Hansen | 3:15-cv-01089-K |
| David Heikkila | 3:14-cv-02163-K |
| Carolyn Johnson | 3:14-cv-02164-K |
| Robert Johnson | 3:13-cv-04020-K |
| Alice Karpeh | 3:13-cv-04691-K |
| Kevin Kuenster | 3:17-cv-01573-K |
| Wayne Laschinger | 3:11-cv-01212-K |
| Doris Matthews | 3:13-cv-04853-K |
| James McKenzie | 3:12-cv-03548-K |
| Marian Monroe | 3:11-cv-01213-K |
| Barbara Rhoades | 3:12-cv-02190-K |
| Leroy Robinson III | 3:12-cv-03967-K |
| Vezir Selimi | 3:13-cv-00425-K |
| Carol Sevre | 3:11-cv-01364-K |
| David Shaffer | 3:12-cv-02189-K |

| | |
|---|---|
| Robyn Welch | 3:12-cv-00577-K |
| Janis Siesser | 3:15-cv-01092-K |
| Daniel Snodgrass | 3:12-cv-02733-K |
| Jack Thompson | 3:12-cv-04845-K |
| Jeane Whitehead | 3:14-cv-01103-K |
| Kellie Wilson | 3:13-cv-02879-K |
| Barbara Wylde | 3:15-cv-01090-K |

---

# ORDER

---

This Court having considered Megan McKenzie's Motion to Withdraw as Counsel for the Plaintiffs in the above-captioned matters,

Megan McKenzie is granted leave to withdraw from her representation of the Plaintiffs and Kate Jaycox of the law firm of Robins Kaplan, LLP, shall remain as counsel for Plaintiffs in the above-captioned matters. Further, in any case listed above where Megan McKenzie has not officially made an appearance, the Clerk is **DIRECTED** to terminate the Motion to Withdraw.

SO ORDERED.

Signed February 12th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE