IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. §<br>PINNACLE HIP IMPLANT PRODUCTS §<br>LIABILITY LITIGATION §<br>§ | MDL Docket No. 3:11-MD-02244-K |

### UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Seth Roberts of the law firm Locke Lord LLP files this unopposed motion and seeks to withdraw as counsel of record for DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy Synthes, Inc., Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International (the "DePuy Defendants") on all matters in this MDL proceeding.

Date: November 8, 2018                    Respectfully submitted by:

/s/   Seth M. Roberts
Seth M. Roberts
State Bar No. 24051255
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: 214-740-8442
F: 214-740-8800
sroberts@lockelord.com

ATTORNEY FOR THE DEPUY
DEFENDANTS

## **CERTIFICATE OF CONFERENCE**

I hereby certify that on November 7, 2018, I conferred with Richard J. Arsenault, Plaintiffs' counsel, who confirmed that the motion is unopposed.

/s/ Seth M. Roberts
Seth M. Roberts

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2018, I served all counsel of record via the Court's electronic filing e-mail service.

/s/ Seth M. Roberts  
Seth M. Roberts
