# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

IN RE: DEPUY ORTHOPAEDICS, INC.
PINNACLE HIP IMPLANT
PRODUCTS LIABILITY LITIGATION

_____

**This Document Relates to:**

    Kevin Ayscue
    Dawn Benjamin
    Geraldine Hartman
    Linda Nolte
    Brian Sturgess

_____

HON. JAMES E. KINKEADE

MDL 2244

3:14-cv-04511-K
3:14-cv-04560-K
3:14-cv-04575-K
3:16-cv-00653-K
3:14-cv-04578-K

## NOTICE OF APPEARANCE

To:    The Clerk of Court and all parties of record

I, David L. Friend, an attorney with the law firm of Hissey Kientz, LLP, respectfully submit this Notice of Appearance in the above-captioned matters as counsel for Plaintiffs.

Dated:    December 21, 2018

Respectfully submitted,

*/s/ David L. Friend*_____
KATHLEEN MCGINN
DAVID L. FRIEND
HISSEY KIENTZ L.L.P.
9442 Capital of Texas Hwy N, Ste. 400
Austin, TX 78759
Telephone: (512) 320-9100
Fax: (512) 320-9101
Email: dfriend@hkllp.com
*Attorney for Plaintiffs*