# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Docket No. 3:11-MD-2244-K |
| | Judge Kinkeade |
| This Document Relates To All Cases | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Thomas F. Shea of the law firm Barnes & Thornburg LLP respectfully files this unopposed motion to withdraw as counsel of record for DePuy Orthopaedics, Inc., Johnson & Johnson, and Johnson & Johnson Services, Inc. on all matters in this MDL proceeding. Remaining counsel of record for these parties will continue to represent them in all applicable matters.

## CERTIFICATE OF CONFERENCE

I certify that on February 13, 2019, attorney Richard Arsenault confirmed that plaintiffs do not oppose this motion.

Dated: February 14, 2019

Respectfully submitted,

/s/Thomas F. Shea
Thomas F. Shea
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7738

*Attorney for Defendants DePuy Orthopaedics, Inc., Johnson & Johnson, and Johnson & Johnson Services, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on February 14, 2019, I served all counsel of record via the Court's electronic filing e-mail service.

/s/Thomas F. Shea_____
Thomas F. Shea