UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*Electronically Filed*

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCT LIABILITY LITIGATION | ) ) MDL 2244 ) ) ) Honorable Ed Kinkeade ) |
| This Document Relates To: | ) ) |
| *ALL CASE CAPTIONS ATTACHED* | ) |

**PLAINTIFFS' NOTICE WITHDRAWING
MOTION FOR CASE MANAGEMENT CONFERENCE**

Plaintiffs Marcia Darrah, Christine Darby and Charles Darby, and Mike Siptrott and Lori Siptrott hereby withdraw their Motion for Case Management Conference [MDL DKT. #1008; Darrah DKT #9; Darby DKT #9; and Siptrott DKT #10].

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2019, I electronically filed the foregoing document with the Clerk of the court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: *June 14, 2019*         Respectfully Submitted,

CORRIE YACKULIC LAW FIRM

*/s/ Corrie J. Yackulic*
Corrie J. Yackulic
110 Prefontaine Pl. S., #304
Seattle, WA 98104
Tel. 206-787-1915
Fax. 206-299-9725
Email:corrie@cjylaw.com

*Attorney for Plaintiffs named above*

1