IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL Master Docket No. 3:11-MD-2244-K <br><br> JUDGE ED KINKEADE |

THIS DOCUMENT RELATES TO:

**Manuel Davis v. DePuy Orthopaedics, Inc. et al.,**
**Case No. 3:15-cv-02791-K**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff hereby dismisses all claims asserted against Defendants, DePuy Orthopaedics, Inc., Johnson & Johnson, and Johnson & Johnson Services, Inc., (collectively, "Defendants"), with prejudice. Each party shall bear its own costs, expenses, and fees.


**BARNES & THORNBURG LLP**

By: /s/ Terri L. Bruksch
Terri L. Bruksch
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7246
Terri.bruksch@btlaw.com

*MDL Liaison Counsel for Defendants*
Dated: September 23, 2019


**THE BEAUSAY LAW FIRM**

By: 
Derek J. Emge
1330 Orange Ave, Suite 300
Coronado, CA 92118
(619) 595-1400
derek@emgelawfirm.com

*Counsel for Plaintiff*
Dated: September 24, 2019