IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ---------------------------------------------------- This Document Relates to all Cases ---------------------------------------------------- | § § § § | |

## ORDER

On September 11, 2019, this Court entered Case Management Order No. 12 [Doc. 1054] requiring certain groups of litigants to respond to and produce specific information regarding their claims. Following entry of Case Management Order No. 12, the Court has received numerous motions filed by attorneys seeking to withdraw without substitution of new counsel. The Court ORDERS the follow procedure applicable when attorneys seek to withdraw without substitution of new counsel:

1. Existing counsel for any plaintiff shall certify that a copy of any motion to withdraw and a copy of this Order were served on each plaintiff.

2. Plaintiff shall have 60 days from the date of service of the motion to withdraw and a copy of this order to obtain replacement counsel. If no replacement counsel files a timely notice of appearance, Defendants may file a motion to dismiss for failure to comply with Case Management Order No. 12.

3. If replacement counsel files a timely notice of appearance, the replacement

counsel shall have 30 days from the date of appearance to file a certification that: (1) plaintiff will comply with Case Management Order No. 12 within 90 days; and (2) replacement counsel and the client intend to pursue the matter to trial. If replacement counsel fails to timely file this certification, Defendants may file a motion to dismiss for failure to comply with Case Management Order No. 12.

**SO ORDERED.**

Signed December 17th, 2019.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE