# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCT LIABILITY LITIGATION ) ) ) ) ) ) | MDL No. 2244 |
| This Document Relates To: ) ) ) | Honorable Ed Kinkeade |
| *ALL CASES* ) ) | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Stephen J. Harburg of the law firm Skadden, Arps, Slate, Meagher & Flom LLP files this unopposed motion and seeks to withdraw as counsel of record for DePuy Orthopaedics, Inc.; DePuy Products, Inc.; DePuy Synthes, Inc.; Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International on all matters in this MDL proceeding.

Dated:  December 31, 2019

Respectfully submitted,

s/ Stephen J. Harburg
Stephen J. Harburg
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel:  (202) 371-7000
Fax:  (202) 661-8301
Email:  Stephen.harburg@skadden.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Stephen J. Harburg, hereby certify that the foregoing was served on counsel of record through the CM/ECF system on December 31, 2019.

|  |  |
|---|---|
| Dated:  December 31, 2019 | Respectfully submitted, |
|  | s/ Stephen J. Harburg<br>Stephen J. Harburg<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel:  (202) 371-7000<br>Fax:  (202) 661-8301<br>Email:  Stephen.harburg@skadden.com |
|  | *Counsel for Defendants* |