IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, | § | |
| INC., PINNACLE HIP IMPLANT | § | MDL Docket No. |
| PRODUCTS LIABILITY | § | |
| LITIGATION | § | 3:11-MD-2244-K |
| | § | |
| ------------------------------------------------------ | § | |
| This Document Relates to All Cases | § | |
| ------------------------------------------------------ | § | |

**ORDER APPROVING AND ADOPTING THE SPECIAL MASTER'S REPORT
AND RECOMMENDATION ON THE ALLOCATION OF COMMON BENEFIT
FEES AND EXPENSES**

On September 11, 2019, the Court appointed James M. Stanton as the Common

Benefit Allocation Special Master in this MDL to provide a Report and

Recommendation for the allocation of common benefit fees and expenses. *See* Doc.

1052. The Special Master has submitted his Report and Recommendation. *See* Doc.

1086.

The Court has reviewed the Report and Recommendation and finds that it

provides a detailed analysis of the appropriate law and the process employed by the

Special Master. Therefore, the Court **APPROVES** the Special Master's Report and

Recommendation and hereby **ADOPTS** the findings contained therein.

The Court **ORDERS** that the Common Benefit Fund Administrator, ARCHER

Systems, LLC is authorized and shall make the distributions from the Pinnacle Hip

Implant Common Benefit Trust Account as set forth in the Special Master's Report and Recommendation.

Further, the Court **ORDERS** that the Trust Account maintain a balance of $500,000.00 for the duration of this MDL with funds exceeding $500,000.00 to be distributed monthly to common-benefit fee claimants based on the percentage assigned in the Special Master's Report and Recommendation.

Finally, the Court **ORDERS** that, once this MDL is concluded and all expenses have been paid, all remaining trust funds be distributed to common-benefit fee claimants based on the percentage assigned in the Special Master's Report and Recommendation.

Signed March 5th, 2020.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE