IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ARMAND SANCHEZ, | MDL No. 3:11-md-02244-K |
| Plaintiff, | Case No. 3:12-CV-0419 |
| v. | Honorable Ed Kinkeade |
| DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.; DEPUY INTERNATIONAL LIMITED; DEPUY PRODUCTS, INC.; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; and JOHNSON & JOHNSON INTERNATIONAL | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby stipulated and agreed that Plaintiff ARMAND SANCHEZ dismisses all claims asserted in this litigation against Defendants, DEPUY ORTHOPAEDICS, INC., n/k/a MEDICAL DEVICE BUSINESS SERVICES, INC.; DEPUY INC., n/k/a DEPUY SYNTHES, INC.; DEPUY INTERNATIONAL LIMITED; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC., and JOHNSON & JOHNSON INTERNATIONAL, without prejudice, with each party to bear its own costs and fees.

The parties further agree that if Plaintiff, Plaintiff's estate, or anyone acting on Plaintiff's behalf re-files a lawsuit asserting the same or similar claims, they will do so in either MDL 2244,

*In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, or in another United States District Court where venue is proper.

| BARNES & THORNBURG LLP | MCCUNE WRIGHT AREVALO, LLP |
|---|---|
| */s/ Terri L. Bruksch* | *[signature: Kristy M Arevalo]* |
| By: _____ | *By:* _____ |
| Terri L. Bruksch | **Kristy M. Arevalo** |
| 11 South Meridian Street | **McCune Wright Arevalo, LLP** |
| Indianapolis, IN 46204 | **3281 East Guasti Rd., Suite 100** |
| (317) 231-7246 | **Ontario, CA  91761** |
| Terri.bruksch@btlaw.com | **(909) 557-1250** |
| | **kma@mccunewright.com** |
| *Counsel for Defendants* | *Counsel for Plaintiff* |
| Dated:  3/9/2020 | Dated:  3/9/2020 |

## CERTIFICATE OF CONFERENCE

I hereby certify that on March 9, 2020, counsel for Plaintiff electronically conferred with Counsel for Defendants DePuy Orthopaedics, Inc; DePuy Inc.; DePuy International Limited; DePuy Products, Inc.; Johnson & Johnson; Johnson & Johnson Services; and Johnson & Johnson International. The parties are in agreement with the proposed stipulated dismissal.

MCCUNE WRIGHT AREVALO, LLP

*/s/ Kristy M Arevalo*

By: _____
**Counsel for Plaintiff**


## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

DATED this 9th day of March, 2020.

MCCUNE WRIGHT AREVALO, LLP

*/s/ Kristy M Arevalo*

By: _____
**Counsel for Plaintiff**