IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC, PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | MDL No. 3:11-md-02244-K<br><br>Hon. Ed Kinkeade |

This Document Relates to:
Plaintiffs listed on the attached Exhibit A

## NOTICE OF TRANSFER TO INACTIVE STATUS

 PLEASE TAKE NOTICE that effective April 1, 2020 Baird Brown was transferred to inactive status by the California Bar.

Date: May 1, 2020

Respectfully submitted,

/s/ Baird A. Brown
Baird A. Brown
LAW OFFICES OF BAIRD BROWN, PC
3055 Wilshire Boulevard, Ste 980
P (213) 487-8880
F (213) 487-8884
bairdbrownlaw@gmail.com
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

 I hereby certify that on the 1st day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the CM/ECF participants registered to receive services in this MDL.

 /s/ Lucas Granillo
 Lucas Granillo

## **Exhibit A**

3:14-cv-01587-K;   *Donna Wooten v. DePuy Orthopaedics, Inc. et al.*
3:14-cv-01589-K;   *Daisy Legrand v. DePuy Orthopaedics, Inc. et al.*
3:14-cv-02608-K;   *Maria Del Carmen Rio v. DePuy Orthopaedics, Inc. et al.*
3:18-cv-02889-K;   *Larry Stahlhut v. DePuy Orthopaedics, Inc. et al.*
3:19-cv-00403-K;   *Elijah Dennis v. DePuy Orthopaedics, Inc. et al.*