IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | § § § § § | MDL Docket No. 3:11-MD-2244-K |
| ------------------------------------------------------ This Document Relates to All Cases ------------------------------------------------------ | § § § § | |

**SUPPLEMENTAL ORDER REGARDING**
**COMMON BENEFIT TRUST FUND FEES AND EXPENSES**

On March 5, 2020, this Court entered its Order Approving and Adopting the Special Master's Report and Recommendation on the Allocation of Common Benefit Fees and Expenses. Having reviewed additional submissions provided following entry of the March 5, 2020, Order, the Court provides supplemental instruction to the Common Benefit Fund Administrator regarding the Common Benefit Trust Fund.

The Court **ORDERS** that the Common Benefit Fund Administrator, ARCHER Systems, LLC, is authorized and shall make the following supplemental distributions from the Pinnacle Hip Impact Common Benefit Trust Account:

1. Fisher, Boyd, Johnson & Huguenard, LLP – Reimbursement of $10,000 for paid assessments;

2. Neblett, Beard & Arsenault – Reimbursement of $10,000 for paid assessments and $28,316.32 for costs; and

3. The Lanier Law Firm – Reimbursement of $10,000 for paid assessments.

Further, the Court **ORDERS** that the Trust Account maintain a balance of $100,000, rather than the previously-ordered $500,000, for the duration of this MDL.

Finally, the Court **ORDERS** that the respective half-share of any future special master fees and expenses approved pursuant to this Court's April 30, 2012, order attributed to the plaintiffs shall be paid from the Trust Account.

SO ORDERED.

Signed January 11th, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE