UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MDL No. 2244<br>In re: DePuy Orthopaedics, Inc, Pinnacle Hip Implant Products Liability Litigation<br><br>This Document Relates To:<br><br>JOHN JUSSEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPUY ORTHOPAEDICS, INC.,<br>JOHSNON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON, DEPUY INTERNATIONAL, LTD., THOMAS P. SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | MDL No. 2244<br>Assigned to Hon. Ed Kinkeade<br><br>Case No.: 2:21-cv-04011<br><br>**STIPULATED VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br>**(F.R.C.P. RULE 41(a))**<br><br>Complaint Filed: April 2, 2021<br><br>Transferred to MDL No. 2244: June 8, 2021 |

To the Honorable Court and all parties to this action:

　　　　Plaintiff John Jussel, by and through his attorney Tom G. Antunovich, Esq. of Bisnar|Chase LLP; and Defendants DePuy Orthopaedics, Inc., Johnson & Johnson Services, Inc. and DePuy International Ltd., by and through their attorney, Kelley Olah, Esq. of Barnes & Thornburg, LLP; and Defendants Thomas P. Schmalzried, M.D. and Thomas P. Schmalzried, M.D. A Professional Corporation, by and through their attorney Christopher P. Norton, Esq., of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., **HEREBY STIPULATE** that the action of *John Jussel v. DePuy Orthopaedics, Inc., et*

1

*al.*, Case No.: 2:21-cv-04011, be voluntarily dismissed with prejudice pursuant to F.R.C.P. Rule 41(a). Each side to bear its own costs and attorneys fees.

DATE:  February 14, 2022            **BISNAR|CHASE LLP**

By: /s/ *Tom G. Antunovich*

Tom Antunovich, Esq.
**Bisnar|Chase LLP**
1301 Dove St., Suite 120
Newport Beach, CA 92660
(t) (949) 752-2999
(f) (949) 752-2777

Attorneys for Plaintiff John Jussel

DATE:  February 14, 2022            **BARNES & THORNBURG LLP**

By: /s/ *Kelley Olah*

Kelley Olah, Esq.
**Barnes & Thornburg LLP**
2029 Century Park E. Suite 300
Los Angeles, CA 90067
(t) (310) 284-3787
(f) (310) 284-3894

Attorneys for DePuy and Johnson and Johnson Defendants

DATE:  February 14, 2022            **MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO**

By: /s/ *Christopher P. Norton*

Christopher P. Norton, Esq.
**Mintz**
2029 Century Park E. Suite 3100
Los Angeles, CA 90067
(t) (310) 586-3200
(f) (310) 586-3202

Attorneys for Schmalzried Defendants

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 14, 2022, I electronically filed the foregoing with Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in his action.

                                              By   /s/ *Tom G. Antunovich*
                                                       Tom G. Antunovich