# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| _____ : | |
| **IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION** : | **MDL Master Docket No. 3:11-MD-2244-K** |
| : | **JUDGE ED KINKEADE** |
| _____ : | |

**THIS DOCUMENT RELATES TO:**

Hart, Mark v. DePuy Orthaepedics, Inc., et al. Case No. **3:13-cv-01386-K**

## JOINT STATUS REPORT

Plaintiff Mark Hart and Defendants DePuy Orthopaedics, Inc., DePuy Products, Inc., DePuy International Limited, Johnson & Johnson, Inc., and Johnson & Johnson Services, Inc. state that the parties have reached a settlement in this matter and are in the process of finalizing the details. The parties expect to have this concluded within the next forty-five days.

| | |
|---|---|
| **GOLDBERG, PERSKY & WHITE, P.C.** | **BARNES & THORNBURG LLP** |
| By: /s/ Diana Nickerson Jacobs | By: /s/ Terri L. Bruksch |
| Diana Nickerson Jacobs | Terri L. Bruksch |
| 11 Stanwix Street, Suite 1800 | 11 South Meridian Street |
| Pittsburgh, PA 15222 | Indianapolis, IN 46204 |
| (412) 471-3980 | (317) 231-7246 |
| djacobs@gpwlaw.com | Terri.Bruksch@btlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |
| Dated: April 25, 2022 | Dated: April 25, 2022 |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

/s/ Diana Nickerson Jacobs

*Counsel for Plaintiff*