IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |  |
|---|---|---|
| IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL Master Docket No. 3:11-MD-2244-K<br><br>JUDGE ED KINKEADE |

**DEFENDANTS' STATUS REPORT TO THE COURT**

Defendant Medical Device Business Services, Inc., f/k/a DePuy Orthopaedics, Inc., pursuant to the Court's June 1, 2022 Order (ECF 1240), provides the following report to the Court.

Plaintiffs in the cases listed below have complied with CMO 12. Although discovery of Defendants is complete in these cases, Defendants have not had an opportunity to conduct case-specific discovery. For example, depositions of plaintiffs, plaintiffs' treating physicians and other fact witnesses and of plaintiffs' case-specific expert witnesses have not yet been completed. Accordingly, these cases are not yet ripe for remand. Defendants request that the Court allow the parties to complete case-specific discovery pursuant to the Court's recent scheduling orders before remand or transfer.

In addition, Defendants urge the Court to adopt an MDL closing order that establishes an orderly process for remanding the longest pending cases first, summarizes the coordinated discovery that has been conducted in this proceeding, and urges the federal and state courts that preside over Pinnacle Cup System cases going forward to bar discovery that duplicates the parties' and this Court's prior work. Should the Court agree with this proposal, Defendants will submit a proposed order effectuating their proposal at the Court's request.

| No. | Cause No. | Case Name |
|---|---|---|
| 1 | 3:11-cv-01452-K | Near, et al. v. DePuy Orthopaedics, Inc. |
| 2 | 3:11-cv-01597-K | Ortiz v. DePuy Othopaedics, Inc., et al. |
| 3 | 3:11-cv-02390-K | Bailey v. DePuy Orthopaedics, Inc., et al. |
| 4 | 3:11-cv-02957-K | Campbell v. DePuy Orthopaedics, Inc., et al. |
| 5 | 3:11-cv-03585-K | Greenwood v. DePuy Orthopaedics, Inc. et al. |
| 6 | 3:12-cv-00384-K | Singer v. DePuy Orthopaedics, Inc., et al. |
| 7 | 3:12-cv-02498-K | Ellison, et al. v. Johnson & Johnson Services |
| 8 | 3:12-cv-03669-K | Ruggieri v. DePuy Orthopaedics, Inc., et al. |
| 9 | 3:12-cv-03796-K | Craig Liebscher v. DePuy Orthopaedics, Inc., et al. |
| 10 | 3:12-cv-03966-K | Hawkins, Jeffrey (Bliss, et al. v. DePuy Orthopaedics, Inc., et al.) |
| 11 | 3:12-cv-03966-K | Pope, Crystal (Bliss, et al. v. DePuy Orthopaedics, Inc., et al.) |
| 12 | 3:12-cv-04031-K | Scannell v. DePuy Orthopaedics, Inc., et al. |
| 13 | 3:13-cv-00010-K | Gerdes, et al. v. DePuy Orthopaedics, Inc. |
| 14 | 3:13-cv-01172-K | Winkelmeyer, et al. v. DePuy Orthopedics, Inc., et al. |
| 15 | 3:13-cv-02325-K | Johst v. DePuy Orthopaedics, Inc., et al. |
| 16 | 3:13-cv-02664-K | Richard H Weatherly, Jr. v. DePuy |
| 17 | 3:13-cv-03091-K | Nelson, et al. v. DePuy Orthopaedics, Inc., et al. |
| 18 | 3:13-cv-04553-K | King, et al. v. DePuy Orthopaedics Inc., et al. |
| 19 | 3:13-cv-04927-K | Muscarella v. DePuy Orthopaedics, Inc., et al. |
| 20 | 3:14-cv-00045-K | Rannikar v. DePuy Orthopaedics, Inc., et al. |
| 21 | 3:14-cv-00365-K | Jozwiak v. DePuy Orthopaedics, Inc., et al. |
| 22 | 3:14-cv-01583-K | Cannon v. DePuy Orthopaedics, Inc. et al |
| 23 | 3:14-cv-01930-K | Sheehy v. DePuy Orthopaedics, Inc. et al |
| 24 | 3:14-cv-02002-K | Massey, et al. v. DePuy Orthopaedics, Inc., et al. |
| 25 | 3:14-cv-02576-K | Provost v. DePuy Orthopaedics, Inc., et al. |
| 26 | 3:14-cv-02750-K | Buonaiuto v. DePuy Orthopaedics, Inc., et al. |
| 27 | 3:14-cv-03302-K | Phillips v. DePuy Orthopaedics, Inc., et al. |
| 28 | 3:14-cv-03694-K | Hill v. DePuy Orthopaedics Inc., et al. |
| 29 | 3:14-cv-03867-K | Mitchell v. DePuy Orthopaedics, Inc., et al. |
| 30 | 3:15-cv-00440-K | Canty, et al. v. DePuy Orthopaedics, Inc., et al. |
| 31 | 3:15-cv-00598-K | England v. DePuy Orthopaedics, Inc., et al. |
| 32 | 3:15-cv-01171-K | Nardone v. DePuy Orthopaedics, Inc., et al. |
| 33 | 3:15-cv-02186-K | Hawkins v. DePuy Orthopaedics Inc., et al. |
| 34 | 3:16-cv-00650-K | Taybus v. DePuy Orthopaedics Inc., et al. |
| 35 | 3:17-cv-00819-K | Sterling v. DePuy Orthopaedics, Inc., et al. |
| 36 | 3:17-cv-00953-K | Scott v. DePuy Orthopaedics, Inc., et al. |
| 37 | 3:17-cv-01163-K | Pearson v. DePuy Orthopaedics, Inc., et al. |
| 38 | 3:17-cv-01251-K | Diodato v. DePuy Orthopaedics, Inc., et al. |
| 39 | 3:17-cv-03166-K | Zinn v. DePuy Orthopaedics, Inc., et al. |
| 40 | 3:18-cv-00159-K | Winegarden, et al. v. DePuy Orthopaedics |
| 41 | 3:18-cv-00474-K | Young v. DePuy Orthopaedics, Inc., et al. |

| 42 | 3:18-cv-00524-K | Coblin v. DePuy Orthopaedics Inc., et al. |
|----|-----------------|-------------------------------------------|
| 43 | 3:18-cv-00544-K | Marile Aragon, et al. v. Johnson and Johnson, et al. |
| 44 | 3:19-cv-00010-K | Gittins, et al. v. Medical Device Business |
| 45 | 3:19-cv-00276-K | Moriarity, et al. v. DePuy Inc., et al. |
| 46 | 3:19-cv-02073-K | Gray v. Johnson & Johnson Services Inc., et al. |
| 47 | 3:20-cv-00287-K | Jennings-Moline v. DePuy Orthopaedics, Inc. |
| 48 | 3:20-cv-02786-K | Dickel v. DePuy Orthopaedics, Inc. |
| 49 | 3:21-cv-01321-K | Hall v. Medical Device Business Services, Inc., et al. |
| 50 | 3:21-cv-03182-K | Wolczanski, et al. v. Bayside Orthopaedics |

**BARNES & THORNBURG LLP**

By: /s/ Terri L. Bruksch
Terri L. Bruksch
11 South Meridian Street
Indianapolis, IN 46204
(317) 231-7246
terri.bruksch@btlaw.com

*Counsel for Defendants,*
*DePuy Orthopaedics, Inc.*
Dated: October 3, 2022

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2022, I electronically filed the foregoing with Clerk of the Court using CM/ECF system which will send notification of such filing to all parties that are CM/ECF participants in this action.

By: /s/ Terri L. Bruksch