## Cases Related to MDL 2244
## Judge: Ed Kinkeade

| | Case Number | Title | Other Court | Other Case Number | Date Filed |
|---|---|---|---|---|---|
| 1 | 3:11-md-02244-K | IN RE: DePuy Orthopaedics, Inc, Pinnacle Hip Implant Products Liability Litigation | | | 5/24/2011 |
| 2 | 3:11-cv-01452-K | Near et al v. DePuy Orthopaedics, Inc. | Iowa Southern | 4:11-cv-00032 | 6/30/2011 |
| 3 | 3:11-cv-01597-K | Ortiz v. DePuy Orthopaedics, Inc. et al | | | 7/12/2011 |
| 4 | 3:11-cv-01769-K | The North Jersey Municipal Employee Benefits Funds v. DePuy Orthopaedics Inc. | New Jersey | 3:11-cv-03412 | 7/25/2011 |
| 5 | 3:11-cv-01959-K | Campbell v. DePuy Orthopaedics, Inc. et al | | | 8/8/2011 |
| 6 | 3:11-cv-02390-K | Bailey v. DePuy Orthopaedics, Inc. et al | Virginia Western | 7:11-cv-00381 | 9/15/2011 |
| 7 | 3:11-cv-02534-K | Wright v. DePuy Orthopaedics Inc et al | | | 9/27/2011 |
| 8 | 3:11-cv-02574-K | Brown v. DePuy Orthopaedics, Inc. et al | | | 9/30/2011 |
| 9 | 3:11-cv-02890-K | Getz v. DePuy Orthopaedics, Inc. et al | | | 10/26/2011 |
| 10 | 3:11-cv-02957-K | Campbell et al v. DePuy Orthopaedics, Inc. et al | Tennessee Middle | 2:11-cv-00108 | 10/28/2011 |
| 11 | 3:11-cv-03206-K | McCoy v. DePuy Orthopaedics, Inc. et al | | | 11/18/2011 |
| 12 | 3:11-cv-03585-K | Cindy Greenwood v. DePuy Orthopaedics | California | 2:11-cv-09984 | 12/28/2011 |
| 13 | 3:12-cv-00384-K | Singer et al v. DePuy Orthopaedics, Inc. et al | New York Southern | 1:11-cv-09374 | 2/6/2012 |
| 14 | 3:12-cv-00731-K | Baldwin v. DePuy Orthopaedics, Inc. et al | | | 3/12/2012 |
| 15 | 3:12-cv-00854-K | Hurley, Jr. v. DePuy Orthopaedics, Inc. et al | | | 3/22/2012 |
| 16 | 3:12-cv-01480-K | O'Connell v. DePuy Inc. et al | | | 5/14/2012 |
| 17 | 3:12-cv-02498-K | Ellison et al v. Johnson & Johnson Services Inc et al | | | 7/24/2012 |
| 18 | 3:12-cv-02759-K | Caiazzo v. Depuy Orthopedics, Inc. et al | Florida Middle | 2:12-cv-00380 | 8/13/2012 |
| 19 | 3:12-cv-02766-K | Searcy Giles et al v. DePuy Orthopaedics Inc | California | 2:12-cv-06040 | 8/13/2012 |
| 20 | 3:12-cv-03301-K | Gulledge v. DePuy Orthopaedics, Inc. et al | | | 8/23/2012 |
| 21 | 3:12-cv-03369-K | Nation v. DePuy Orthopaedics, Inc. et al | | | 8/24/2012 |
| 22 | 3:12-cv-03371-K | Taffurelli v. DePuy Orthopaedics, Inc. et al | | | 8/24/2012 |
| 23 | 3:12-cv-03669-K | Antonio Ruggieri et al v. DePuy Orthopaedics Inc et al | California Central | 2:12-cv-06905 | 9/10/2012 |
| 24 | 3:12-cv-03746-K | Price v. DePuy Orthopaedics, Inc. et al | Louisiana Eastern | 2:11-cv-00782 | 9/17/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 25 | 3:12-cv-03796-K | Craig Liebscher v. DePuy Orthopaedics, Inc. | California | 2:12-cv-06832 | 9/19/2012 |
| 26 | 3:12-cv-03966-K | Bliss et al v. DePuy Orthopaedics Inc et al | California Central | 2:12-cv-07648 | 10/2/2012 |
| 27 | 3:12-cv-04031-K | Scannell v. DePuy Orthopaedics, Inc. et al | Massachusetts | 1:12-cv-11036 | 10/8/2012 |
| 28 | 3:12-cv-04969-K | Bertucci et al v. DePuy Orthopaedics Inc et al | California Central | 2:12-cv-09367 | 12/5/2012 |
| 29 | 3:12-cv-04993-K | Stone v. Barrett et al | Washington Western | 2:12-cv-02035 | 12/5/2012 |
| 30 | 3:13-cv-00010-K | Gerdes et al v. Depuy Orthopaedics, Inc. | Kentucky Eastern | 2:12-cv-00257 | 1/2/2013 |
| 31 | 3:13-cv-01172-K | Winkelmeyer et al v. DePuy Orthopedics, Inc. et al | Missouri Western | 2:13-cv-04058 | 3/19/2013 |
| 32 | 3:13-cv-01699-K | Jakelis v. DePuy Orthopaedics, Inc., et al | | | 5/3/2013 |
| 33 | 3:13-cv-02325-K | Johst v. DePuy Orthopaedics, Inc. et al | | | 6/19/2013 |
| 34 | 3:13-cv-02664-K | Richard H Weatherly, Jr. v. DePuy Orthopaedics Inc et al | California Central | 2:13-cv-02194 | 7/11/2013 |
| 35 | 3:13-cv-02826-K | Russell v. DePuy Orthopaedics, Inc. et al | | | 7/19/2013 |
| 36 | 3:13-cv-02935-K | Holland v. DePuy Orthopaedics, Inc. et al | | | 7/29/2013 |
| 37 | 3:13-cv-03091-K | Nelson et al v. Depuy Orthopaedics,Inc et al | | | 8/6/2013 |
| 38 | 3:13-cv-03281-K | Martinez v. DePuy Orthopaedics, Inc. et al | | | 8/20/2013 |
| 39 | 3:13-cv-03673-K | Cadella v. Johnson & Johnson et al | Louisiana Eastern | 2:13-cv-05417 | 9/12/2013 |
| 40 | 3:13-cv-04553-K | King et al v. DePuy Orthopaedics Inc et al | | | 11/14/2013 |
| 41 | 3:13-cv-04873-K | Myhre et al v. DePuy Orthopaedics Inc et al | California Northern | 3:13-cv-05321 | 12/13/2013 |
| 42 | 3:13-cv-04927-K | Muscarella v. DePuy Orthopaedics Inc et al | | | 12/19/2013 |
| 43 | 3:13-cv-05060-K | McMillon et al v. DePuy Orthopaedics Inc et al | Nevada | 2:13-cv-01444 | 12/31/2013 |
| 44 | 3:14-cv-00045-K | Rannikar v. DePuy Orthopaedics Inc et al | | | 1/7/2014 |
| 45 | 3:14-cv-00346-K | McSwain v. DePuy Orthopaedics Inc et al | | | 1/28/2014 |
| 46 | 3:14-cv-00365-K | Jozwiak et al v. DePuy Orthopaedics Inc et al | | | 1/30/2014 |
| 47 | 3:14-cv-00718-K | Powers v. DePuy Orthopaedics Inc | | | 2/24/2014 |
| 48 | 3:14-cv-01583-K | Cannon v. DePuy Orthopaedics Inc et al | | | 4/30/2014 |

| | | | | | |
|---|---|---|---|---|---|
| 49 | 3:14-cv-01930-K | Sheehy et al v. DePuy Orthopaedics Inc et al | | | 5/28/2014 |
| 50 | 3:14-cv-02002-K | Massey et al v. Depuy Orthopaedics Inc et al | Louisiana Western | 3:13-cv-02645 | 6/3/2014 |
| 51 | 3:14-cv-02576-K | Provost v. Depuy Orthopaedics Inc et al | Connecticut | 3:14-cv-00393 | 7/17/2014 |
| 52 | 3:14-cv-02750-K | Buonaiuto v. DePuy Orthopaedics Inc et al | | | 8/1/2014 |
| 53 | 3:14-cv-03069-K | Lupoli v. DePuy Orthopaedics Inc et al | | | 8/27/2014 |
| 54 | 3:14-cv-03302-K | Phillips v. DePuy Orthopaedics Inc et al | | | 9/12/2014 |
| 55 | 3:14-cv-03694-K | Hill v. DePuy Orthopaedics Inc et al | | | 10/15/2014 |
| 56 | 3:14-cv-03867-K | Mitchell et al v. DePuy Orthopaedics Inc et al | | | 10/30/2014 |
| 57 | 3:15-cv-00440-K | Canty et al v. DePuy Orthopaedics Inc et al | California Northern | 4:14-cv-05407 | 2/9/2015 |
| 58 | 3:15-cv-00598-K | England v. DePuy Orthopaedics Inc et al | | | 2/20/2015 |
| 59 | 3:15-cv-01074-K | Hutchinson v. Johnson & Johnson Inc. et al | Connecticut | 3:14-cv-01723 | 4/8/2015 |
| 60 | 3:15-cv-01171-K | Nardone et al v. DePuy Orthopaedics Inc et | | | 4/17/2015 |
| 61 | 3:15-cv-01735-K | Bell v. DePuy Orthopaedics Inc et al | Illinois Central | 3:15-cv-03123 | 5/20/2015 |
| 62 | 3:15-cv-02186-K | Hawkins v. DePuy Orthopaedics Inc et al | | | 6/30/2015 |
| 63 | 3:15-cv-02454-K | Muldoon v. DePuy Orthopaedics Inc et al | California Northern | 4:15-cv-02723 | 7/24/2015 |
| 64 | 3:16-cv-00650-K | Taybus v. DePuy Orthopaedics Inc et al | | | 3/8/2016 |
| 65 | 3:16-cv-00792-K | Martin v. DePuy Orthopaedics Inc et al | | | 3/21/2016 |
| 66 | 3:17-cv-00819-K | Sterling et al v. DePuy Orthopaedics Inc et al | | | 3/23/2017 |
| 67 | 3:17-cv-00953-K | Scott v. Depuy Orthopaedics Inc | Alaska | 3:17-cv-00034 | 4/4/2017 |
| 68 | 3:17-cv-01163-K | Pearson v. DePuy Orthopaedics Inc et al | | | 5/2/2017 |
| 69 | 3:17-cv-01251-K | Diodato et al v. Johnson & Johnson Services Inc et al | | | 5/10/2017 |
| 70 | 3:17-cv-01772-K | Dressler v. Depuy Orthopaedics Inc et al | | | 7/7/2017 |
| 71 | 3:17-cv-01774-K | Followwill v. Depuy Orthopaedics Inc et al | | | 7/7/2017 |
| 72 | 3:17-cv-01775-K | Hopkins v. DePuy Orthopaedics Inc et al | | | 7/7/2017 |
| 73 | 3:17-cv-01777-K | Huth v. DePuy Orthopaedics Inc et al | | | 7/7/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 74 | 3:17-cv-02223-K | Lester et al v. DePuy Orthopaedics Inc et al | California Central | 2:17-cv-05658 | 8/22/2017 |
| 75 | 3:17-cv-02605-K | Mancias v. DePuy Orthopaedics Inc et al | | | 9/25/2017 |
| 76 | 3:17-cv-03166-K | Zinn v. DePuy Orthopaedics Inc et al | | | 11/17/2017 |
| 77 | 3:18-cv-00159-K | Winegarden et al v. DePuy Orthopaedics Inc et al | | | 1/22/2018 |
| 78 | 3:18-cv-00381-K | Norvell v. DePuy Orthopaedics Company Inc et al | Idaho | 1:18-cv-00034 | 2/15/2018 |
| 79 | 3:18-cv-00474-K | Young v. Johnson & Johnson Services Inc et | Florida Middle | 2:17-cv-00670 | 2/28/2018 |
| 80 | 3:18-cv-00524-K | Coblin v DePuy Orthopaedics Inc et al | | | 3/6/2018 |
| 81 | 3:18-cv-00544-K | Marile Aragon et al v. Johnson and Johnson | California | 8:18-cv-00191 | 3/8/2018 |
| 82 | 3:18-cv-01359-K | Kent v. DePuy Orthopaedics Inc et al | | | 5/29/2018 |
| 83 | 3:18-cv-02413-K | Olson v. DePuy Orthopaedics Inc et al | | | 9/11/2018 |
| 84 | 3:18-cv-02430-K | Gibbs v. DePuy Orthopaedics Inc et al | | | 9/12/2018 |
| 85 | 3:18-cv-03025-K | MSP Recovery Claims Series LLC et al v. | Florida | 1:18-cv-24493 | 11/13/2018 |
| 86 | 3:19-cv-00010-K | Gittins et al v. Medical Device Business | | | 1/3/2019 |
| 87 | 3:19-cv-00243-K | O'Neal v. DePuy Orthopaedics Inc et al | | | 1/31/2019 |
| 88 | 3:19-cv-00275-K | LeBlanc v. DePuy Inc et al | Mississippi | 3:18-cv-00840 | 2/4/2019 |
| 89 | 3:19-cv-00276-K | Moriarity et al v. DePuy Inc et al | California | 2:19-cv-00094 | 2/4/2019 |
| 90 | 3:19-cv-00627-K | Parker et al v. DePuy Orthopaedics Inc et al | | | 3/13/2019 |
| 91 | 3:19-cv-02073-K | Gray v. Johnson & Johnson Services Inc et | | | 8/30/2019 |
| 92 | 3:19-cv-02939-K | Whatley v. DePuy Orthopaedics Inc et al | | | 12/13/2019 |
| 93 | 3:20-cv-00287-K | Jennings-Moline v. DePuy Orthopaedics, | Idaho | 2:19-cv-00235 | 2/5/2020 |
| 94 | 3:20-cv-00746-K | Vroman v. DJD Medical Inc et al | Massachusetts | 1:19-cv-12314 | 3/30/2020 |
| 95 | 3:20-cv-01662-K | Gilbertson v. DePuy Orthopaedics Inc et al | Louisiana | 2:20-cv-01648 | 6/23/2020 |
| 96 | 3:20-cv-01946-K | Burley et al v. Depuy Inc et al | Florida | 9:20-cv-80990 | 7/23/2020 |
| 97 | 3:20-cv-02786-K | Dickel v. DePuy Orthopaedics Inc | | | 9/4/2020 |
| 98 | 3:20-cv-02881-K | Fleischman v. DePuy Orthopaedics Inc et al | Idaho | 1:20-cv-00096 | 9/17/2020 |
| 99 | 3:21-cv-00181-K | Wheeler v. Medical Device Business | Oklahoma | 4:20-cv-00666 | 1/27/2021 |
| 100 | 3:21-cv-00356-K | Roy et al v. DePuy Orthopaedics Inc et al | Louisiana | 2:12-cv-00464 | 2/19/2021 |
| 101 | 3:21-cv-01018-K | Zybala v. DePuy Orthopaedics Inc et al | | | 5/5/2021 |
| 102 | 3:21-cv-01177-K | Silva v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 103 | 3:21-cv-01178-K | Araiza v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 104 | 3:21-cv-01179-K | Binder v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 105 | 3:21-cv-01180-K | Havard v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 106 | 3:21-cv-01181-K | Talbot v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 107 | 3:21-cv-01182-K | Bean v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 108 | 3:21-cv-01183-K | Paladino v. DePuy Orthopaedics Inc et al | | | 5/23/2021 |
| 109 | 3:21-cv-01308-K | Nellenback v. DePuy Inc et al | South Carolina | 2:21-cv-00533 | 6/8/2021 |
| 110 | 3:21-cv-01321-K | Hall v. Medical Device Business Services Inc | Ohio Northern | 1:21-cv-00897 | 6/8/2021 |
| 111 | 3:21-cv-01865-K | Murphy v. KB Orthopedics Inc et al | Montana | 4:21-cv-00049 | 8/10/2021 |
| 112 | 3:21-cv-02449-K | Shattuck v. A1A Inc et al | Washington | 2:21-cv-00945 | 10/6/2021 |
| 113 | 3:21-cv-02664-K | Regonini v. Medical Device Business Services Inc et al | Massachusetts | 4:21-cv-11651 | 10/27/2021 |
| 114 | 3:21-cv-02914-K | Silva v. Johnson & Johnson Services Inc et | | | 11/19/2021 |
| 115 | 3:21-cv-03090-K | Thick v. Medical Device Business Services | New Jersey | 3:21-cv-16661 | 12/13/2021 |

| 116 | 3:21-cv-03091-K | Hitchcock v. Johnson & Johnson et al | New Jersey | 3:21-cv-17120 | 12/13/2021 |
|---|---|---|---|---|---|
| 117 | 3:21-cv-03182-K | Wolczanski et al v. Bayside Orthopaedics | Florida | 0:21-cv-62456 | 12/21/2021 |
| 118 | 3:21-cv-03193-K | Czarzasty v. Depuy Orthopaedics Inc et al | Connecticut | 3:21-cv-01593 | 12/22/2021 |
| 119 | 3:22-cv-00266-K | Reid v. Bayside Orthopaedics Inc et al | Florida Middle | 8:21-cv-02678 | 2/3/2022 |
| 120 | 3:22-cv-00268-K | Uhle v. DePuy Orthopaedics Inc et al | Illinois Northern | 1:21-cv-05798 | 2/3/2022 |
| 121 | 3:22-cv-00303-K | Spaeth v. TJM Medical Inc et al | Ohio Northern | 1:21-cv-02160 | 2/8/2022 |
| 122 | 3:22-cv-00384-K | Ickes v. Medical Device Business Services | Virginia Eastern | 1:21-cv-01336 | 2/16/2022 |
| 123 | 3:22-cv-00443-K | Hunter v. Medical Device Business Services | Florida Middle | 3:21-cv-00964 | 2/24/2022 |
| 124 | 3:22-cv-00567-K | Mitchell v. Kelly Orthopaedic Sales LP et al | 48th Judicial | 048-330661-21 | 2/9/2022 |
| 125 | 3:22-cv-00855-K | Shelnutt v. Johnson & Johnson et al | New Jersey | 3:21-cv-20777 | 4/15/2022 |
| 126 | 3:22-cv-00856-K | Altholz v. Johnson & Johnson et al | New Jersey | 3:21-cv-20768 | 4/15/2022 |
| 127 | 3:22-cv-00859-K | Monical v. Johnson & Johnson et al | New Jersey | 3:21-cv-20202 | 4/15/2022 |
| 128 | 3:22-cv-01288-K | Timothy v. DePuy Orthopaedics Inc et al | | | 6/14/2022 |
| 129 | 3:22-cv-01308-K | Martin v. DePuy Orthopaedics Inc et al | | | 6/16/2022 |
| 130 | 3:22-cv-01470-K | Chesky v. DePuy Orthopaedics Inc et al | | | 6/16/2022 |
| 131 | 3:22-cv-01572-K | Carayannopoulos v. DePuy Products, Inc. et | | | 7/19/2022 |