IN THE UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION § § § § § § § | MDL Master Docket No. 3:11-MD-2244-K<br><br>JUDGE ED KINKEADE |

**THIS DOCUMENT RELATES TO:**

**Cheryl Ellison v. DePuy Orthopaedics, Inc. et al.,**
**Case No. 3:12-cv-02498-K, and**

**Elana Lester, et al. v. DePuy Orthopaedics, Inc., et al.,**
**Case No. 3:17-cv-02223-K**

## JOINT STATUS REPORT

To the Honorable Special Master Stanton:

Come now Plaintiffs Cheryl Ellison and Elana Lester, by and through their counsel of record, Matt Morrison of Harrison Davis Morrison Jones, P.C. and Justin Presnal of Simmons Hanly Conroy, together with Defendants DePuy Orthopaedics, Inc., et al., and hereby submit this Joint Status Report for the Court's consideration.

After conferring, counsel for the parties identified herein do not have any issue that requires the Court's attention at this time. Counsel are working together cooperatively as we complete discovery and prepare for remand.

/ / /

/ / /

/ / /

Dated: December 9, 2022.

Respectfully submitted,

| | |
|---|---|
| HARRISON DAVIS<br>MORRISON JONES, P.C.<br>*National Trial Lawyers* | SIMMONS HANLY CONROY, LLC |
| By: /s/ *Matt Morrison*<br>      Matt Morrison<br>5 N. Ritchie Road<br>Waco, Texas 76712<br>(254) 761-3300<br>Matt@thetriallawyers.com | By: /s/ *Justin Presnal*<br>      Justin Presnal<br>One Court Street<br>Alton, Illinois 62002<br>(979) 224-2036<br>JPresnal@simmonsfirm.com |
| *Counsel for Cheryl Ellison* | *Counsel for Elana Lester* |

AGREED & JOINED:

/s/ *Terri Bruksch*
Terri Bruksch
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
(317) 231-7246

## CERTIFICATE OF SERVICE

It is hereby certified that service of a true and correct copy of the foregoing has been made upon the following by electronic mail on this 9th day of December, 2022:

Terri L. Bruksch
11 South Meridian Street Indianapolis, IN 46204
(317) 231-7246
Terri.bruksch@btlaw.com

*Counsel for Defendants*

    */s/ Matt Morrison*
    Matt Morrison